FILED
MAY 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  The Rev Dr Kamul P K Roy
   **Name and Address**
2           MBA (CUNY maritime)

3        PhD   LLB   etc

4     PO B  1173  S/L, NY 12983

5  **UNITED STATES DISTRICT COURT**
6  **NORTHERN DISTRICT OF CALIFORNIA**

7                              San Francisco CA

8  Assoch of Committee
9  to elect Rev Dr           **CV 08 — 2291**
10 Kamal Roy (GOP) as W5
   **Plaintiff / Petitioner**  Pres. dell—2  **Document Name:**
                              2008
11                                        Civil  **EMC**
   VS.                                    Complaint
12     USA Govr
13          et al
14 **Defendant / Respondent**

15 E-filing

16
17                    see attached
18
19
20
21
22
23
24                    D Kamel L Roy
25                         4/24/08
26
27
28

ORIGINAL    U.S District court for    Northern Distri    Page 2 A

Civil Complaints    California    District-

Title suggested of Association    Jury Trial    Civil Case N
of Committee to elect Dr Kamal    Demanded
#2    Kamal Karna Roy    for us President 2008
P.O. Box 1173    U.S President 2008
Saranac Lake, NY  12983

(1) USA citizen + the 1st etal Plaintiffs    Compensatory &
Association (476+ Nos)
(1) Peoples Association of    (unincorporated)    Punitive Damages
Human-animal Conceived
(1A) John McCain US senator God's & Religion    & demanded  US$
Republican
Member (2) BARACK H Obama de-Democrat

US    (3) Hillary R Clinton    etc    do
senate    For Violations & Sky's
allegedly    (4) USA Gov't, Washington DC    corruption
of U.S Constitutional
(5) (4A) Some Judges etc & NAS Hon Judge    rights to lead
U.S.A Constitution    DORA etc
U-S President a Gov't Secured Testament    In Harmony    USDC/DONU S A    Democratic
Candidates of Nation, USA    Republic ) a member
(5A) U.NO, NY, NY un Plaza    of U.NO & to
(5B) USA Senate + US House of Representing    Compete electoral
(6) National Republican Party    GOP    competition of
(7) National Democratic Party of USA Washington    U.S President
(7) All Religions of US in ashington DC    scheduled on
(8) All Grant News Conglomerals (Associated    Nov 4, 2008
(9) All News Media of USA    word violations    due to negligence
(9A) We the people of USA to whom it may concern    of USA Gov't
(10) All states (50 Nos) of USA    their Gov't Auth
(11) All state Board of Elections in USA    refused to
(50 +    enforce Campaign
(12) All territories of USA / Puerto Rico, Guam    and Financial
(13) U.S Judiciary of US supreme Court et al (500+    of election
Affirmations    Nos)    in respect of
I Rev Dr Kamal K K Roy etc JG    Candidates by
#14 I am a us born citizen who was born In Guam    the abusive
and pursuant to Birth of parents attached to us citizen    Defendants

mobile clergy    Rev Dr Kamal KK
of California    Roy
San francisco
area
USA is a Defendant US America Fror.

Case 4:08-cv-02291-SBA    Document     Filed 08/02/2008    Page 3 of 59

**Posted By: CANDIDATE_REPUBLICAN (February 10, 2008 at 8:06 AM)**

washingtonpost.com  > Politics  > Elections Your Comments On...

Women Could Give Clinton the Edge In Maine's Caucuses

BANGOR, Maine, Feb. 9 -- It is women like Linda Sinclair who have turned New England into a potentially tough playing field for Sen. Barack Obama (Ill.).

- By Shailagh Murray and Perry Bacon Jr.

CommentsLISANROY wrote:

USDC court actions filed from us district court at san francisco ca, usdc new jersey at trenton, usdc new hampshire at concord nh for sky high allegations of corrupt practices in u s president electoral competitions in violation of news as produce of nes media and giant size news conglomerates, viz associated press, usa, cnn news usa, reuter news, news corp of usa, gannet new, new york times co, tribunes co usa et el and hillary, obama, mccain et al as candidate defendants. u s american human_animals' conceive god/s of religions who failed wisdom of eletorates ie god/s failed by people. democratic devil in usa as devils as defendants, fec, washington dc, all states and election boards in usa et al, et al failed kamal roy as presidential lawful candidate by all defendants arbitrarily. or as a matter of policies by them to illigally ignore a candidate in violations of laws to create ineulties to through dr roy into democratic dispair and oblivion . but roy knew that us judiciary is far from perfect but essentialy may not ignore justice if possible , so the reverend dr kamal k k roy aka j g jr guam born clergyand us born pursuant to u s act 1978 for guam born people who lived in usa on date of enactmnent in 1978, dr roy lived in new york state et al since 1968., shall fight for rights of have_nots in usa till he exhausted demand of leadership rights to be canddate of equities in th system of democracy in usa dr roy petitiond for acting president be appointed by us congress with approval of u s senate by consent of order if issued an injunction on usa as defendant et al.

tHE U S PRESIDENTIAL ELECTION 2008 : IT IS COMPARABLE TO DOG_FIGHTS OF ELITE IN USA, BILLIONAIRES, SUPER RICH PEOPLE, DEVILS OF DEMOCRACY IN USA, HUMAN_GODS IN USA SIMILAR TO TERMS AS "mobstars",dYNASTY BUILT IN POLICIAN VIZ BILL CLINTON' WIFE HILLARY ABUSED THE FACTUAL STATUS AS BILL'S WIFE, RACE BASED POLITICS VIZ A SEMI WHITE U S AMERICAN CLAIMING AS IF PURE "AFRICAN AMERICAN TO AROUSE COMPASION TO AFRICAN AMERICANS CITIZENRY AD MIXED ANCESTRY IN US, HILLARY IS ABUSING GENDER VIZ SHE IS A WOMAN SEEKING TO BE U S PRESIDENT 2008,M U S NEWS MEDIA AND NEWS CONGLOMERATES HAD BEEN BILLIONS OF U S $ OF CAMPAIGN $ TO EVADE FEC CAMPAIGN FUNDS REGULATIONS BY ABUSING RFREEDOM OF PRESS BUT USING, ABUSING, MANIPULATING u s ANTI TRUST LAWS PROHIBITING INDUSTRIAL PRODUCE TO CURB COMPETITIONS IN USA WITH PRODUCE FOR PROFIT. WHEN YOUNG SMART LOOKING CHELSEA CLINTON OR FORMER PRESIDENT BILL CLINTON'S FACE AND PROFILE APPEAR PUBLISHED IN NEWWEEK MAGAZINE OR IN N Y TIMES OR LEADING NEWS MEDIA OF 100'S OF BILLION $ NEWS INDUSTRY, OR INCIDENT LIKE OBAMA'S LAWYER WIF WITH HIM PROJECT AS IF OBAMAS ARE ARISTOCRATS, AS HARVARD EDUCATED, IN MOST NEWS OUTLETS, PROBABLY NEWS MEDIA WISH TO FORGET THAT B OBAMA POSSIBLY PURE AFRICAN AMERICAN PROTOTYPE OF MILLIONS OF HAVE_NOTS AMONG HAL_BLACK, DARK_BALACKS, MIXED BLACKS'EPRESETATIVE IN usa AS "OBAMA" DOES ANY BODY KNOW THAT B OBAMA" MAINTAINED BETTET STANDARDARD AND PRIVILEGES THAN MORE OF 70 % WHITES IN USA. DR ROY IS AN MBA (MS DEGREE FROM SUNY MARITIME COLLEGE , 1974. COLLEGE ID 578 80 4399), AN ORDAINED CLEGY WITH VOW OF POVERTY, Irs RULE, PH. D, IN AMANAGEMENT, D. D (DOCTORATE IN DIVINITY, LL. B (LAWS FROM ACCREDITED FOREIGN SCHOOL, HE WAS AN ORPHAN IN

WERE BORM IN GUAM AND in MARIANA ISLANDS in Pacific Ocean regions ,AND who were
LIVING IN usa ON DAY OF ENACTMENT OF THE SAId ACT OF 1978.

Other names the Rev Dr Joseph Geronimo , Jr.

Kamal K. K. Roy.

KAMAL KARNA K. ROY

Known for as ACTIVIST IN SOCIAL REFORMS IN RESPECTS OF GOD/S, RELIGIONS, PEOPLE,
hUMAN_GOD/S ( PEOPLE WITH LEADERSHIP AND APPARENT OR REAL POWERS TO
EXERT RIGHTS ON PUBLIC WITH GOOD OR ANY INTENTION OF PUBLIC OR PRIVATE
IDEOLOGIES VIZ LATE Iraqi Dictator_President :SADAM HUSSAIN OF IRAQ WHILE HE WAS
IN POWER OF UN_NAMED U.S PRESIDENT/S WITH severe CONTROVERSIES IN PUBLIC
POLICIES IN MAINLAND usa OR WORLD_WIDE democracies, SAY A ruling GENERAL IN
SOME POWER IN SOUTH ASIA.

Education has an M B A DEGREE (m s IN SPECIALISATION of tRANSPORTATION
MANAGEMENT FROM suny MARITIME COLLEGE , the BRONX, NEW YORK CITY, usa ;
STUDIED ADVANCED COURSE LEADING TO ADVANCED CERT. IN pUBLIC ADMN. FROM
usda gRADUATE SCHOOL, WASHINTON dc ( SCHOOL id :578- 80- 4399 ; he has 2 Doctoral
degrees in management science in fields of management Science and another in field/faculty of
Religions / god/s/people from foreign school He has a bachelor's degree in law from foreign cchool of
laws and management. He further took in education s in University of Rhode Island,both at Providence
and Kingston , in usa and other schools viz City university of new York,Baruch college, New york city,
usa et al

Employer volunteer ordained clergy with vow of poverty ( U S IRS rule for ordained clergies in
USA .group Handicap interests international world religions group. 107 A Scribner avenue, staten
Island , New york city, n y 10301, USA

Occupation activist, mobile clergy, electronic preacher of multiple or unique god/s and religions , et al.

Title mobile clergy,Political activist USA and around globe; currently he is a u s presidential hopeful /
candidate for 2008 electoral competition from Republican Party in New York ; strategist for common /
weaker people, disadvantaged people in democracy in usa et al to claim leadership including the 2008
Presidency electoral competition: the weaker people aresegregated and removed from electoral race by
stategic powerful block in democracy in U S republic including the news media and news
conglomerates. see court actions pending in the main article of Dr kamal Karna Roy, strategist of god/s ,
religions, people, et al, activist

Height 5' 8'

Political party Republican ( GOP)of usa

Religious stance world religions/ multiple religions in unique body and soul and a proponent of the
strategy.

Spouse a common law wife

Children some, maintained by natural mother concerned

http://answers.yahoo.com/question/index?qid=20080229114334AAxPLi2                    3/3/2008

(3)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF** ~~COLORADO~~

Civil Action No. _____ N.D of California

(To be supplied by the court)

Association of committe to elect

The Rev. Kamel K K Ry _____, Plaintiff, S

v.

Dr Kamel Ry
379+ Plaintiffs Association
all unincorporated with kamel Ry
to this

(1) Peoples Association of human, animals
animals' concieved Gods and Religions.

(2) J John MEA McCain

(3) US Gov't _____, et al

see all Defendant(s).

(List each named defendant on a separate line.)

---

**COMPLAINT**

---

There had been ~~repeat~~ repeated violations
& and corruption in Electoral Campaign of
US President 2008 elected Compilition

(Rev. 07/06)

X

X
4/8/08 for Plaintiffs

U S DISTRICT Court

Jury Trial Demanded

For N D of La (1)

NDT La

Judge: San Fran USC

Hon        City Case No

Re:

Page 3
for poor affidavit

Complaints  civil rights violation to poors, weaker people to deny equitable rights to contest Electoral Competition viz U.S. President 2008 by GOP member Rev Kamal Karna Karune Roy MBA (MS degree in Management from SUNY Maritime College Fort Schuyler the Bronx NY city

Ph.D (Management) D.D (Doctoral) in Divinity; LLB (Law) from Foreign accredited School;

Author: Jungle Democracies, Cat and Mouse doctrines & oppression on weaker people etc'

Publisher: REFORMS INT'L
P.O. B 1173, S/L, NY 12983

Title of Action: Association of Committee to elect K K Ry

see Page 1A for other details of Plaintiff

Defendants

Demand to postpone U.S. Presidential Election scheduled on Nov 4, 2008

for failures & deny rights by Defendants viz U No, world body USA, Gov't Political Parties in USA;

USA Democratic national entities God/s, Religions, people as US citizens to weaker people U. No of USA John Mc Cain

Vs

9/24/08   Rev Dr Kamal Roy for Plaintiff

Original/Complaint          Civil suit

Dr Kamel K K Roy 14 Riwas Rd s/L
NY 12983, a Presidential Candidate
U.S. as GOP Member swear Affirm
that Democracy and Values are
not secured in USA viz shown
in Case of Rev Dr Kamel Roy
4th GOP Jr who entered Presidential
Electoral Race in sept 2), 2008 but
sine then Received neglect
from supervision of his rights
as a member of Civilized
Society in USA (as Compl Know).

The UNO utterly Failed and
deny rights to citizens of member
Nations viz USA whether Democr,
etc Republican values are secured
USA Govt failed to observe Law
and violations. The News Industry
openly violated U.S. Antitrust Laws
& used of News
with News as produce certain candidates & omit other
to promote



USDC/Alaska

Judge

Civil Case No.

Jury Trial
Demanded

Damages of
at least
over 1·1 (one
·one)
US Trillions
$
for denial of
equitable
rights to
short option
to lead
Republic
of USA
as recogni-
zed by

Complaints : The Plaintiffs
by The Rev Dr Kamil K.K. Ray
Swear under penalty of
perjury and oath Taken
by Human _animals?
Conceived Gods of Religions
in USA, et al in all
Democracies     in Globe
that
(1) USA as a Democratic
Republic has grown excellent
may be as leader of Global
Democracies, The Republic
USA Failed poors, have not
nots and disadvantaged people

(1A) Gods and Religions
have Failed weather
people in USA — Strength
of rational values of all weak but
work et al     irrevant but
fair part

UNITED STATES DISTRICT COURT

~~NORTHERN DISTRICT FOR NEW YORK~~ District of Alaska

USA U.S. court House, Fairbanks
107 1.7th Ave
Room 332

Association of Committee
to elect The Rev Dr Kamal Roy
*(In the space above enter the full name(s) of the plaintiff(s))* as Republican

415 + Plaintiff
-against-

① The National Committee of Republican (GOP) party Washington DC

② Peoples Association of Human animal conceived Golf/s in Democracy and its benefits and Certain Failures and certain people of democracies in USA et al

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

③ Barack H OBAMA ④ Hillary Clinton

**COMPLAINT**

By Dr Kamal K Roy Sr #

Jury Trial: ☒ Yes ☐ No
(check one)

Admin Director:—
Hon'ble Rev Ms Paromita Baidya Roy
BD (Hons)
107 A Scribner
Ave S.E., NY 10301 USA

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff

Name _____ #1 Plaintiff as note above & Plaintiff
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

⑥ National Committee of Democrats of USA Washington D.C.

⑦ USA Govt Washington D.C.

⑧ All States of U.S.A and All Board of Elections USA

⑦A All News Media in USA
⑦B All News Media Giants in USA
(525 + NTS) Defendants

⑨ All Golf/s, Religions and People in Democracy in US Republic

(left margin notes)
Plaintiffs

Some Address:
107 A Scribner Ave Staten Island
NY 11301 USA
EIN 13-23...

USA

Some defendants mostly in attached list

⑤ John McCain

all US senators & individually

Some 2008 U.S. Presidential candidates

Rev. 05/2007

(right margin, vertical notes)
Original Civil right violation Compl

(bottom signature)
Rev Dr Kamal K Roy
for Plaintiff
440 + Not Total

Defendant No. 1    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 2    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 3    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 4    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

**II.    Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions          ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?

*[handwritten] US A Govt due to negligence failed US democratic rights to ... equitability*

If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

Rev. 05/2007                    2

III.    Statement of Claim:

State as briefly as possible the facts of your case.    Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? Sky high Ocean deep and internet great Corruption Occurred 2008 Campaign of US President

B.    What date and approximate time did the events giving rise to your claim(s) occur?

C.    Facts: by All

① Gods Religious Defendants and/or and people in negligence democracy failed most poors, have not govt and in USA and the disadvantaged people other in USA viz The Rev Dr Defendants Kamal Roy a theologist

IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. described. The terms, pain or and damage Democracy to Dr Kamal Roy in USA is v Associate as in peril Plaintiff associations due who strategically to failing planned and law order placed Dr Kamal Roy a/s a antidote to class 41 cop Residents weaponed people

Rev. 05/2007

Rev Dr Kamal Roy 4/16/08

USDC

5.                    **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

**FIRST CAUSE OF ACTION**

_____

_____

_____

_____

**SECOND CAUSE OF ACTION**

_____

_____

_____

_____

_____

**THIRD CAUSE OF ACTION**

_____

_____

_____

_____

_____

_____

6.    Plaintiff(s) demand(s) a trial by

Jury   -or-   Court

(Circle only one).

FORM E(1)(e).3

USDC / BP

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

see attached
for compensation

US President Stafford
Competition as scheduled on
Nov 4, 2008 be ordered suspend
by injunctive order to postpone
and indefinitely as an Acting President
may be selected by US House of Reps
Prts Consent

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **6** day of **April 20 08**        & US envl___ 1-20-09

Rev Dr Kamel KK by

Signature of Plaintiff

Mailing Address            apple & was born

4/16/08    For    as Joseph Geronimo Jr
           415 +    in Guam
           NBS
                   (US born citizen

Plaintiff            Telephone Number

           US citizen    Fax Number (*if you have one*)

**Note:**    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

X    See
attached    **For Prisoners:**    + 414 unrepresented
60 Pages
to reveal    I declare under penalty of perjury that on this ___ day of ___ , 20 ___ , I am delivering
complaints    this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for
X Related    the Southern District of New York.
the
           Signature of Plaintiff: _____

           Inmate Number    _____

Rev. 05/2007                    4

Reverend Dr
Kamel KK by    A US GOP Presidential candidate
           Presidential clean    Mr clean alleged
           as    against corruption___



JS 44 (Rev 11/04)                    CIVIL COVER SHEET

Kamal Karna Roy (a/k/a Kamal K.K. Roy, a/k/a Rev. Dr. Joseph Geronimo, Jr.) is a prolific pro se litigant who, since at least the early 1990s, has filed numerous lawsuits throughout the United States and its territories under the names Roy and Joseph Geronimo, Jr., as well as under the names of entities that he is affiliated with, including International Siva Consciousness & World Religions, Reforms International, Handicap Interests International, and Jungle Democracy.[1] Roy's lawsuits are often brought against multiple defendants, and feature long, unconventional complaints. Roy has filed lawsuits against God, U.S. Presidents, Supreme Court Justices, fast food restaurants, foreign leaders.[2], and Wikipedia [3] [4].

Roy's lawsuits have addressed, among many other things, actions taken by President George W. Bush, overcharging by telecommunication companies, the appointment of Chief Justice John Roberts to the Supreme Court, and "failure of democratic societies and God's role therein."[5] In 2006 Judge Michael W. McConnell of The United States Court of Appeals for the Tenth Circuit described a typical Roy complaint:

Roy, a/k/a Joseph Geronimo, Jr. filed a 115-page complaint, a 144-page amended complaint, and a 40-page second amended complaint against over sixty defendants, including among many others President Bush, God as U.S.-based divine benefactor, several government agencies, The New York Times, and Kentucky Fried Chicken. In addition to pages of rambling discourse, the complaint contains numerous illegible handwritten remarks.[6]

The Tenth Circuit went on to affirm the district court's dismissal of the complaint holding that no discernible claim was apparent from the complaint. Judge McConnell also humorously noted that the court "strongly suspect[ed] at least one defendant was not properly served."[7]

Most, if not all, of Roy's complaints have been dismissed. A 2006 United States District Court for the District of Delaware opinion, Jungle Democracy v. U.S., describes Roy as "no stranger to litigation" and provides a partial list of Roy lawsuits that have been dismissed since 1991.[8]

Despite Roy's lack of success in the courts, his lawsuits have been discussed in law school classrooms and in law related blogs.[9] [10]

In April 2007 Roy filed a civil rights action against, among others, CBS Broadcasting Inc., MSNBC, the United States Government, and controversial radio shock jock Don Imus.[11]

In October, 2007, Roy filed a suit in the US District Court, Middle District of Florida, against "Wikipedia Encyclopedia, USA, All News Media, All State Board of Elections, Federal Election Commission". See Dkt. 3:07-cv-00994-VMC-HTS.

[edit] References

^ Jungle Democracy v. U.S., No. CIV.06-503-SLR, 2006 WL 2616213, at *1 (D. Del. Sept. 12, 2006)

^ Roy v. U.S., No. CIV.06-685-SLR 2007 WL 1109296 at *1 (D. Del. Apr. 11, 2007)

^ http://dockets.justia.com/browse/state-n...

^ http://www.area603.com/index.php?op=View...

^ Id.

http://answers.yahoo.com/question/index?qid=20080229114334AAxPLi2                    3/3/2008

Facebook

Type SizePrint Email RSS Social Networks
Permalink: http://blog.newsweek.com/blogs/theruckus/archive/2008/04/11/keystone-politics-greg-the-inevitable-p
TrackBack URL: http://blog.newsweek.com/blogs/theruckus/trackback.aspx?PostID=302627
Sphere It!
Digg It!
Newsvine
Del.icio.us
Facebook
Thanks for sharing your feedback! If your feedback doesn't appear right away, please be patient as it may take a
moderating comments.
DiscussEnter Your CommentSubmit Member Comments Posted By: CANDIDATE_REPUBLICAN (April 15, 200i
4.15. 2008 new york
the reverend hon'ble ms Gargi R Lahiri R N Tagore rd, Krishna Nagar, nadia, West Bengal, India: 107A Scribner
chief campaign  in USA and International: The rev dr kamal karna roy as the candidate of U S President and den
GOP nominating convention against john McCain U S Senator, an allegedly orrupt leader who was allegedly invo
lobbyist for sale of passion for gain for business of paxson_ paxson business  in interst pedalling crime against u
companionships on repeated occasioons with free use of luxury aircraft and writing atleast 2 sweetheart custom
people in U S Aconsider u sa is on sale in USAfor steering priate business.Now the problem is to find out if mcC;
of UISA to enhance influence pedalling business or we the people show mcCain a short visit to jail house for a cı
in deep and complecated puzzle to solve: the F B I needs to help we the people to resolve the issue quickly. the
to court an enquiry by appointment of a special Prosecutor to be appointed by U S Attorney General to find the tr
mcCain as sitting U S  Senator of GOP is surely highj enough govt official to be investigted by Special presecuto
Click here to join the NEWSWEEK community, post comments and subscribe to our e-mail newsletters
User Name:Password:

Forgot password?
             News Politics Tech and Business Culture Health Voices Quick Guide Periscope National News Int
the Odds Video
Top Story
Archbishop Wuerl on Pope Benedict's Visit
My Journey to the Top   Latest News
Pa. voters divided over Obama remarks    PAKISTAN
Elections Usher in a New Face
By Zahid Hussain, Ron Moreau and Michael Hirsh | NEWSWEEK
Mar 3, 2008 Issue
« Return to Article
Discuss
   Comments: Enter Your Comment
Posted By: CANDIDATE_REPUBLICAN @ 04/14/2008 6:34:21 PM
Comment: the reverend mother mrs tapasi b chakravorty democratic reormsa agent for candidate dr roy as opini
Ron Paul
Mitt Romney
Tom Tancredo
Fred Thompson
Joe Biden
Hillary Clinton
Chris Dodd
John Edwards
Mike Gravel
Dennis Kucinich
Posted By: CANDIDATE_REPUBLICAN @ 04/14/2008 11:38:50 AM
Comment:
Posted By: CANDIDATE_REPUBLICAN @ 04/13/2008 7:31:47 PM
Comment: the cleanest contender of republican politicking against john mcCain another dop candidate who who
sweet_heart companionship of a middle aged beaty ( women are presumed to be always a beauty in a male don
civilization or with hindu eras of lord krishna, a lover_boy in role ofa god or lord Brahma who used sex for pleasu
ever and ever and possibly the god_emblem of hunduism inflicted john mcCain type symbol of pursuit of pleasur
conditions at coutries beyond borders. But mccain has not authorise by laws of we the people of usa pursuant u
choice of mccainian leadership and for mccain_paxson busijess_ female 40=, now 47= female beauty triangle , r
and f bi to determine if he could be indicted in court of laws for violations with crossing intterstate boders for plea

issuance of atleast 2 sweet_heart letter to federara communication dept to wrongIt exepeditegovt action before s forwarded to for lawful inquest of mccain scandal with sex as mccain may be a human_god of some power but h such he is subject to criminal prosecution . when a gary hart se affair could result his exit from power, and elliot s governorship, only play_boy, part_timerbut moderatly good william jefferson clinton was as immune as a hindu o office of president along with historical evidence of genefer flower roman/sexbut you have to have a clintonian w of comment on democratic corruption in power politics are of the rev dr kamal karna roy . a candidate of u s pres campaign official with his consent. dr roy emphasized that in national interest for stability the democratic process pervez mussaref presidency at the current tenure may not have to be short circuited by the current elected leade rocky freedom in democratic nation with intent of compromise with president musareff anf current democracy arr an optimally acceptable situation ti exit musarref , as this may allow new coalition in ruling parties to control natic border of pakistan may consider to be wise condsidering
Posted By: CANDIDATE_REPUBLICAN @ 04/01/2008 10:06:39 AM
Comment: we wish stability and peace for nation of pakistan and wish eace for all citizens or pakistan. pl see am lives of jungle democracies :
Click here to join the NEWSWEEK community, post comments and subscribe to our e-mail newsletters
User Name:Password:
Forgot password?
News Politics Tech and Business Culture Health Voices Quick Guide
Stumper
Stumper HomepageWhat's Stumper?The RuckusRSSAuthor
Andrew Romano
Email | Bio CategoriesThe Filter
Top of the Week
Onscener
Ad Hawk
Experiment
Early States
Newsbyte
Politech
Stumper TV
Super Tuesday
Sam Brownback
Rudy Giuliani
Mike Huckabee
Duncan Hunter
John McCain
Ron Paul
Mitt Romney
Tom Tancredo
Fred Thompson
Joe Biden
Hillary Clinton
Chris Dodd
John Edwards
Mike Gravel
Dennis Kucinich
Barack Obama
Bill Richardson
Al Gore
Mike Bloomberg
Ralph Nader
Posted By: CANDIDATE_REPUBLICAN @ 03/30/2008 11:44:32 AM
Comment:
Bio | The Moderate Voice suspect as the reverend's. In addition, Obama can now denounce all he wants to but F
Posted By: CANDIDATE_REPUBLICAN @ 03/30/2008 5:31:47 AM
Comment: Hello robin1231hotmailcom
Change Preferences | Sign Out Sign In | Register Now
Print Edition | Subscribe | PostPoints
NewsNation Investigations Education Photos & Video World Technology KidsPost Discussions Metro Entertainm Magazine Archives PoliticsPolitics Blogs House/Senate Votes White House Congress 2008 Campaign In Depth

Home Toles Cartoons On Faith Blogs Telnaes Animations PostGlobal Feedback Outlook Discussion Groups Loc Education Traffic Community Guides Cars DC | MD | VACrime The Extras Real Estate Columns/Blogs Obituarie: United Columns/Blogs NFL Nationals Capitals College Basketball NHL Wizards High Schools Local Colleges NE Beauty Horoscopes Smart Living Television Books Home & Garden Comics Entertainment News Food & Dining GuideFind Restaurants Find Local Events Find Movies Visitors Guide Find Bars & Clubs Going Out Gurus Jobs$ Advice Dealer Specials Coupons Real EstateBuy a Home Sell a Home Property Values RentalsFind a Rental Re Discounts Shopper Blog Shop Used Sell Your Stuff Pets

SEARCH: washingtonpost.com Web | Search Archives

washingtonpost.com > Opinions > Outlook Your Comments On...

Okay, Barack. Now Show 'Em Your White Side.

Yes, that's right: Barack Obama is as white as he is black.

- By Bomani Armah

Commentsrobin1231hotmailcom wrote:

no obama no hillary nomccain should be nominated as major party nominees as all 3 of them are corrupt and co obama change his faith to unknown religion and betray we the people in majority christian faith in usa. only one c spoke anti american , s sermons but obama felt it was time to betry faith with rev right, because thi is time to be p But obama dear, there is no room for american patriot to be u s president as well for a person like u who may tur obama , forget to be u s president for some years next:comments of dr roy candidate was rewritten by assistants baidya roy; rev ms atreyee ry sen; rev ms gari r lahiri of krishnanagar nadia, w b, india ; and chief rev lisa alston Report Abuse

--------------------------------------------------------------------------------

Project GreenEnterpriseLeadershipBoomer FilesGiving GloballyCES CoverageEducation STRATEGIES I Want My (Web) MTV

Johnnie L. Roberts

Digital impresario Mika Salmi is transforming Viacom's MTV Networks into a new-media powerhouse, saving it fr Preview Article | Comments

Sponsored by

PeriscopeNewsPoliticsTech / BusinessCulture / IdeasHealthTip Sheet POLITICS

State and Defense: For Once, Opposites Attract

Mark Hosenball and Evan Thomas

The comity between the two is a '180- degree turn' from Rumsfeld and Powell.

Preview Article | Comments

Sponsored by

Give a Gift

Change Your Address

Pay Your Bill

Renew

Subscribe Now Only $20/year!

First Name Last Name Email Address

Make Newsweek Your Homepage

Podcasts

Newsweek Radio

Get and Share Widgets

RSS

Newsletters

Home Current Issue International Edition News Politics Tech and Business Culture Health Voices The CW Pers; About Newsweek Advertising Information Subscriber Services Pressroom Education Program Contact Us Use Reprint Sales Showcase Ads Online and Distance Learning Directory

© 2008 Newsweek, Inc.Loading Menu

Report Abuse

--------------------------------------------------------------------------------

**Posted By: CANDIDATE_REPUBLICAN (April 15, 2008 at 1:02 AM)**
Sphere It!
Digg It!
Newsvine
Del.icio.us
Facebook
Click here to join the NEWSWEEK community, post comments and subscribe to our e-mail newsletters
User Name:Password:
Forgot password?

Permalink: http://blog.newsweek.com/blogs/theruckus/archive/2008/04/11/keystone-politics-greg-the-inevitable-p
TrackBack URL: http://blog.newsweek.com/blogs/theruckus/trackback.aspx?PostID=302627
Sphere It!
Digg It!
Newsvine
Del.icio.us
Facebook
Thanks for sharing your feedback! If your feedback doesn't appear right away, please be patient as it may take a
moderating comments.
DiscussEnter Your CommentSubmit Member Comments Posted By: CANDIDATE_REPUBLICAN (April 15, 200{
4.15. 2008 new york
the reverend hon'ble ms Gargi R Lahiri R N Tagore rd, Krishna Nagar, nadia, West Bengal, India: 107A Scribner
chief campaign  in USA and International: The rev dr kamal karna roy as the candidate of U S President and den
GOP nominating convention against john McCain U S Senator, an allegedly orrupt leader who was allegedly invo
lobbyist for sale of passion for gain for business of paxson_ paxson business  in interst pedalling crime against u
companionships on repeated occasioons with free use of luxury aircraft and writing atleast 2 sweetheart custom
people in U S Aconsider u sa is on sale in USAfor steering priate business.Now the problem is to find out if mcCa
of UISA to enhance influence pedalling business or we the people show mcCain a short visit to jail house for a c
in deep and complecated puzzle to solve: the F B I needs to help we the people to resolve the issue quickly. the
to court an enquiry by appointment of a special Prosecutor to be appointed by U S Attorney General to find the tr
mcCain as sitting U S  Senator of GOP is surely highj enough govt official to be investigted by Special presecuto
Click here to join the NEWSWEEK community, post comments and subscribe to our e-mail newsletters
User Name:Password:
Forgot password?
          News Politics Tech and Business Culture Health Voices Quick Guide Periscope National News Int
the Odds Video
Top Story
Archbishop Wuerl on Pope Benedict's Visit
My Journey to the Top   Latest News
Pa. voters divided over Obama remarks    PAKISTAN
Elections Usher in a New Face
By Zahid Hussain, Ron Moreau and Michael Hirsh | NEWSWEEK
Mar 3, 2008 Issue
« Return to Article
Discuss
    Comments: Enter Your Comment
Posted By: CANDIDATE_REPUBLICAN @ 04/14/2008 6:34:21 PM
Comment: the reverend mother mrs tapasi b chakravorty democratic reormsa agent for candidate dr roy as opini
Ron Paul
Mitt Romney
Tom Tancredo
Fred Thompson
Joe Biden
Hillary Clinton
Chris Dodd
John Edwards
Mike Gravel
Dennis Kucinich
Posted By: CANDIDATE_REPUBLICAN @ 04/14/2008 11:38:50 AM
Comment:
Posted By: CANDIDATE_REPUBLICAN @ 04/13/2008 7:31:47 PM
Comment: the cleanest contender of republican politicking against john mcCain another dop candidate who who
sweet_heart companionship of a middle aged beaty ( women are presumed to be always a beauty in a male don
civilization or with hindu eras of lord krishna, a lover_boy in role ofa god or lord Brahma who used sex for pleasu
ever and ever and possibly the god_emblem of hunduism inflicted john mcCain type symbol of pursuit of pleasur
conditions at coutries beyond borders. But mccain has not authorise by laws of we the people of usa pursuant u
choice of mccainian leadership and for mccain_paxson busijess_ female 40=, now 47= female beauty triangle , r
and f bi to determine if he could be indicted in court of laws for violations with crossing intterstate boders for plea
issuance of atleast 2 sweet_heart letter to federara communication dept to wronglt expeditegovt action before s
forwarded to for lawful inquest of mccain scandal with sex as mccain may be a human_god of some power but h

USDC /

(23)

K

4/17/08

such he is subject to criminal prosecution . when a gary hart se affair could result his exit from power, and elliot s governorship, only play_boy, part_timerbut moderatly good william jefferson clinton was as immune as a hindu o office of president along with historical evidence of genefer flower roman/sexbut you have to have a clintonian we of comment on democratic corruption in power politics are of the rev dr kamal karna roy . a candidate of u s pres campaign official with his consent. dr roy emphasized that in national interest for stability the democratic process pervez mussaref presidency at the current tenure may not have to be short circuited by the current elected leade rocky freedom in democratic nation with intent of compromise with president musareff anf current democracy arr an optimally acceptable situation ti exit musarref , as this may allow new coalition in ruling parties to control natic border of pakistan may consider to be wise condsidering

Posted By: CANDIDATE_REPUBLICAN @ 04/01/2008 10:06:39 AM

Comment: we wish stability and peace for nation of pakistan and wish eace for all citizens or pakistan. pl see am lives of jungle democracies :

Click here to join the NEWSWEEK community, post comments and subscribe to our e-mail newsletters

User Name:Password:

Forgot password?

News Politics Tech and Business Culture Health Voices Quick Guide

Stumper

Stumper HomepageWhat's Stumper?The RuckusRSSAuthor

Andrew Romano

Email | Bio CategoriesThe Filter

Top of the Week

Onscener

Ad Hawk

Expertinent

Early States

Newsbyte

Politech

Stumper TV

Super Tuesday

Sam Brownback

Rudy Giuliani

Mike Huckabee

Duncan Hunter

John McCain

Ron Paul

Mitt Romney

Tom Tancredo

Fred Thompson

Joe Biden

Hillary Clinton

Chris Dodd

John Edwards

Mike Gravel

Dennis Kucinich

Barack Obama

Bill Richardson

Al Gore

Mike Bloomberg

Ralph Nader

Posted By: CANDIDATE_REPUBLICAN @ 03/30/2008 11:44:32 AM

Comment:

Bio | The Moderate Voice suspect as the reverend's. In addition, Obama can now denounce all he wants to but h

Posted By: CANDIDATE_REPUBLICAN @ 03/30/2008 5:31:47 AM

Comment: Hello robin1231hotmailcom

Change Preferences | Sign Out Sign In | Register Now

Print Edition | Subscribe | PostPoints

NewsNation Investigations Education Photos & Video World Technology KidsPost Discussions Metro Entertainm Magazine Archives PoliticsPolitics Blogs House/Senate Votes White House Congress 2008 Campaign In Depth Home Toles Cartoons On Faith Blogs Telnaes Animations PostGlobal Feedback Outlook Discussion Groups Loc Education Traffic Community Guides Cars DC | MD | VACrime The Extras Real Estate Columns/Blogs Obituarie:

*Complaint*

*2y*

*USD4*

*4/17/08*

Facebook

Type SizePrint Email RSS Social Networks

Permalink: http://blog.newsweek.com/blogs/theruckus/archive/2008/04/11/keystone-politics-greg-the-inevitable-p

TrackBack URL: http://blog.newsweek.com/blogs/theruckus/trackback.aspx?PostID=302627

Sphere It!

Digg It!

Newsvine

Del.icio.us

Facebook

Thanks for sharing your feedback! If your feedback doesn't appear right away, please be patient as it may take a moderating comments.

DiscussEnter Your CommentSubmit Member Comments Posted By: CANDIDATE_REPUBLICAN (April 15, 200{

4.15. 2008 new york

the reverend hon'ble ms Gargi R Lahiri R N Tagore rd, Krishna Nagar, nadia, West Bengal, India: 107A Scribner chief campaign in USA and International: The rev dr kamal kama roy as the candidate of U S President and den GOP nominating convention against john McCain U S Senator, an allegedly orrupt leader who was allegedly inv{ lobbyist for sale of passion for gain for business of paxson_ paxson business in interst pedalling crime against u companionships on repeated occasioons with free use of luxury aircraft and writing atleast 2 sweetheart custom people in U S Aconsider u sa is on sale in USAfor steering priate business.Now the problem is to find out if mcC{ of UISA to enhance influence pedalling business or we the people show mcCain a short visit to jail house for a c{ in deep and complecated puzzle to solve: the F B I needs to help we the people to resolve the issue quickly. the to court an enquiry by appointment of a special Prosecutor to be appointed by U S Attorney General to find the t{ mcCain as sitting U S Senator of GOP is surely highj enough govt official to be investigted by Special presecuto

Click here to join the NEWSWEEK community, post comments and subscribe to our e-mail newsletters

User Name:Password:

Forgot password?

        News Politics Tech and Business Culture Health Voices Quick Guide Periscope National News Int{

the Odds Video

Top Story

Archbishop Wuerl on Pope Benedict's Visit

My Journey to the Top  Latest News

Pa. voters divided over Obama remarks   PAKISTAN

Elections Usher in a New Face

By Zahid Hussain, Ron Moreau and Michael Hirsh | NEWSWEEK

Mar 3, 2008 Issue

« Return to Article

Discuss

  Comments: Enter Your Comment

Posted By: CANDIDATE_REPUBLICAN @ 04/14/2008 6:34:21 PM

Comment: the reverend mother mrs tapasi b chakravorty democratic reormsa agent for candidate dr roy as opini

Ron Paul

Mitt Romney

Tom Tancredo

Fred Thompson

Joe Biden

Hillary Clinton

Chris Dodd

John Edwards

Mike Gravel

Dennis Kucinich

Posted By: CANDIDATE_REPUBLICAN @ 04/14/2008 11:38:50 AM

Comment:

Posted By: CANDIDATE_REPUBLICAN @ 04/13/2008 7:31:47 PM

Comment: the cleanest contender of republican politicking against john mcCain another dop candidate who who sweet_heart companionship of a middle aged beaty ( women are presumed to be always a beauty in a male don civilization or with hindu eras of lord krishna, a lover_boy in role ofa god or lord Brahma who used sex for pleasu ever and ever and possibly the god_emblem of hunduism inflicted john mcCain type symbol of pursuit of pleasur conditions at coutries beyond borders. But mccain has not authorise by laws of we the people of usa pursuant u choice of mccainian leadership and for mccain_paxson busijess_ female 40=, now 47= female beauty triangle , r and f bi to determine if he could be indicted in court of laws for violations with crossing intterstate boders for plea

issuance of atleast 2 sweet_heart letter to federara communication dept to wrongit exepeditegovt action before s forwarded to for lawful inquest of mccain scandal with sex as mccain may be a human_god of some power but h such he is subject to criminal prosecution . when a gary hart se affair could result his exit from power, and elliot s governorship, only play_boy, part_timerbut moderatly good william jefferson clinton was as immune as a hindu o office of president along with historical evidence of genefer flower roman/sexbut you have to have a clintonian w of comment on democratic corruption in power politics are of the rev dr kamal karna roy . a candidate of u s pres campaign official with his consent. dr roy emphasized that in national interest for stability the democratic process pervez mussaref presidency at the current tenure may not have to be short circuited by the current elected leade rocky freedom in democratic nation with intent of compromise with president musareff anf current democracy arr an optimally acceptable situation ti exit musarref , as this may allow new coalition in ruling parties to control natic border of pakistan may consider to be wise condsidering

Posted By: CANDIDATE_REPUBLICAN @ 04/01/2008 10:06:39 AM

Comment: we wish stability and peace for nation of pakistan and wish eace for all citizens or pakistan. pl see am lives of jungle democracies :

Click here to join the NEWSWEEK community, post comments and subscribe to our e-mail newsletters

User Name:Password:

Forgot password?

News Politics Tech and Business Culture Health Voices Quick Guide

Stumper

Stumper HomepageWhat's Stumper?The RuckusRSSAuthor

Andrew Romano

Email | Bio CategoriesThe Filter

Top of the Week

Onscener

Ad Hawk

Expertinent

Early States

Newsbyte

Politech

Stumper TV

Super Tuesday

Sam Brownback

Rudy Giuliani

Mike Huckabee

Duncan Hunter

John McCain

Ron Paul

Mitt Romney

Tom Tancredo

Fred Thompson

Joe Biden

Hillary Clinton

Chris Dodd

John Edwards

Mike Gravel

Dennis Kucinich

Barack Obama

Bill Richardson

Al Gore

Mike Bloomberg

Ralph Nader

Posted By: CANDIDATE_REPUBLICAN @ 03/30/2008 11:44:32 AM

Comment:

Bio | The Moderate Voice suspect as the reverend's. In addition, Obama can now denounce all he wants to but h

Posted By: CANDIDATE_REPUBLICAN @ 03/30/2008 5:31:47 AM

Comment: Hello robin1231hotmailcom

Change Preferences | Sign Out Sign In | Register Now

Print Edition | Subscribe | PostPoints

NewsNation Investigations Education Photos & Video World Technology KidsPost Discussions Metro Entertainm Magazine Archives PoliticsPolitics Blogs House/Senate Votes White House Congress 2008 Campaign In Depth

Home Toles Cartoons On Faith Blogs Telnaes Animations PostGlobal Feedback Outlook Discussion Groups Loc
Education Traffic Community Guides Cars DC | MD | VACrime The Extras Real Estate Columns/Blogs Obituarie:
United Columns/Blogs NFL Nationals Capitals College Basketball NHL Wizards High Schools Local Colleges NE
Beauty Horoscopes Smart Living Television Books Home & Garden Comics Entertainment News Food & Dining
GuideFind Restaurants Find Local Events Find Movies Visitors Guide Find Bars & Clubs Going Out Gurus Jobs‡
Advice Dealer Specials Coupons Real EstateBuy a Home Sell a Home Property Values RentalsFind a Rental R∈
Discounts Shopper Blog Shop Used Sell Your Stuff Pets
SEARCH: washingtonpost.com Web | Search Archives

washingtonpost.com > Opinions > Outlook Your Comments On...
Okay, Barack. Now Show 'Em Your White Side.
Yes, that's right: Barack Obama is as white as he is black.
- By Bomani Armah
Commentsrobin1231hotmailcom wrote:
no obama no hillary nomccain should be nominated as major party nominees as all 3 of them are corrupt and co
obama change his faith to unknown religion and betray we the people in majority christian faith in usa. only one c
spoke anti american , s sermons but obama felt it was time to betry faith with rev right, because thi is time to be p
But obama dear, there is no room for american patriot to be u s president as well for a person like u who may tur
obama , forget to be u s president for some years next:comments of dr roy candidate was rewritten by assistants
baidya roy; rev ms atreyee ry sen; rev ms gari r lahiri of krishnanagar nadia, w b, india ; and chief rev lisa alston ·
Report Abuse

---

Project GreenEnterpriseLeadershipBoomer FilesGiving GloballyCES CoverageEducation STRATEGIES
I Want My (Web) MTV
Johnnie L. Roberts
Digital impresario Mika Salmi is transforming Viacom's MTV Networks into a new-media powerhouse, saving it fr
Preview Article | Comments
Sponsored by
  PeriscopeNewsPoliticsTech / BusinessCulture / IdeasHealthTip Sheet POLITICS
State and Defense: For Once, Opposites Attract
Mark Hosenball and Evan Thomas
The comity between the two is a '180- degree turn' from Rumsfeld and Powell.
Preview Article | Comments
Sponsored by
  Give a Gift
Change Your Address
Pay Your Bill
Renew
Subscribe Now Only $20/year!
First Name  Last Name  Email Address
Make Newsweek Your Homepage
Podcasts
Newsweek Radio
Get and Share Widgets
RSS
Newsletters
Home Current Issue International Edition News Politics Tech and Business Culture Health Voices The CW Pe
  About Newsweek Advertising Information Subscriber Services Pressroom Education Program Contact Us Use
Reprint Sales Showcase Ads Online and Distance Learning Directory
© 2008 Newsweek, Inc.Loading Menu
Report Abuse

---

Posted By: CANDIDATE_REPUBLICAN (April 15, 2008 at 1:02 AM)
Sphere It!
Digg It!
Newsvine
Del.icio.us
Facebook
Click here to join the NEWSWEEK community, post comments and subscribe to our e-mail newsletters
User Name:Password:
Forgot password?

Permalink: http://blog.newsweek.com/blogs/theruckus/archive/2008/04/11/keystone-politics-greg-the-inevitable-p
TrackBack URL: http://blog.newsweek.com/blogs/theruckus/trackback.aspx?PostID=302627
Sphere It!
Digg It!
Newsvine
Del.icio.us
Facebook
Thanks for sharing your feedback! If your feedback doesn't appear right away, please be patient as it may take a
moderating comments.
DiscussEnter Your CommentSubmit Member Comments Posted By: CANDIDATE_REPUBLICAN (April 15, 2008
4.15. 2008 new york
the reverend hon'ble ms Gargi R Lahiri R N Tagore rd, Krishna Nagar, nadia, West Bengal, India: 107A Scribner
chief campaign  in USA and International: The rev dr kamal kama roy as the candidate of U S President and den
GOP nominating convention against john McCain a allegedly orrupt leader who was allegedly invo
lobbyist for sale of passion for gain for business of paxson_ paxson business  in interst pedalling crime against u
companionships on repeated occasioons with free use of luxury aircraft and writing atleast 2 sweetheart custom
people in U S Aconsider u sa is on sale in USAfor steering priate business.Now the problem is to find out if mcCa
of UISA to enhance influence pedalling business or we the people show mcCain a short visit to jail house for a ca
in deep and complecated puzzle to solve: the F B I needs to help we the people to resolve the issue quickly. the
to court an enquiry by appointment of a special Prosecutor to be appointed by U S Attorney General to find the tr
mcCain as sitting U S  Senator of GOP is surely highj enough govt official to be investigted by Special presecuto
Click here to join the NEWSWEEK community, post comments and subscribe to our e-mail newsletters
User Name:Password:
Forgot password?
               News Politics Tech and Business Culture Health Voices Quick Guide Periscope National News Int
the Odds Video
Top Story
Archbishop Wuerl on Pope Benedict's Visit
My Journey to the Top   Latest News
Pa. voters divided over Obama remarks    PAKISTAN
Elections Usher in a New Face
By Zahid Hussain, Ron Moreau and Michael Hirsh | NEWSWEEK
Mar 3, 2008 Issue
« Return to Article
Discuss
   Comments: Enter Your Comment
Posted By: CANDIDATE_REPUBLICAN @ 04/14/2008 6:34:21 PM
Comment: the reverend mother mrs tapasi b chakravorty democratic reormsa agent for candidate dr roy as opini
Ron Paul
Mitt Romney
Tom Tancredo
Fred Thompson
Joe Biden
Hillary Clinton
Chris Dodd
John Edwards
Mike Gravel
Dennis Kucinich
Posted By: CANDIDATE_REPUBLICAN @ 04/14/2008 11:38:50 AM
Comment:
Posted By: CANDIDATE_REPUBLICAN @ 04/13/2008 7:31:47 PM
Comment: the cleanest contender of republican politicking against john mcCain another dop candidate who who
sweet_heart companionship of a middle aged beaty ( women are presumed to be always a beauty in a male don
civilization or with hindu eras of lord krishna, a lover_boy in role ofa god or lord Brahma who used sex for pleasu
ever and ever and possibly the god_emblem of hunduism inflicted john mcCain type symbol of pursuit of pleasur
conditions at coutries beyond borders. The mccain has not authorise by laws of we the people of usa pursuant u
choice of mccainian leadership and for mccain_paxson busijess_female 40=, now 47= female beauty triangle , r
and f bi to determine if he could be indicted in court of laws for violations with crossing intterstate boders for plea
issuance of atleast 2 sweet_heart letter to federara communication dept to wrongit expeditegovt action before s
forwarded to for lawful inquest of mccain scandal with sex as mccain may be a human_god of some power but h

such he is subject to criminal prosecution . when a gary hart se affair could result his exit from power, and elliot s governorship, only play_boy, part_timerbut moderatly good william jefferson clinton was as immune as a hindu o office of president along with historical evidence of genefer flower roman/sexbut you have to have a clintonian w of comment on democratic corruption in power politics are of the rev dr kamal karna roy . a candidate of u s pres campaign official with his consent. dr roy emphasized that in national interest for stability the democratic process pervez mussaref presidency at the current tenure may not have to be short circuited by the current elected leade rocky freedom in democratic nation with intent of compromise with president musareff anf current democracy arr an optimally acceptable situation ti exit musarref , as this may allow new coalition in ruling parties to control natic border of pakistan may consider to be wise condsidering

Posted By: CANDIDATE_REPUBLICAN @ 04/01/2008 10:06:39 AM

Comment: we wish stability and peace for nation of pakistan and wish eace for all citizens or pakistan. pl see am lives of jungle democracies :

Click here to join the NEWSWEEK community, post comments and subscribe to our e-mail newsletters

User Name:Password:

Forgot password?

News Politics Tech and Business Culture Health Voices Quick Guide

Stumper

Stumper HomepageWhat's Stumper?The RuckusRSSAuthor

Andrew Romano

Email | Bio CategoriesThe Filter

Top of the Week

Onscener

Ad Hawk

Experiment

Early States

Newsbyte

Politech

Stumper TV

Super Tuesday

Sam Brownback

Rudy Giuliani

Mike Huckabee

Duncan Hunter

John McCain

Ron Paul

Mitt Romney

Tom Tancredo

Fred Thompson

Joe Biden

Hillary Clinton

Chris Dodd

John Edwards

Mike Gravel

Dennis Kucinich

Barack Obama

Bill Richardson

Al Gore

Mike Bloomberg

Ralph Nader

Posted By: CANDIDATE_REPUBLICAN @ 03/30/2008 11:44:32 AM

Comment:

Bio | The Moderate Voice suspect as the reverend's. In addition, Obama can now denounce all he wants to but h

Posted By: CANDIDATE_REPUBLICAN @ 03/30/2008 5:31:47 AM

Comment: Hello robin1231hotmailcom

Change Preferences | Sign Out Sign In | Register Now

Print Edition | Subscribe | PostPoints

NewsNation Investigations Education Photos & Video World Technology KidsPost Discussions Metro Entertainm Magazine Archives PoliticsPolitics Blogs House/Senate Votes White House Congress 2008 Campaign In Depth Home Toles Cartoons On Faith Blogs Telnaes Animations PostGlobal Feedback Outlook Discussion Groups Loc Education Traffic Community Guides Cars DC | MD | VACrime The Extras Real Estate Columns/Blogs Obituarie



CAMPAIGN 2008



INTERACTIVE
**Primary Map**
Track results and the election calendar



Newsweek **Top Ten**

MOST VIEWED    MOST E-MAILED

Updated 04/15/2008 12:03AM EST        Clip This

1  **How Benedict XVI Will Make History**
   Preview | Related | Comments

2  **Miller: Why This Pope Doesn't Connect**
   Preview | Related | Comments

3  **A Renegade Against Greenpeace**
   Preview | Related | Comments

4  **Lithwick: The Supreme Penalty for Rape**
   Preview | Related | Comments

5  **Why I Had Breasts Removed**
   Preview | Related | Comments

6  **Investigating Spitzer's Psyche**
   Preview | Related | Comments

7  **Why Congress Pushed Air Safety**
   Preview | Related | Comments

8  **The Testosterone-Profit Link**
   Preview | Related | Comments

9  **Will: A Libertarian Surge?**
   Preview | Related | Comments

10 **Somalia: Dilemmas of the Horn**
   Preview | Related | Comments

RANGE:    Past 24 hrs



Full Post
Posted Wednesday, March 26, 2008 11:29 AM

## Could Clinton Drop Out on May 7?

Andrew Romano

First came Super Tuesday, with 24 contests and nearly 1,700 delegates up for grabs. Then it was the Texas two-step and prim: according to Chris Bowers of Open Left, the latest, greatest *Decision Day 2008* ® is May 6, when the good voters of North Ca Hopemonger from Illinois or the Iron Lady from New York.

"If Obama sweeps Indiana and North Carolina," writes Bowers. "The campaign is over."

It's an interesting prediction. For starters, there's absolutely no chance that the curtain will fall earlier. Clinton currently boas the fervent finger-crossing of Obamaniacs nationwide, she ain't goin' nowhere before May. That said, the Indiana/North Caro (187) than Pennsylvania (158), but it's also expected to be closer contest--meaning that the conflict-obsessed media will put m developing in the Democratic presidential race in [Indiana]," wrote the Washington Post earlier this week. "A fair fight." Case Clinton's demise, according to Bowers. "May 6th is the first date when Obama can reach 1,627 pledged delegates, or 50% + 1 ( pledged delegates to reach 1,627, or 49.7% of the 349 to be determined between April 22 and May 6." In Bowers' view, if Obar Indiana and North Carolina, he will simultaneously capture the majority of pledged delegates--an important symbolic victory York senator to contemplate a "final option" that involves "winning the support of more than 70% of the remaining superdele

Advertisement



Newsweek

Give a Gift
Change Your Address

Only $20/year!

Email Address



USDC

The only problem: it won't be. There are two reasons to be skeptical. One, it's far from certain that Obama will reach the 1,627 Calculator, if the returns in Pennsylvania and North Carolina hew to current polling averages, and Indiana results, as expecte delegate majority. And while it's easy to imagine Obama exceeding this tally--the latest PPP poll predicts a 20-point win in th top--it's impossible to imagine Clinton actually conceding that such an accomplishment (or concern that her continued prese significance."This is a very close race and neither of us will reach the magic number of delegates," she told Time's Mark Halpe think about the many millions of people who have already voted, we are separated by a relatively small percentage of votes: W delegates" As long as Clinton sets 2,025 (and not 1,627) as the finish line--and Florida and Michigan remain unresolved and t she'll stay in the race. And frankly, she has point. There's no precedent (see Kennedy in 1980 or Reagan in 1976) for a candida who's yet to clinch the nomination to simply say "sayonara" in the midst of primary season.

Which means that nothing short of a May 7 "Superdelegate Stampede" to Obama will end the race before June. Could *that* ha bahs, reluctant to overturn the "will of the people," will break for the pledged-delegate/popular-vote leader in the end--*a la* Cl unlikely (for the same reasons, really) to weigh in before *all of the people* express their will at the ballot box. As Clinton said y months millions of people are going to vote. We should wait and see the outcome of those votes." And so the slugfest rightfull how it's going to end.

Hillary Clinton, Barack Obama



Permalink: http://blog.newsweek.com/blogs/stumper/archive/2008/03/26/could-clinton-drop-out-on-may-7.aspx
Sphere It!
Digg It!
Newsvine
Del.icio.us
Facebook
Type Size
Print
Email
RSS
Social Networks
Permalink: http://blog.newsweek.com/blogs/stumper/archive/2008/03/26/could-clinton-drop-out-on-may-7.aspx

TrackBack URL: http://blog.newsweek.com/blogs/stumper/trackback.aspx?PostID=276340
You must be a registered user to comment. Click here to register. Already a user? Click here to login.

## Member Comments

Posted By: CANDIDATE_REPUBLICAN (April 15, 2008 at 1:02 AM)
Sphere It!
Digg It!
Newsvine
Del.icio.us
Facebook
Click here to join the NEWSWEEK community, post comments and subscribe to our e-mail newsletters

Facebook
Type SizePrint Email RSS Social Networks
Permalink: http://blog.newsweek.com/blogs/theruckus/archive/2008/04/11/keystone-politics-greg-the-inevitable-p
TrackBack URL: http://blog.newsweek.com/blogs/theruckus/trackback.aspx?PostID=302627
Sphere It!
Digg It!
Newsvine
Del.icio.us
Facebook
Thanks for sharing your feedback! If your feedback doesn't appear right away, please be patient as it may take a
moderating comments.
DiscussEnter Your CommentSubmit Member Comments Posted By: CANDIDATE_REPUBLICAN (April 15, 200i
4.15. 2008 new york
the reverend hon'ble ms Gargi R Lahiri R N Tagore rd, Krishna Nagar, nadia, West Bengal, India: 107A Scribner
chief campaign in USA and International: The rev dr kamal kama roy as the candidate of U S President and den
GOP nominating convention against john McCain U S Senator, an allegedly orrupt leader who was allegedly invo
lobbyist for sale of passion for gain for business of paxson_ paxson business  in interst pedalling crime against u
companionships on repeated occasioons with free use of luxury aircraft and writing atleast 2 sweetheart custom
people in U S Aconsider u sa is on sale in USAfor steering priate business.Now the problem is to find out if mcCa
of UISA to enhance influence pedalling business or we the people show mcCain a short visit to jail house for a cr
in deep and complecated puzzle to solve: the F B I needs to help we the people to resolve the issue quickly. the
to court an enquiry by appointment of a special Prosecutor to be appointed by U S Attorney General to find the tr
mcCain as sitting U S  Senator of GOP is surely highj enough govt official to be investigted by Special presecuto
Click here to join the NEWSWEEK community, post comments and subscribe to our e-mail newsletters
User Name:Password:
Forgot password?
               News Politics Tech and Business Culture Health Voices Quick Guide Periscope National News Int
the Odds Video
Top Story
Archbishop Wuerl on Pope Benedict's Visit
My Journey to the Top   Latest News
Pa. voters divided over Obama remarks    PAKISTAN
Elections Usher in a New Face
By Zahid Hussain, Ron Moreau and Michael Hirsh | NEWSWEEK
Mar 3, 2008 Issue
« Return to Article
Discuss
   Comments: Enter Your Comment
Posted By: CANDIDATE_REPUBLICAN @ 04/14/2008 6:34:21 PM
Comment: the reverend mother mrs tapasi b chakravorty democratic reormsa agent for candidate dr roy as opini
Ron Paul
Mitt Romney
Tom Tancredo
Fred Thompson
Joe Biden
Hillary Clinton
Chris Dodd
John Edwards
Mike Gravel
Dennis Kucinich
Posted By: CANDIDATE_REPUBLICAN @ 04/14/2008 11:38:50 AM
Comment:
Posted By: CANDIDATE_REPUBLICAN @ 04/13/2008 7:31:47 PM
Comment: the cleanest contender of republican politicking against john mccain another dop candidate who who
sweet_heart companionship of a middle aged beaty ( women are presumed to be always a beauty in a male don
civilization or with hindu eras of lord krishna, a lover_boy in role ofa god or lord Brahma who used sex for pleasu
ever and ever and possibly the god_emblem of hunduism inflicted john mcCain type symbol of pursuit of pleasur
conditions at coutries beyond borders. But mccain has not authorise by laws of we the people of usa pursuant u
choice of mccainian leadership and for mccain_paxson busijess_ female 40=, now 47= female beauty triangle , r
and f bi to determine if he could be indicted in court of laws for violations with crossing intterstate boders for plea

USD4

(32)

4|17

issuance of atleast 2 sweet_heart letter to federara communication dept to wronglt exepeditegovt action before s
forwarded to for lawful inquest of mccain scandal with sex as mccain may be a human_god of some power but h
such he is subject to criminal prosecution . when a gary hart se affair could result his exit from power, and elliot s
governorship, only play_boy, part_timerbut moderatly good william jefferson clinton was as immune as a hindu o
office of president along with historical evidence of genefer flower roman/sexbut you have to have a clintonian w
of comment on democratic corruption in power politics are of the rev dr kamal karna roy . a candidate of u s pres
campaign official with his consent. dr roy emphasized that in national interest for stability the democratic process
pervez mussaref presidency at the current tenure may not have to be short circuited by the current elected leade
rocky freedom in democratic nation with intent of compromise with president musareff anf current democracy arr
an optimally acceptable situation ti exit musarref , as this may allow new coalition in ruling parties to control natic
border of pakistan may consider to be wise condsidering
Posted By: CANDIDATE_REPUBLICAN @ 04/01/2008 10:06:39 AM
Comment: we wish stability and peace for nation of pakistan and wish eace for all citizens or pakistan. pl see am
lives of jungle democracies :
Click here to join the NEWSWEEK community, post comments and subscribe to our e-mail newsletters
User Name:Password:
Forgot password?
News Politics Tech and Business Culture Health Voices Quick Guide
Stumper
Stumper HomepageWhat's Stumper?The RuckusRSSAuthor
Andrew Romano
Email | Bio CategoriesThe Filter
Top of the Week
Onscener
Ad Hawk
Expertinent
Early States
Newsbyte
Politech
Stumper TV
Super Tuesday
Sam Brownback
Rudy Giuliani
Mike Huckabee
Duncan Hunter
John McCain
Ron Paul
Mitt Romney
Tom Tancredo
Fred Thompson
Joe Biden
Hillary Clinton
Chris Dodd
John Edwards
Mike Gravel
Dennis Kucinich
Barack Obama
Bill Richardson
Al Gore
Mike Bloomberg
Ralph Nader
Posted By: CANDIDATE_REPUBLICAN @ 03/30/2008 11:44:32 AM
Comment:
Bio | The Moderate Voice suspect as the reverend's. In addition, Obama can now denounce all he wants to but h
Posted By: CANDIDATE_REPUBLICAN @ 03/30/2008 5:31:47 AM
Comment: Hello robin1231hotmailcom
Change Preferences | Sign Out Sign In | Register Now
Print Edition | Subscribe | PostPoints
NewsNation Investigations Education Photos & Video World Technology KidsPost Discussions Metro Entertainm
Magazine Archives PoliticsPolitics Blogs House/Senate Votes White House Congress 2008 Campaign In Depth

Case 4:08-cv-02291-SBA     Document 1     Filed 05/02/2008     Page 31 of 59

Home Toles Cartoons On Faith Blogs Telnaes Animations PostGlobal Feedback Outlook Discussion Groups Loc
Education Traffic Community Guides Cars DC | MD | VACrime The Extras Real Estate Columns/Blogs Obituarie:
United Columns/Blogs NFL Nationals Capitals College Basketball NHL Wizards High Schools Local Colleges NE
Beauty Horoscopes Smart Living Television Books Home & Garden Comics Entertainment News Food & Dining
GuideFind Restaurants Find Local Events Find Movies Visitors Guide Find Bars & Clubs Going Out Gurus Jobs$
Advice Dealer Specials Coupons Real EstateBuy a Home Sell a Home Property Values RentalsFind a Rental Re
Discounts Shopper Blog Shop Used Sell Your Stuff Pets
SEARCH: washingtonpost.com Web | Search Archives
washingtonpost.com > Opinions > Outlook Your Comments On...
Okay, Barack. Now Show 'Em Your White Side.
Yes, that's right: Barack Obama is as white as he is black.
- By Bomani Armah
Commentsrobin1231hotmailcom wrote:
no obama no hillary nomccain should be nominated as major party nominees as all 3 of them are corrupt and co
obama change his faith to unknown religion and betray we the people in majority christian faith in usa. only one c
spoke anti american , s sermons but obama felt it was time to betry faith with rev right, because thi is time to be ;
But obama dear; there is no room for american patriot to be u s president as well for a person like u who may tur
obama , forget to be u s president for some years next:comments of dr roy candidate was rewritten by assistants
baidya roy; rev ms atreyee ry sen; rev ms gari r lahiri of krishnanagar nadia, w b, india ; and chief rev lisa alston
Report Abuse

----------------------------------------

Project GreenEnterpriseLeadershipBoomer FilesGiving GloballyCES CoverageEducation STRATEGIES
I Want My (Web) MTV
Johnnie L. Roberts
Digital impresario Mika Salmi is transforming Viacom's MTV Networks into a new-media powerhouse, saving it fr
Preview Article | Comments
Sponsored by
   PeriscopeNewsPoliticsTech / BusinessCulture / IdeasHealthTip Sheet POLITICS
State and Defense: For Once, Opposites Attract
Mark Hosenball and Evan Thomas
The comity between the two is a '180- degree turn' from Rumsfeld and Powell.
Preview Article | Comments
Sponsored by
   Give a Gift
Change Your Address
Pay Your Bill
Renew
Subscribe Now Only $20/year!
First Name  Last Name  Email Address
Make Newsweek Your Homepage
Podcasts
Newsweek Radio
Get and Share Widgets
RSS
Newsletters
Home Current Issue International Edition News Politics Tech and Business Culture Health Voices The CW Pers;
   About Newsweek Advertising Information Subscriber Services Pressroom Education Program Contact Us Use
Reprint Sales Showcase Ads Online and Distance Learning Directory
© 2008 Newsweek, Inc.Loading Menu
Report Abuse

----------------------------------------

**Posted By: CANDIDATE_REPUBLICAN (April 15, 2008 at 1:02 AM)**
Sphere It!
Digg It!
Newsvine
Del.icio.us
Facebook
Click here to join the NEWSWEEK community, post comments and subscribe to our e-mail newsletters
User Name:Password:
Forgot password?

Permalink: http://blog.newsweek.com/blogs/theruckus/archive/2008/04/11/keystone-politics-greg-the-inevitable-p
TrackBack URL: http://blog.newsweek.com/blogs/theruckus/trackback.aspx?PostID=302627
Sphere It!
Digg It!
Newsvine
Del.icio.us
Facebook
Thanks for sharing your feedback! If your feedback doesn't appear right away, please be patient as it may take a
moderating comments.
DiscussEnter Your CommentSubmit Member Comments Posted By: CANDIDATE_REPUBLICAN (April 15, 200!
4.15. 2008 new york
the reverend hon'ble ms Gargi R Lahiri R N Tagore rd, Krishna Nagar, nadia, West Bengal, India: 107A Scribner
chief campaign in USA and International: The rev dr kamal kama roy as the candidate of U S President and den
GOP nominating convention against john McCain U S Senator, an allegedly orrupt leader who was allegedly invo
lobbyist for sale of passion for gain for business of paxson_ paxson business in interst pedalling crime against u
companionships on repeated occasioons with free use of luxury aircraft and writing atleast 2 sweetheart custom
people in U S Aconsider u sa is on sale in USAfor steering priate business.Now the problem is to find out if mcCa
of UISA to enhance influence pedalling business or we the people show mcCain a short visit to jail house for a ca
in deep and complecated puzzle to solve: the F B I needs to help we the people to resolve the issue quickly. the
to court an enquiry by appointment of a special Prosecutor to be appointed by U S Attorney General to find the tr
mcCain as sitting U S Senator of GOP is surely highj enough govt official to be investigted by Special presecuto
Click here to join the NEWSWEEK community, post comments and subscribe to our e-mail newsletters
User Name:Password:
Forgot password?
          News Politics Tech and Business Culture Health Voices Quick Guide Periscope National News Int
the Odds Video
Top Story
Archbishop Wuerl on Pope Benedict's Visit
My Journey to the Top   Latest News
Pa. voters divided over Obama remarks   PAKISTAN
Elections Usher in a New Face
By Zahid Hussain, Ron Moreau and Michael Hirsh | NEWSWEEK
Mar 3, 2008 Issue
« Return to Article
Discuss
   Comments: Enter Your Comment
Posted By: CANDIDATE_REPUBLICAN @ 04/14/2008 6:34:21 PM
Comment: the reverend mother mrs tapasi b chakravorty democratic reormsa agent for candidate dr roy as opini
Ron Paul
Mitt Romney
Tom Tancredo
Fred Thompson
Joe Biden
Hillary Clinton
Chris Dodd
John Edwards
Mike Gravel
Dennis Kucinich
Posted By: CANDIDATE_REPUBLICAN @ 04/14/2008 11:38:50 AM
Comment:
Posted By: CANDIDATE_REPUBLICAN @ 04/13/2008 7:31:47 PM
Comment: the cleanest contender of republican politicking against john mcCain another dop candidate who who
sweet_heart companionship of a middle aged beaty ( women are presumed to be always a beauty in a male don
civilization or with hindu eras of lord krishna, a lover_boy in role ofa god or lord Brahma who used sex for pleasu
ever and ever and possibly the god_emblem of hunduism inflicted john mcCain type symbol of pursuit of pleasur
conditions at coutries beyond borders. But mccain has not authorise by laws of we the people of usa pursuant u
choice of mccainian leadership and for mccain_paxson busijess_ female 40=, now 47= female beauty triangle , r
and f bi to determine if he could be indicted in court of laws for violations with crossing intterstate boders for plea
issuance of atleast 2 sweet_heart letter to federara communication dept to wronglt expeditegovt action before s
forwarded to for lawful inquest of mccain scandal with sex as mccain may be a human_god of some power but h

such he is subject to criminal prosecution . when a gary hart se affair could result his exit from power, and elliot s governorship, only play_boy, part_timerbut moderatly good william jefferson clinton was as immune as a hindu o office of president along with historical evidence of genefer flower roman/sexbut you have to have a clintonian wi of comment on democratic corruption in power politics are of the rev dr kamal kama roy . a candidate of u s pres campaign official with his consent. dr roy emphasized that in national interest for stability the democratic process pervez mussaref presidency at the current tenure may not have to be short circuited by the current elected leade rocky freedom in democratic nation with intent of compromise with president musareff anf current democracy arr an optimally acceptable situation ti exit musarref , as this may allow new coalition in ruling parties to control natic border of pakistan may consider to be wise condsidering

Posted By: CANDIDATE_REPUBLICAN @ 04/01/2008 10:06:39 AM

Comment: we wish stability and peace for nation of pakistan and wish eace for all citizens or pakistan. pl see am lives of jungle democracies :

Click here to join the NEWSWEEK community, post comments and subscribe to our e-mail newsletters
User Name:Password:
Forgot password?
News Politics Tech and Business Culture Health Voices Quick Guide
Stumper
Stumper HomepageWhat's Stumper?The RuckusRSSAuthor
Andrew Romano



Email | Bio CategoriesThe Filter
Top of the Week
Onscener
Ad Hawk
Expertiment
Early States
Newsbyte
Politech
Stumper TV
Super Tuesday
Sam Brownback
Rudy Giuliani
Mike Huckabee
Duncan Hunter
John McCain
Ron Paul
Mitt Romney
Tom Tancredo
Fred Thompson
Joe Biden
Hillary Clinton
Chris Dodd
John Edwards
Mike Gravel
Dennis Kucinich
Barack Obama
Bill Richardson
Al Gore
Mike Bloomberg
Ralph Nader



Posted By: CANDIDATE_REPUBLICAN @ 03/30/2008 11:44:32 AM
Comment:
Bio | The Moderate Voice suspect as the reverend's. In addition, Obama can now denounce all he wants to but h
Posted By: CANDIDATE_REPUBLICAN @ 03/30/2008 5:31:47 AM
Comment: Hello robin1231hotmailcom
Change Preferences | Sign Out Sign In | Register Now
Print Edition | Subscribe | PostPoints
NewsNation Investigations Education Photos & Video World Technology KidsPost Discussions Metro Entertainn
Magazine Archives PoliticsPolitics Blogs House/Senate Votes White House Congress 2008 Campaign In Depth
Home Toles Cartoons On Faith Blogs Telnaes Animations PostGlobal Feedback Outlook Discussion Groups Loc
Education Traffic Community Guides Cars DC | MD | VACrime The Extras Real Estate Columns/Blogs Obituarie:



**The Swinging Suburbs**

4/14/08: For the first time in 30 years, the Philadelphia suburbs may be swinging Democratic. Obama makes his pitch to the newly blue 'burbs. (Video: Lee Wang)

■ E-MAIL  ⊂⊃ GET LINK  [SHOW VIDEOS]

USDC

31

n
4/17/08

for Plaintiff

LATEST POSTS FROM THE RUCKUS

Talk Left: SUSA PA Poll: Clinton By 14
Outside the Beltway: Barack Obama the Socialist
Outside the Beltway: A GOP 'Bigot Eruption'?
Outside the Beltway: What Makes Someone an Elitist?
Outside the Beltway: Are Elites Using 'Elitism' Charge Elitist?
HEADLINES BY FEEDBURNER

FACTCHECK.ORG LATEST FACTCHECKS

Oily Words
Winning Ugly in Wisconsin
Substance Abuse
Obama's Oil Spill
Wisconsin Judgment Day, the Sequel
HEADLINES BY FEEDBURNER

LATEST NEWSWEEK BLOG POSTS

BAILEY: With McCain and the Economy, Is the Third Time the Charm?
Level Up's Top Four Gaming Tidbits for Apr 15th, 2008
The Filter: April 15, 2008
While We're on the Subject of Condescension...
Latest TamCam Video by Tammy Haddad
HEADLINES BY FEEDBURNER

CAMPAIGN 2008



INTERACTIVE
**Primary Map**
Track results and the election calendar

---

**Newsweek Top Ten**

| MOST VIEWED | MOST E-MAILED |

Updated 04/15/2008 12:03AM EST                    Clip this

1  **How Benedict XVI Will Make History**
   Preview | Related | Comments

2  **Miller: Why This Pope Doesn't Connect**
   Preview | Related | Comments

3  **A Renegade Against Greenpeace**
   Preview | Related | Comments

4  **Lithwick: The Supreme Penalty for Rape**
   Preview | Related | Comments

5  **Why I Had Breasts Removed**
   Preview | Related | Comments

6  **Investigating Spitzer's Psyche**
   Preview | Related | Comments

7  **Why Congress Pushed Air Safety**
   Preview | Related | Comments

8  **The Testosterone-Profit Link**
   Preview | Related | Comments

9  **Will: A Libertarian Surge?**
   Preview | Related | Comments

10 **Somalia: Dilemmas of the Horn**
   Preview | Related | Comments

RANGE:                    Past 24 hrs



Full Post
Posted Wednesday, March 26, 2008 11:29 AM

**Could Clinton Drop Out on May 7?**

Andrew Romano

First came Super Tuesday, with 24 contests and nearly 1,700 delegates up for grabs. Then it was the Texas two-step and prim:
according to Chris Bowers of Open Left, the latest, greatest *Decision Day 2008* ® is May 6, when the good voters of North Ca
Hopemonger from Illinois or the Iron Lady from New York.

"If Obama sweeps Indiana and North Carolina," writes Bowers. "The campaign is over."

It's an interesting prediction. For starters, there's absolutely no chance that the curtain will fall earlier. Clinton currently boas
the fervent finger-crossing of Obamaniacs nationwide, she ain't goin' nowhere before May. That said, the Indiana/North Caro
(187) than Pennsylvania (158), but it's also expected to be closer contest--meaning that the conflict-obsessed media will put m
developing in the Democratic presidential race in [Indiana]," wrote the Washington Post earlier this week. "A fair fight." Case
Clinton's demise, according to Bowers. "May 6th is the first date when Obama can reach 1,627 pledged delegates, or 50% + 1 (
pledged delegates to reach 1,627, or 49.7% of the 349 to be determined between April 22 and May 6." In Bowers' view, if Obar
Indiana and North Carolina, he will simultaneously capture the majority of pledged delegates--an important symbolic victory
York senator to contemplate a "final option" that involves "winning the support of more than 70% of the remaining superdele
Advertisement



Give a Gift
Change Your Address

Only $20/year

Email Address



The only problem: it won't be. There are two reasons to be skeptical. One, it's far from certain that Obama will reach the 1,627 Calculator, if the returns in Pennsylvania and North Carolina hew to current polling averages, and Indiana results, as expected delegate majority. And while it's easy to imagine Obama exceeding this tally--the latest PPP poll predicts a 20-point win in the top--it's impossible to imagine Clinton actually conceding that such an accomplishment (or concern that her continued presen significance."This is a very close race and neither of us will reach the magic number of delegates," she told Time's Mark Halpe think about the many millions of people who have already voted, we are separated by a relatively small percentage of votes. W delegates" As long as Clinton sets 2,025 (and not 1,627) as the finish line--and Florida and Michigan remain unresolved and t she'll stay in the race. And frankly, she has point. There's no precedent (see Kennedy in 1980 or Reagan in 1976) for a candida who's yet to clinch the nomination to simply say "sayonara" in the midst of primary season.

Which means that nothing short of a May 7 "Superdelegate Stampede" to Obama will end the race before June. Could *that* ha bahs, reluctant to overturn the "will of the people," will break for the pledged-delegate/popular-vote leader in the end—*a la* Cl unlikely (for the same reasons, really) to weigh in before *all of the people* express their will at the ballot box. As Clinton said y months millions of people are going to vote. We should wait and see the outcome of those votes." And so the slugfest rightfull; how it's going to end.

Hillary Clinton, Barack Obama



Permalink: http://blog.newsweek.com/blogs/stumper/archive/2008/03/26/could-clinton-drop-out-on-may-7.aspx
Sphere It!
Digg It!
Newsvine
Del.icio.us
Facebook
Type Size
Print
Email
RSS
Social Networks
**Permalink:** http://blog.newsweek.com/blogs/stumper/archive/2008/03/26/could-clinton-drop-out-on-may-7.aspx

**TrackBack URL:** http://blog.newsweek.com/blogs/stumper/trackback.aspx?PostID=276340
You must be a registered user to comment. Click here to register. Already a user? Click here to login.
**Member Comments**
Posted By: CANDIDATE_REPUBLICAN (April 15, 2008 at 1:02 AM)
Sphere It!
Digg It!
Newsvine
Del.icio.us
Facebook
Click here to join the NEWSWEEK community, post comments and subscribe to our e-mail newsletters



USD4     ME H Rge 2

Page ──────────

My Third Book :
"GOD ..............Miracles"

Dr Ramel Roy obtained MBA (MS degree-

**Transportation Management from S U  N Y Maritime College Dec 1973)** 4
**(degree conferred in May Commencement 1974 Ceremony) etc and the Hon. Executive**
**Officer (actg) of non profit Tax exempt Unincorporated association of Handicap Interests International World Religion**

Write for copies to **Wanted true patriots to stop aggressions in names of High  handed Democracy to destrtoy national and regional freedom of human  animals.**
The author
At
3 Riverside Drive  apt  5A
**Saranac Lake,**
**New York**
**12983, USA.**
**Manufactured** at United States of AmerComputer based in House Publication of
Reforms International
( a division of  the World Religions Group
Address as above.

 In House Publishers
Of  faiths , GODS and Religious Books
 Reverend Joseph Geronimo Jr aka Roy
For "World Religions Group" , Handicap Interests International
(non Profit Tax exempt Religious Corporation , USA and other countries,
107 Scribner Avenue, Staten Island, New York City, N Y 10301.
Mailing address : P O Box 1173 , Saranac Lake, New York 12983
United States of America. Ph. 518 891 5466/0556  E_mail
vishwa_2@hotmail.com  , Vishwa_dh@yahoo.com

-:: 2 ::-

and he also had  house in New York City. As a compassionate,
loyal and good friend  Mr. Kamal  Karna  Roy used to visit me
in India on many occassion and I conceived two children  by
way of this conjugality with him.  Lately known as Miss Dishari
Roy aged 10 years and a male child named Sidhartha Roy aged
years. I mostly live in India but Mr. Kamal  Karna  Roy
my male and unwedded companion is the biological father  of
my children. Mr. Kamal  Karna  Roy  now  wants me to go to U.S.A.
for permanent resettlement over there along with my children.
He own's a house and a permanent residence at 107A Scribner
Avenue, Staten Island, New York City- 10301,U.S.A. His current
address is  VISWASA  ROAD   # 5G P.O.Box 1175 Saranac Lake
New York 12983 Social Security Number is   xxx6804399 and E mail
I.D. is vishwanath   @ yahoo.com.us
He is a naturalised citizen of U.S.A. since 1998.

That the above statements are all true
to the best of my personal knowledge and
belief and I sign this Affidavit as on 10th
day of May, 2007 at Alipore Court Premises.

*Valid Outside India*
Solemnly Affirmed & Declered
before me on Identification.

A K Sinha, Notary
Alipore Judges Police Court, Cal-27.
R gd No. 608, 1595 Govt. of India.

1 0 MAY 2007

Atreyee Sen
(ATREYEE SEN)
Signature of the Deponent.

Identified by me :-

Gouranga Sarma
Advocate.

GOURANGA SARMA
Advocate
Alipore Police Court
Regn. 93/76



Re: 9.29. 2006 "wB THE PEOPLE" AS PER ETHICS AND LAN...

www.canopaz.org/opinion.html - 154k - Cached - More from this site - Save

2. **Write the Israelis The Kiss of Global Resistance By Omar Barghouti**
Opinion Editorial. letters to the editor. Human Price of the Israeli Occupation of Palestine ... As Arundhati Roy wrote: ...
aljazeerah.info/Opinion editorials/2004 opinions/July16 o/... - 48k - Cached - More from this site - Save

3. **All Opinions**
To download an opinion, RIGHT-CLICK on Download and select. Save Target As... or Save Link As... Download. Download. Download. Download. Download ...
www.ded.uscourts.gov/SLRopinions-l.htm - 524k - Cached - More from this site - Save

4. **HIMAL SOUTH ASIAN**
... comes only with the practice of democracy, and displayed caution and unity in ... Algebra of Infinite Justice in the eerily evocative expression of Arundhati Roy. ...
www.himalmag.com/november2001/opinion_2.htm - 58k - Cached - More from this site - Save

5. **Opinions-30-Days**
To download an opinion, RIGHT-CLICK on Download and select. Save Target As... or Save Link As... Download. Download. Download. Download. Download ...
www.ded.uscourts.gov/Opinions-30-Days.htm - 35k - Cached - More from this site - Save

6. **Opinion Editorials Writer the Battles The Kiss of Global Resistance**
... Al-Ahram, CounterPunch, Znet, Open Democracy, Outlook India, Al-Adab (Beirut) among others. ... As Arundhati Roy writes: ... of the jungle that the United ...
/alsahwatairaq.net/news/1587.shtml - 54k - Cached - More from this site - Save

7. **Westlaw**
JUNGLE DEMOCRACY and Kamal Karm Roy, Plaintiffs, v. UNITED STATES OF AMERICA, et al. ... MEMORANDUM OPINION FARNAN, J. ... Jungle Democracy and Kamal ...
westlawelink.westlaw.com/citelist.asp?database=DCTDE&category=8... - 40k - Cached - More from this site - Save

8. **WHAT IS IT**
But beyond that whatever has happened is a farce of democracy. ... Rabindra Nath expressed his unhesitant opinion about the song and sent a letter ...
www.opindia.org/newsage.htm - 525k - Cached - More from this site - Save

9. **arjis judd**
The Democrat governor, Roy Barnes, had dared to remove the Confederate symbol ... The 30-Second Democracy (Richard Cohen, November 8, 2002, Washington Post) ...
brothersjudd.blogspot.com/2002_11_03_brothersjudd_archive.html - 322k - Cached - More from this site - Save

10. **MIFTAH - Writer the Battles - The Kiss of Global Resistance**
Judging from consistent media reports and opinion polls, the rest of the world ... compelling Indian writer, Arundhati Roy, expressively revealed, "In most parts ...
www.miftah.org/Display.cfm?DocId=4232&CategoryId=5 - 73k - Cached - More from this site - Save

12345678910

Next

🚀 Yahoo! Answers: Search questions and answers

Copyright © 2006 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Community Policy - Submit Your Site

*viskma dharma <vishwa_dk@yahoo.com>* wrote:

*viskma dharma <vishwa_dk@yahoo.com>* wrote:

Re: 9.28. 2006 ."wB THE PEOPLE" AS PER ETHICS AND LANGUAGE OF U S CONSTITUTION, ARE BOTH DELIGHED AND PANICKED THAT in the action below JUDGES BELONGst TO THE PRIVILEGED section of democracy SOCIETY ,AND THE PLAINIFF viz KAMAL ROY BELONGed TO THE WEAKER SECTION OF our allegedly jungle DEMOCRACY; IF JUDGES ... opted or WISHed she COuld FIND OUT EASILY ,WHY AND HOW THE ODDS OF PRIVILEGES could REPLACEP JUSDI DEFICITS OF JUNGLE DEMOCRACIES OF WEAKER PEOPLE viz kamal roy

3 of 200                                                                                                    9/29/2006 4:52 PM

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA. 19106-1797

Dear Petitioner:

**KAMAL K. K. ROY**
P.O. BOX 1173
NEW YORK, NY 12983

This will acknowledge receipt of the following documents:

_____X_____ Civil Rights Complaint

_____ Social Security Review Case

_____ Contract(s)

_____ Personal Injury                      USDC/

_____ Diversity

_____ Federal Question

_____ Labor Relations

_____ Other:

_____ Copy of Receipt for payment of filing fee.

The Case number assigned is :  **07-3690**

The Caption is as follows:  In Re: ROY

Assigned to:  Judge Robreno

EXL
"Relevant"

(This is illegible handwritten notes. Reproducing best readings.)

Complaint    U.S. District Court
for N.M

Rev Dr Kapil K.K
Committee to elect

Dr Kamal KK Roy
to U.S. President (Republican)

in 2008

Rev Dr Kamal
a poor and    water person
by Social Status & Details
is attached
Newburgh
NY 12983

That I am a FEC
declared U.S.
Presidential candidate in 2008

That FEC is failing to
Control cheap Campaign fund & Billions

The Rev Dr    The Rev Dr Kamal KK Roy
for 2½ Nos Plaintiff

(45)

USDC    9/4/07    (7)

USD    4/17/28    (4)

9/11/07    (17)    (13)
9/11/07    4/17/08

date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this __5__ day of _____September_____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

UNITED STATES DISTRICT COURT

Association of Committee to

(Affiant)

V.

CASE NUMBER: _____

(To be supplied by Clerk's Office)

Defendant(s)

AFFIDAVIT OF INDIGENCY

(EACH PLAINTIFF MUST COMPLETE A SEPARATE AFFIDAVIT OF INDIGENCY)

I, _____, being first duly sworn, depose and

make under oath the following application and affidavit, pursuant to Title 28

U.S.C. § 1915, to proceed in forma pauperis in the United States District Court

for the Middle District of Florida. I am unable to make prepayment of fees and

costs or to give security therefor, and it is my belief that I am entitled to

redress, and that I have not, for the purpose of avoiding payment of said cost,

divested myself of any property, monies, or any items of value.

I. BRIEF STATEMENT OF THE NATURE OF THE ACTION:

DC 101 (Rev. 1/97)



## Other Orders/Judgments

1:08-cv-01257-DLI-LB In Re: Roy
NPROSE

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 1 4 2008 ★

BROOKLYN OFFICE

### U.S. District Court

### Eastern District of New York

#### Notice of Electronic Filing

The following transaction was entered on 4/10/2008 at 7:24 PM EDT and filed on 4/10/2008

**Case Name:**        In Re: Roy
**Case Number:**      1:08-cv-1257
**Filer:**
**Document Number:** 4

#### Docket Text:
**ORDER of DISMISSAL AND TO SHOW CAUSE - For the reasons set forth in the ATTACHED WRITTEN SUMMARY ORDER, this action is DISMISSED. It is FURTHER HEREBY ORDERED, THAT, FOR THE REASONS DETAILED IN THE ATTACHED WRITTEN SUMMARY ORDER, pro se plaintiff shall show cause, by written affirmation, within thirty days of the date of this Order, i.e., by May 12, 2008, why the court should not bar pro se plaintiff from filing ANY future in forma pauperis complaints without first obtaining leave of the court. If plaintiff fails to show cause on or before May 12, 2008, he shall automatically be barred from filing any future in forma pauperis complaint without leave of the court. The court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. The Clerk of the Court is directed to mail a copy of this Electronic Order and the Attached Written Summary Order to pro se plaintiff by certified mail with return receipt. The Clerk of the Court is further directed to close the file maintained in this matter. SO ORDERED by Judge Dora Lizette Irizarry on 04/10/08. (Irizarry, Dora)**

**1:08-cv-1257 Notice has been electronically mailed to:**

**1:08-cv-1257 Notice will not be electronically mailed to:**

Kamal Karna Roy
P.O. Box 1173
Saranac Lake, NY 12953-7173

The following document(s) are associated with this transaction:

A TRUE COPY
ATTEST
DATED ____4/11____ 20.08
ROBERT C. HEINEMANN
BY ___Marsella___ CLERK
DEPUTY CLERK

Thanks to everyone who donated in the Wikimedia Foundation fundraiser! You can still make a contribution, or buy Wikimedia merchandise.

Kamal Karna Roy
From Wikipedia, the free encyclopedia
Jump to: navigation, search
Kamal Karna Roy

Born GUAM, A u S TERRITORY IN PACIFIC Residence United States Nationality U S CITIZEN BY BIRTH, PURSUANT TO u s ACT OF 1978, FOR PEOPLE WHO WERE BORM IN GUAM AND in MARIANA ISLANDS in Pacific Ocean regions ,AND who were LIVING IN usa ON DAY OF ENACTMENT OF THE SAId ACT OF 1978. Other names the Rev Dr Joseph Geronimo , Jr.
Kamal K. K. Roy.
KAMAL KARNA K. ROY Known for as ACTIVIST IN SOCIAL REFORMS IN RESPECTS OF GOD/S, RELIGIONS, PEOPLE, hUMAN_GOD/S ( PEOPLE WITH LEADERSHIP AND APPARENT OR REAL POWERS TO EXERT RIGHTS ON PUBLIC WITH GOOD OR ANY INTENTION OF PUBLIC OR PRIVATE IDEOLOGIES VIZ LATE Iraqi Dictator_President :SADAM HUSSAIN OF IRAQ WHILE HE WAS IN POWER OF UN_NAMED U.S PRESIDENT/S WITH severe CONTROVERSIES IN PUBLIC POLICIES IN MAINLAND usa OR WORLD_WIDE democracies, SAY A ruling GENERAL IN SOME POWER IN SOUTH ASIA. Education has an M B A DEGREE (m s IN SPECIALISATION IN tRANSPORTATION MANAGEMENT FROM suny MARITIME COLLEGE , the BRONX, NEW YORK CITY, usa ; STUDIED ADVANCED COURSE LEADING TO ADVANCED CERT. IN pUBLIC ADMN. FROM usda gRADUATE SCHOOL, WASHINTON dc ( SCHOOL id :578- 80- 4399 ; he has 2 Doctoral degrees in management science in fields of management Science and another in field/faculty of Religions / god/s/people from foreign school He has a bachelor's degree in law from foreign cchool of laws and management. He further took in education s in University of Rhode Island,both at Providence and Kingston , in usa and other schools viz City university of new York,Baruch college, New york city, usa et al Employer volunteer ordained clergy with vow of poverty ( U S IRS rule for ordained clergies in USA .group Handicap interests international world religions group. 107 A Scribner avenue, staten Island , New york city, n y 10301, USA Occupation activist, mobile clergy, electronic preacher of multiple or unique god/s and religions , et al. Title mobile clergy,Political activist USA and around globe; currently he is a u s presidential hopeful / candidate for 2008 electoral competition from Republican Party in New York ; strategist for common / weaker people, disadvantaged people in democracy in usa et al to claim leadership including the 2008 Presidency electoral competition: the weaker people aresegregated and removed from electoral race by stategic powerful block in democracy in U S republic including the news media and news conglomerates. see court actions pending in the main article of Dr kamal Karna Roy. strategist of god/s , religions, people, et al, activist Height 5' 8' Political party Republican ( GOP)of usa Religious stance world religions/ multiple religions in unique body and soul and a proponent of the strategy. Spouse a common law wife Children some, maintained by natural mother concerned

Kamal Karna Roy (a/k/a Kamal K.K. Roy, a/k/a Rev. Dr. Joseph Geronimo, Jr.) is a prolific pro se litigant who, since at least the early 1990s, has filed numerous lawsuits throughout the United States and its territories under the names Roy and Joseph Geronimo, Jr., as well as under the names of entities that he is affiliated with, including International Siva Consciousness & World Religions, Reforms International, Handicap Interests International, and Jungle Democracy.[1] Roy's lawsuits are often brought against multiple defendants, and feature long, unconventional complaints. Roy has filed lawsuits against God, U.S. Presidents, Supreme Court Justices, fast food restaurants, foreign leaders.[2], and Wikipedia [3] [4].

Roy's lawsuits have addressed, among many other things, actions taken by President George W. Bush, overcharging by telecommunication companies, the appointment of Chief Justice John Roberts to the Supreme Court, and "failure of democratic societies and God's role therein."[5] In 2006 Judge Michael W. McConnell of The United States Court of Appeals for the Tenth Circuit described a typical Roy complaint:

Roy, a/k/a Joseph Geronimo, Jr. filed a 115-page complaint, a 144-page amended complaint, and a 40-page second amended complaint against over sixty defendants, including among many others President Bush, God as U.S.-based divine benefactor, several government agencies, The New York Times, and Kentucky Fried Chicken. In addition to pages of rambling discourse, the complaint contains numerous illegible handwritten remarks.[6]

The Tenth Circuit went on to affirm the district court's dismissal of the complaint holding that no discernible claim was apparent from the complaint. Judge McConnell also humorously noted that the court "strongly suspect[ed] at least one defendant was not properly served."[7]

Most, if not all, of Roy's complaints have been dismissed. A 2006 United States District Court for the District of Delaware opinion, Jungle Democracy v. U.S., describes Roy as "no stranger to litigation" and provides a partial list of Roy lawsuits that have been dismissed since 1991.[8]

Despite Roy's lack of success in the courts, his lawsuits have been discussed in law school classrooms and in law related blogs.[9] [10]

In April 2007 Roy filed a civil rights action against, among others, CBS Broadcasting Inc., MSNBC, the United States Government, and controversial radio shock jock Don Imus.[11]

In October, 2007, Roy filed a suit in the US District Court, Middle District of Florida, against "Wikipedia Encyclopedia, USA, All News Media, All State Board of Elections, Federal Election Commission". See Dkt. 3:07-cv-00994-VMC-HTS.

[edit] References

^ Jungle Democracy v. U.S., No. CIV.06-503-SLR, 2006 WL 2616213, at *1 (D. Del. Sept. 12, 2006) ^ Roy v. U.S., No. CIV.06-685-SLR 2007 WL 1109296 at *1 (D. Del. Apr. 11, 2007) ^

**http://dockets.justia.com/browse/state-new_hampshire/court-nhdce/noscat-5/** ^

**http://www.area603.com/index.php?op=ViewArticle&articleId=1460&blogId=6** ^ Id. ^ Jungle Democracy v. USA Government at Washington, DC & at Denver, 206 Fed.Appx. 756 (C.A.10, 2006) ^ Id. at 757 ^ Jungle Democracy, 2006 WL 2616213, at *1 ^ **http://howappealing.law.com/112106.html#019767** ^

**http://enmasse.ca/forums/viewtopic.php?p=81431&sid=fbaa29156d22ef55f5adbe22febfcfe8** ^

**http://dockets.justia.com/docket/court-dedce/case_no-1:2007cv00206/case_id-38087/** Retrieved from "http://en.wikipedia.org/wiki/Kamal_Karna_Roy"

Categories: Uncategorised people | Year of birth missing (living people) | Place of birth missing (living people) | Living people

Views

Article Discussion Edit this page History Watch Personal tools

Kamal karna roy My talk My preferences My watchlist My contributions Log out Navigation

Main page Contents Featured content Current events Random article interaction

About Wikipedia Community portal Recent changes Contact Wikipedia Donate to Wikipedia Help Search

Toolbox

What links here Related changes Upload file Special pages Printable version Permanent link Cite this article
This page was last modified 18:00, 29 October 2007. All text is available under the terms of the GNU Free
Documentation License. (See Copyrights for details.) Wikipedia® is a registered trademark of the Wikimedia
Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.

Privacy policy About Wikipedia Disclaimers

*#1 - Wed Jan 9, 2008 6:31 PM EST*                                                            REPLY

---

vishwa

**Thanks to everyone who donated in the Wikimedia Foundation fundraiser! You can still make a
contribution, or buy Wikimedia merchandise.**

**Kamal Karna Roy
From Wikipedia, the free encyclopedia
Jump to: navigation, search
Kamal Karna Roy**

**Born GUAM, A u S TERRITORY IN PACIFIC Residence United States Nationality U S CITIZEN BY
BIRTH, PURSUANT TO u s ACT OF 1978, FOR PEOPLE WHO WERE BORM IN GUAM AND in
MARIANA ISLANDS in Pacific Ocean regions ,AND who were LIVING IN usa ON DAY OF ENACTMENT
OF THE SAld ACT OF 1978. Other names the Rev Dr Joseph Geronimo , Jr.
Kamal K. K. Roy.
KAMAL KARNA K. ROY Known for as ACTIVIST IN SOCIAL REFORMS IN RESPECTS OF GOD/S,
RELIGIONS, PEOPLE, hUMAN_GOD/S ( PEOPLE WITH LEADERSHIP AND APPARENT OR REAL
POWERS TO EXERT RIGHTS ON PUBLIC WITH GOOD OR ANY INTENTION OF PUBLIC OR PRIVATE
IDEOLOGIES VIZ LATE Iraqi Dictator_President :SADAM HUSSAIN OF IRAQ WHILE HE WAS IN
POWER OF UN_NAMED U.S PRESIDENT/S WITH severe CONTROVERSIES IN PUBLIC POLICIES IN
MAINLAND usa OR WORLD_WIDE democracies, SAY A ruling GENERAL IN SOME POWER IN SOUTH
ASIA. Education has an M B A DEGREE (m s IN SPECIALISATION IN tRANSPORTATION
MANAGEMENT FROM suny MARITIME COLLEGE , the BRONX, NEW YORK CITY, usa ; STUDIED
ADVANCED COURSE LEADING TO ADVANCED CERT. IN pUBLIC ADMN. FROM usda gRADUATE
SCHOOL, WASHINTON dc ( SCHOOL id :578- 80- 4399 ; he has 2 Doctoral degrees in management
science in fields of management Science and another in field/faculty of Religions / god/s/people from
foreign school He has a bachelor's degree in law from foreign cchool of laws and management. He
further took in education s in University of Rhode Island,both at Providence and Kingston , in usa
and other schools viz City university of new York,Baruch college, New york city, usa et al Employer
volunteer ordained clergy with vow of poverty ( U S IRS rule for ordained clergies in USA .group
Handicap interests international world religions group. 107 A Scribner avenue, staten Island , New
york city, n y 10301, USA Occupation activist, mobile clergy, electronic preacher of multiple or unique
god/s and religions , et al. Title mobile clergy,Political activist USA and around globe; currently he is
a u s presidential hopeful / candidate for 2008 electoral competition from Republican Party in New
York ; strategist for common / weaker people, disadvantaged people in democracy in usa et al to
claim leadership including the 2008 Presidency electoral competition: the weaker people
aresegregated and removed from electoral race by stategic powerful block in democracy in U S**

republic including the news media and news conglomerates. see court actions pending in the main article of Dr kamal Karna Roy. strategist of god/s , religions, people, et al, activist Height 5' 8' Political party Republican ( GOP)of usa Religious stance world religions/ multiple religions in unique body and soul and a proponent of the strategy. Spouse a common law wife Children some, maintained by natural mother concerned

Kamal Karna Roy (a/k/a Kamal K.K. Roy, a/k/a Rev. Dr. Joseph Geronimo, Jr.) is a prolific pro se litigant who, since at least the early 1990s, has filed numerous lawsuits throughout the United States and its territories under the names Roy and Joseph Geronimo, Jr., as well as under the names of entities that he is affiliated with, including International Siva Consciousness & World Religions, Reforms International, Handicap Interests International, and Jungle Democracy.[1] Roy's lawsuits are often brought against multiple defendants, and feature long, unconventional complaints. Roy has filed lawsuits against God, U.S. Presidents, Supreme Court Justices, fast food restaurants, foreign leaders.[2], and Wikipedia [3] [4].

Roy's lawsuits have addressed, among many other things, actions taken by President George W. Bush, overcharging by telecommunication companies, the appointment of Chief Justice John Roberts to the Supreme Court, and "failure of democratic societies and God's role therein."[5] In 2006 Judge Michael W. McConnell of The United States Court of Appeals for the Tenth Circuit described a typical Roy complaint:

Roy, a/k/a Joseph Geronimo, Jr. filed a 115-page complaint, a 144-page amended complaint, and a 40-page second amended complaint against over sixty defendants, including among many others President Bush, God as U.S.-based divine benefactor, several government agencies, The New York Times, and Kentucky Fried Chicken. In addition to pages of rambling discourse, the complaint contains numerous illegible handwritten remarks.[6]

The Tenth Circuit went on to affirm the district court's dismissal of the complaint holding that no discernible claim was apparent from the complaint. Judge McConnell also humorously noted that the court "strongly suspect[ed] at least one defendant was not properly served."[7]

Most, if not all, of Roy's complaints have been dismissed. A 2006 United States District Court for the District of Delaware opinion, Jungle Democracy v. U.S., describes Roy as "no stranger to litigation" and provides a partial list of Roy lawsuits that have been dismissed since 1991.[8]

Despite Roy's lack of success in the courts, his lawsuits have been discussed in law school classrooms and in law related blogs.[9] [10]

In April 2007 Roy filed a civil rights action against, among others, CBS Broadcasting Inc., MSNBC, the United States Government, and controversial radio shock jock Don Imus.[11]

In October, 2007, Roy filed a suit in the US District Court, Middle District of Florida, against "Wikipedia Encyclopedia, USA, All News Media, All State Board of Elections, Federal Election Commission". See Dkt. 3:07-cv-00994-VMC-HTS.

[edit] References

^ Jungle Democracy v. U.S., No. CIV.06-503-SLR, 2006 WL 2616213, at *1 (D. Del. Sept. 12, 2006) ^ Roy v. U.S., No. CIV.06-685-SLR 2007 WL 1109296 at *1 (D. Del. Apr. 11, 2007) ^ http://dockets.justia.com/browse/state-new_hampshire/court-nhdce/noscat-5/ ^

that has led us.

3/3/2008 6:30:07 AM

Recommend (1) Report Abuse Discussion Policy

LISANROY wrote:

JUNGLE DEMOCRATIC TRIANGLES RUSSIA PRESIDENCY ELECTION BY PUTIN AS HUMAN_GOD BEHIND POWER; TO U S A PROPOSED PRESIDENCY OF OBAMA OR MCcAIN OR HILLARY CLINTON BY SUPPRESSING RIGHTS AND WISHES OF WEAKER CANDIDATES VIZ THE REVERE DR KAMAL KARNA KARUNA ROY AKA JOSEPH GERONIMO JR, A GUAM BORN U S AMERICAN, NEW YORKER , DEMOCRATIC POLITICAL STRATEGIST CUM ACTIVIST FOR COMMONERS' AND WEAKER PEOPLE' RIGHT TO CLAIM LEADERSHIP VIZ U S PRESIDENT 2008 ; TO PAKISTAN'S ELECTION OF PERVEZ MUSSARAFF WITH U S AMERICAN HUMAN_GODSHIP;IS A TRIAGLE OF jungle democracies; SUCH TRIANGLE ARE MANY, DISTRIBUTIVE AND OFFENSIVE TO "WE THE PEOPLE OF THE GLOBE AS DESCRIBED IN THE BOOK VOLUME PUBLISHED ELECTRONICALLY WORLD WIDE AND WITH HARD COPIES FROM NEW YOK: PUBLISHSHER— REFORMS INTERNATIONAL. DIVISION OF HANDICAP INTERESTS INTERNATIONAL WORLD RELIGIONS GROUP , TAX EXEMPT BY U S IRS,U S DEPT OF TREASURY EIN 13 3566610,P OBOX 1173, SARANAC LAKE , NEW YORK 12983 USA ; THE BOOK IS TITLED (MOBILE IN NAME AND MOBILE IN STORIES OF DEMOCRATIC OPPRESSIONS WORLD WIDE:AUTHOR CANDIDATE DR ROY_REPUBLICAN_USA FOR U S AMERICAN PRESIDENT 2008; INSERTS AVAILABLE FREE WORLD WIDE WITH KAMAL KARNA ROY REPUBLICAN HOPEFUL OR 3/5 WORDS COMBINATION IN ANY ENGLISH LANGUAGE SEARCH MACHINE VIZ GOOGLE, YAHOO, MSN , AOL ET AL. REPRINTING AND DISTRIBUTION IS FREELY PERMITTED BY CANDIDATE ROY AND PUBLISHER REFORMS INT'L ) SEE BELOW:

appointing John Negroponte' to head it like he headed the muzzling of truth in Honduras...

show me your knowledge murraygwjr...

connect Hillary to those things as a recipient of gain

otherwise, you are apparently a member of bushCO and CRONYs...maybe you're the ambassador do Poland or Mehlman neh!?

.ps. sometimes anger is a good thing, feigned superiority is a tawdry thing to hide ignorance.

.

2/20/2008 2:59:54 AM

Recommend (2) Report Abuse Discussion Policy

murraygwjr wrote:

As a British First Secretary once told me, "There are no friends amongst nations, there are only shared interests." Having travelled a good part of the world at great personal risk, and done emergency and humanitarian relief for hundreds of thousands of non-combatant refugees in Iraq as well as hurricane victims, I have established both a personal identity and purpose and no time for your aggressive behavior. Such anger is symptomatic that just like BC, one may not even know what one is up against. Life is too short.

2/20/2008 1:30:47 AM



USDY

Some Defendants USDY KSDC/ND

— Lot Defendant
will ask/sist

(2A-1)

(1) The U.S.A. President Thom George Bush,
White house, 1600 Pennsylvania Ave NW,
Washington DC 20500
(2) Hon Dick Cheney President as senator-de

(3) City of Newark   100 church street,
Newark, NY Hway,
(4) The U.S.A Govt go U.S Attorney, of U.S, Court House
Washington DC 20001
(5) Lisa Nishan Boty
14 pinkness Road H55, Sorrow, 25 NY 1360
The State housing Fund
15 Computer Drive west, Albany, NY 12205

(6) Hawietstown Housing Authority
and Ms Debbie Tarpah, Housing Assistant
14 Kiwanis Road
Saranac Lake, NY 12983
(7) (8) David Aldrich — Executive Director
Citizens Bank' Branch
at Saranac Lake, NY at Broadway
12983.

Kelli Peterson Morgan — do
Workers Compensation Board,
State of Newark,
20 Park street, Albany, NY 12247

Workers Compensation Law Judge No 7
c/o WC Board, NY State, 20 Park st
Albany, NY 12227,
Peshmark Popish et all,
Attorney's at law
Down P Town, Brooklyn, NY 11201

New York State Office
(State Insurance Fund)
Nancy Wood, Attorney 199 Church St, NY, NY 10007

PTO
for Plaintiff 98 Nos
(5 Nos)

United State District Court for
Burlington VT
At-

JURY TRIAL
DEMAND

Punitive and
compensatory pay
to be determined
by Jury at Trial
civil Case No

Judge: Hon _____

255
Trillion

Title of civil
Action:
# Association

(1) DYSFUNCTIONAL DEMOCRATIC
IN PRIVILEGES TO WEAKER
AND POORS AND DISADVANTAGE
PEOPLE IN USA AND OTHE
DEMOCRATIC REPUBLICS OF
NATIONS
et al
and Plaintiff an U.S. Citiz

demand equal
right and privileges f
weaker, poor and
disadvantaged people

(2) INCIDENTALLY (16)
The Reverend Dr
KAMAL KK ROY
apt JG Jr to
a declared hopeful
and candidate of
U.S. Presidential
election 2008 (under
US Arts) and

Filed requisite Legal
papers with FEC
Washington DC

The Rev
Dr Kamal KK
Roy
is an U.S. Harvey
(Republican 2008) and
hopeful candidate of
our President of Vermont

Individual and his associal
WITH ASSOCIATE US CITIZE
WERE PAINED, HARMED, DE
JAILED AND DAMAGED FOR
AT LEAST 3 THREE DECAD
for ACTIONS (ILLEGAL) and
Violations of Civil rights
OF THE PLAINTIFF: The
Rev Dr KAMAL KARNA K
Roy a/k/a and was born
as JOSEPH Geronimo Jr in
Guam, a U.S. Territory,
under 8 US 1978, Dr

Rev Dr
Kamal KK Roy born
for self as US born
of Plaintiff for US Citizen
48 Nis

Rev Dr Kamal
12/17/07

(12)

USDC
ND of
Cali

12/18/07

USDC

USDC ND
of Ca

USDC
15



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DO NOT WRITE ON SAMPLE FORM**

YOUR NAME
YOUR ADDRESS
CITY, STATE & ZIP CODE
YOUR TELEPHONE NO.

The Reverend Dr Kamil K Karm
K Roy SS# 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 (Was Civil Action No.)
vs.
14 Kiwassa Road
PO Box 1173 Saranac Lake
New York 12983 et al

DEFENDANT(S) NAME(S)
THEIR ADDRESS
CITY, STATE & ZIP CODE
Federal Election Commission 999 E Street NW Washington D

(2) The Associated Press **COMPLAINT**
For all the News **DO NOT WRITE ON SAMPLE FORM**
Complaints in USA Rockefeller Plaza, N Y N Y 10020 & other
**SET FORTH THE FACTS OF YOUR CASE.**
Complaint Kamil K K Roy 14 Kiwassa Rd NY 12983 Saranac
**ON THE LAST PAGE OF YOUR COMPLAINT SPELL OUT THE RELIEF YOU ARE REQUESTING FROM THIS COURT.** under penalty of perjury that I am
secured to US Media on May 24 2007 that I as a
**IF YOU ARE ASKING FOR A TRIAL BY JURY, YOU MUST STATE THIS IN YOUR COMPLAINT.** Republican party member I intend to be a Candidate
**IF YOU ARE REQUESTING A SPECIFIC AMOUNT OF MONEY, STATE THIS IN YOUR COMPLAINT.** I shall Contest U.S. Presidential Election
Competition 2008 and I shall under the entire
orders. I notified **ORIGINAL SIGNATURE (IN PEN)**
F E Commission — Defamed YOUR NAME The Revd Dr Kamil
and all other Defendants YOUR ADDRESS K. K Roy
by hard copy mails & CITY, STATE & ZIP CODE
and mails many dozen times. In USDC in
But defendants ignored District of
my status as a Candidate Columbia
2 U.S Presidential Election 2008 P.O.B 1173
SL, NY 12983

Rev Dr Kamil KK Roy

Rev Dr Kamil

# UNITED STATES DISTRICT COURT

for

**District of** A Rate. N D o f CA

The Committee of u- et al
107 A scribner Association **Plaintiff**
Ave Island
Station MY
City of NY
NY 10301 Kane
FIN 13-3566 Rev Dr Kane et al
Vs
World Body

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**    (Page 1)

to Rev Dr. National Committee
of Republican
elect Party
as US Resident
ks Pres Defendant

**CASE NUMBER:**

I declare that I am the (check appropriate box)
☐ petitioner/plaintiff/movant    ☐ other

(1) U. N o
New York
NY
at U N
Plaza

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs
under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief
sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)

If "Yes," state the place of your incarceration _____

Are you employed at the institution? _____ Do you receive any payment from the institution? _____

Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months'
transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

(2) U.S A Govt
Washington

a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name
and address of your employer.    SSI m Disability
w

b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages
and pay period and the name and address of your last employer.    SS Retired

(3) National Committee of Republican
Democrats
in USA Washington DC

3. In the past 12 twelve months have you received any money from any of the following sources?

a. Business, profession or other self-employment    ☐ Yes    ☒ No
b. Rent payments, interest or dividends    ☐ Yes    ☒ No
c. Pensions, annuities or life insurance payments    ☒ Yes    ☐ No
d. Disability or workers compensation payments    ☒ Yes    ☐ No
e. Gifts or inheritances    ☐ Yes    ☒ No
f. Any other sources    ☐ Yes    ☒ No

US Senator
Mr H. R. Clinton

see above

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the
amount received and what you expect you will continue to receive.

m Barack
Hussain
Obama
A Christian
Convert activist
- A muslim
faith origin

A US Pres. Candidate 2008
a US A pres

Rev Dr Kamel
A clergy on vow of poverty (IRS rule)

Rev Kamel
4-17-2008

AO 240 Reverse (Rev. 10/03)

*[handwritten top:] Original    USDC for District of [struck through] Alaska [struck through]*

*[handwritten left margin:] USDC N/DJ*

4. Do you have any cash or checking or savings accounts?    ☒ Yes    ☐ No

If "Yes," state the total amount. _____ *[handwritten:] I have $50⁰⁰ w/ 6*

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No    *[handwritten:] in Bank w/*

If "Yes," describe the property and state its value.

*[handwritten:] NL*

*[handwritten right:] after checks be paid as written*

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

*[handwritten:] NL*

I declare under penalty of perjury that the above information is true and correct.

*[handwritten:] 4/24/08*

_____    *[handwritten:] 4/7/2008    Rev Dr Kamil Karna*
Date                          Signature of Applicant

*[handwritten:] K Roy*
*[handwritten:] after Joseph Geronimo*

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

*[handwritten right:] a U.S. American poor, a member of Bar have not in USA & a Member of disadvantaged in USA To claim leadership in U.S. Democratic Republic for the weaker Member people in USA*

*[handwritten center:] Original*

Civil rights
Violation Complaints:
denial to be
leader of the
Country, USA
to Dr Kamel K Roy
as he belonged
to weaker
section
of
USA

To
(Pro se)  Clerk
U S District Court
N D of CA
Sanfrancisco
CA

Computer
In
Campaign
alleged

A US
GOP
candidate
of
Electoral
competition
in 2008

Rev Dr Kamel K R Roy
alph and
Was born as
Joseph Geronimo Jr
with US A
citizen
D O B 2-34-1934 parents
in
Guam