AO 240 (Rev. 10/03)   E-filing   Original

EN13-355667O
St Address
107 A scribner
Ave, SI, NY 10301

CV 08 2291 EMC

# UNITED STATES DISTRICT COURT

District of __N D of California 3__  San Fran CISW CA

Association of Committee to elect Rev Dr Kamal Karma K Roy
    Plaintiff
By USA Dr Kamal Roy

Roy a member of Weaker community in USA as My eleen GOP President against allegedly corrupt John McCain et al &

V.

m 227 United Stat Nations Weaker community
2007  organization NY NY
See USA Govt   Defendant   at U.N. Plaza.
elected Washington DC

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: _____

I, The Rev Dr Kamal Karma K Roy, declare that I am the (check appropriate box) Democrats
☐ petitioner/plaintiff/movant  7 14 Kiwassa Rd #5G Saranac Lake in USA
                              ☐ other    Mailing address 1173 S
in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs
under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief
sought in the complaint/petition/motion.   NY 12983

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes   ☒ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration _____
   Are you employed at the institution? _____ Do you receive any payment from the institution? _____
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

   (IN) U.S.A Govt is a party as Defendant having fees in JUN's
2. Are you currently employed?   ☐ Yes   ☒ No   doctrine of above Court,
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name
      and address of your employer.
      (2A) U.S. American Democratic Republic failed poor et al
           for Leadership Electoral Competition 2008 of US President
   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages
      and pay period and the name and address of your last employer.   SS Disability  2008
      (0) Kamal KK Roy is a mobile clergy    534.00 Two pm
3. In the past 12 twelve months have you received any money from any of the following sources? SS to relieve
   in this Court Jurisdiction above                                                           may - 1.45

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends            ☐ Yes   ☒ No    see attached
   c. Pensions, annuities or life insurance payments  ☒ Yes   ☐ No
   d. Disability or workers compensation payments     ☒ Yes   ☐ No
 a e. Gifts or inheritances                           ☐ Yes   ☒ No
 US f. Any other sources                              ☐ Yes   ☒ No
(GOP) (3 0) God/s, Religions and many fellow us citizens failed &
   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the
hopefully amount received and what you expect you will continue to receive.      Kamal Roy
& Candidate                                 Rev Dr Kamal KK Roy
of US President of Natural Geronimo was                  Geronimo
2008 parent Joseph early orphan alpha Joseph  in GUAM of
              River due to Rape killing      was born   USA parents
                              n

A
Presidential                  Dr Kamal K Roy
Candidate                     US American
(GOP) - tour                     poor
                              orphaned
                              clergy etc

Original

/N D of Ca

(4)

4. Do you have any cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount. _____   See attached

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   Nil                    see attached

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

4/24/08
4/17/08
_____       _____
     Date                Signature of Applicant

The Rev Dr Kamal K K R

A U.S American poor
a U.S Citizen by
birth; a
U.S Presidential
candidate 2008

see attached

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.