```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Tel:  (415) 436-7314
Fax: (415) 436-6748
E-mail: ellen.fitzgerald@usdoj.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASSOCIATION OF COMMITTEE TO ELECT REV DR. KAMAL ROY AS US PRESIDENT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES GOVERNMENT,<br><br>　　　　Defendant. | Case No. C 08-2291 EMC<br><br>**DECLINATION TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO <u>UNITED STATES DISTRICT JUDGE</u>** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

//

//

//

//

//

DECLINATION TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
C 08 2291 EMC

1 | Dated: June 30, 2008

2 |           Respectfully submitted,

3 |           JOSEPH P. RUSSONIELLO
          United States Attorney

4 |

5 |       By:   /s/

6 |         ELLEN M. FITZGERALD
        Assistant United States Attorney
        Attorney for Defendant

28 | DECLINATION TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
C 08 2291 EMC

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and she is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the foregoing

    DECLINATION TO PROCEED BEFORE UNITED STATES MAGISTRATE
    JUDGE AND REQUEST FOR REASSIGNMENT

to be served this date by placing a true copy thereof in a sealed envelope and served as follows

  **X**   FIRST CLASS MAIL by placing such envelope with postage thereon full prepaid in the designated area for outgoing U.S. mail in accordance with the office's practices.

  ____   CERTIFIED MAIL by placing such envelope with postage thereon full prepaid in the designated area for outgoing U.S. mail in accordance with the office's practices.

  ____   PERSONAL SERVICE (BY MESSENGER)

  ____   FEDERAL EXPRESS via Priority Overnight

  ____   E-MAIL

  ____   FACSIMILE (FAX)

on the following party:

    Kamal Karna Roy
    Plaintiff Pro Se
    P.O. Box 1173
    Saranac Lake, NY 12983

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of June 2008 at San Francisco, California.

                                   /s/
                              KATHY TERRY
                              Legal Assistant

DECLINATION TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
C 08 2291 EMC