1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASSOCIATION OF COMMITTEE TO
ELECT REV DR. KAMAL ROY AS US
PRESIDENT,

        Plaintiff,

    v.

UNITED STATES GOVERNMENT,

        Defendant.

_____/

Case  No. C08-2291 EMC

**NOTICE OF IMPENDING REASSIGNMENT TO
A UNITED STATES DISTRICT COURT JUDGE**

    The Clerk of this Court will now randomly reassign this case to a United States District

Judge because either:

    (x  )    One or more of the parties has requested reassignment to a United States District

Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

    (  )    One or more of the parties has sought a type of judicial action (e.g., a temporary

restraining order) that a United States Magistrate Judge may not take without the consent of all

parties, the necessary consents have not been secured, and time is of the essence.

1    Any matters presently set before Magistrate Judge Chen, will be taken off calendar and

2  counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new

3  date.

4

5  Dated:  July 2, 2008                           Richard W. Wieking, Clerk
                                                    United States District Court
6

7

8                                                   _____

9                                                   By: Betty Fong, Deputy Clerk

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2