1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ELLEN M. FITZGERALD (NY 2408805)
   Assistant United States Attorney
4  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
5  Tel:  (415) 436-7314
   Fax: (415) 436-6748
6  E-mail: ellen.fitzgerald@usdoj.gov

7  Attorneys for Defendant

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11  ASSOCIATION OF COMMITTEE TO      )
    ELECT REV DR. KAMAL ROY AS       )    Case No. C 08-2291 SBA
12  US PRESIDENT,                    )
                                     )
13                                   )    **DEFENDANT'S NOTICE OF**
                                     )    **MOTION AND MOTION FOR**
14           Plaintiff,              )    **MORE DEFINITE STATEMENT**
                                     )    **(F.R.C.P. 12 (e));**
15  _____         )    **[PROPOSED] ORDER**
                                     )
16  UNITED STATES GOVERNMENT,        )
                                     )
17                                   )
             Defendant.              )
18  _____ )

19                 **NOTICE OF MOTION**

20        PLEASE TAKE NOTICE that upon the following memorandum of points and authorities

21  and all the prior pleadings and proceedings herein, defendant, by and through their undersigned

22  counsel, will move this Court on Tuesday, August 19, 2008, at 1:00 p.m., or as soon thereafter as

23  counsel may be heard, for an order directing plaintiff to provide a more definite statement of his

24  complaint pursuant to Rule 12(e) of the Federal Rules of Civil Procedure.

25  //

26  //

27  //

28  DEFENDANT'S NOTICE OF MOTION AND MOTION FOR MORE DEFINITE STATEMENT (F.R.C.P. 12(e));
    [PROPOSED] ORDER
    C 08 2291 SBA

1
2

### MEMORANDUM OF POINTS AND AUTHORITIES

### PRELIMINARY STATEMENT

3       Plaintiff pro se, the Rev. Dr. Kamal K. K. Roy, brings this action as the "Association of

4   the Committee to elect Rev. Dr. Kamal Roy (GOP) as President 2008" against the "USA

5   [government] et al."  Because plaintiff's 34-page handwritten complaint is largely unintelligible

6   and contains no discernible claim for relief to which defendant could frame a responsive

7   pleading, defendant moves for an order directing plaintiff to provide a more definite statement

8   pursuant to Fed. R. Civ. P. 12(e).

9   **I.      ARGUMENT**

10  **A.      LEGAL STANDARD**

11      Rule 12(e) of the Federal Rules of Civil Procedure provides, in pertinent part, that "[i]f a

12  pleading to which a responsive pleading is permitted is so vague or ambiguous that a party

13  cannot reasonably be required to frame a responsive pleading, the party may move for a more

14  definite statement before interposing a responsive pleading."  A motion for a more definite

15  statement attacks unintelligibility in a pleading and is proper where the complaint is so indefinite

16  that a defendant cannot ascertain the nature of the claim being asserted.  See Boxall v. Sequoia

17  Union High School District, 464 F.Supp. 1104, 1114 (N.D. Cal. 1979); Buereerong v. Uvawas,

18  922 F.Supp. 1450, 1461 (C.D.Cal. 1996).  In such cases, defendant cannot reasonably be

19  expected to frame a response. Famolare , Inc. v. Edison Bros. Stores, Inc., 525 F.Supp. 940, 949

20  (E.D.Cal. 1981)(motion for more definite statement should be granted where defendant cannot

21  frame a responsive pleading); Cellars v. Pacific Coast Packaging, Inc., 189 F.R.D. 575, 578

22  (N.D.Cal. 1999).  A motion for more definite statement should be granted where the complaint

23  fails to provide a "short and plain statement" of the claim showing that the plaintiff is entitled to

24  relief. Fed. R. Civ. P. 8(a)(2).  The Court has wide discretion to direct a plaintiff to provide, "by

25  amendment to the complaint or by affidavits, further particularized allegations of fact." Warth v.

26  Seldin, 422 U.S. 490, 501-2 (1975).

27      The pleadings of a pro se litigant are to be construed liberally and "are held to less

28  DEFENDANT'S NOTICE OF MOTION AND MOTION FOR MORE DEFINITE STATEMENT (F.R.C.P. 12(e));
[PROPOSED] ORDER
C 08 2291 SBA

2

1  stringent standards than formal pleadings drafted by lawyers." <u>Hughes v. Rowe</u>, 449 U.S. 5, 10

2  (1980).  However, a <u>pro</u> <u>se</u> plaintiff "must allege with at least some degree of particularity overt

3  acts which defendant[] engaged in that support the plaintiff's claim." <u>Jones v. Community</u>

4  <u>Redevelopment Agency</u>, 733 F.2d 646, 649 (9th Cir. 1984).

5  **B.    PLAINTIFF MUST PROVIDE A MORE DEFINITE STATEMENT OF HIS COMPLAINT AND THE RELIEF HE IS SEEKING**

6

7          The complaint filed by plaintiff pr se, The Rev. Dr. Kamal K. K. Roy, is a 34-page

8  handwritten document, including copies of pages from various blogs and web sites.  No where in

9  this lengthy document has plaintiff clearly articulated a legal claim to which defendant could

10 reasonably respond.  The handwriting is difficult to decipher, and the text is largely

11 unintelligible.  It is unclear exactly who are the named defendants and what are the specific acts

12 or omissions upon which plaintiff relies to support his claim.  Plaintiff states that "there have

13 been repeated violations and corruption in Electoral Campaign of US President 2008," but he

14 does not provide any other particularized factual allegations or a description of the relief he is

15 seeking.  There is no short and plain statement of plaintiff's legal claims showing that he is

16 entitled to relief.  As such, defendant is unable to frame an answer, and the Court should direct

17 plaintiff to provide a more definite statement of his complaint.

18 //

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 DEFENDANT'S NOTICE OF MOTION AND MOTION FOR MORE DEFINITE STATEMENT (F.R.C.P. 12(e));
   [PROPOSED] ORDER
   C 08 2291 SBA

1

**CONCLUSION**

2       For the foregoing reasons, defendant's motion for a more definite statement should be

3  granted in all respects and this Court should enter an order directing plaintiff to provide a clear

4  statement of his claims and the relief he is seeking.

5

6  Dated: July 7, 2008

7                                          Respectfully submitted,

8                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
9

10                          By:          _____/s/_____
                                           ELLEN M. FITZGERALD
11                                         Assistant United States Attorney
                                           Attorney for Defendant
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  DEFENDANT'S NOTICE OF MOTION AND MOTION FOR MORE DEFINITE STATEMENT (F.R.C.P. 12(e));
    [PROPOSED] ORDER
    C 08 2291 SBA

1

**[PROPOSED] ORDER**

2        Before the Court is defendant's motion pursuant to Fed. R. Civ. Pro. 12(e) for a more

3    definite statement.  The Court finds that the complaint of plaintiff <u>pro</u> <u>se</u>, the Rev. Dr. Kamal

4    K.K. Roy, is so unclear that defendant cannot frame a response. Defendant's motion is hereby

5    GRANTED.  Plaintiff will serve an amended complaint containing a clear statement of his

6    claims and the relief he is seeking within 20 days of receipt of this order.

7

8    Dated: _____, 2008                    _____
                                                     HON. SANDRA B. ARMSTRONG
9                                                    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   DEFENDANT'S NOTICE OF MOTION AND MOTION FOR MORE DEFINITE STATEMENT (F.R.C.P. 12(e));
     [PROPOSED] ORDER
     C 08 2291 SBA

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and she is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the foregoing

DEFENDANT'S NOTICE OF MOTION AND MOTION FOR MORE DEFINITE STATEMENT (F.R.C.P. 12(e))

to be served this date by placing a true copy thereof in a sealed envelope and served as follows

__X__  FIRST CLASS MAIL by placing such envelope with postage thereon full prepaid in the designated area for outgoing U.S. mail in accordance with the office's practices.

_____  CERTIFIED MAIL by placing such envelope with postage thereon full prepaid in the designated area for outgoing U.S. mail in accordance with the office's practices.

_____  PERSONAL SERVICE (BY MESSENGER)

_____  FEDERAL EXPRESS via Priority Overnight

_____  E-MAIL

_____  FACSIMILE (FAX)

on the following party:

        The Rev. Dr. Kamal Karna Roy
        Plaintiff Pro Se
        P.O. Box 1173
        Saranac Lake, NY 12983

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of July 2008 at San Francisco, California.

                /s/
                TINA LOUIE
                Legal Assistant

DEFENDANT'S NOTICE OF MOTION AND MOTION FOR MORE DEFINITE STATEMENT (F.R.C.P. 12(e));
[PROPOSED] ORDER
C 08 2291 SBA

6