RECEIVED

JUL - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In the
USDC
N.D of California
450 Golden Gate AV
San Francisco
CA 94102

CASE No.
C - 08 - 2291 EMC
SBA

The Reverand Kamal K. Roy
PO BOX 1173
Saranac Lake New York 12983

Association
for Committee to
elect The Rev Dr
Kamel K Roy
as US COP Mr
President 2008

Opposition
to Motion
as attached
of US Attorney
ND CA
in the
civil
action

To
Clerk Prose Civil
US DC / ND of CA

Dear Sirs/Madam, Subject to Additional
Affidavit as attached, oppose the motion
of US Attorney ND of Ca, to change
the Schedule of Magistrate Judge now
assigned, and to reassign to a
Dist Judge. But We still agree to
transfer of civil action to 3 Judge
panel or the full panel of Judges of court
matter USA is and Democracy in
as failing

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ELLEN M. FITZGERALD (NY 2408805)
   Assistant United States Attorney
4  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
5  Tel: (415) 436-7314
   Fax: (415) 436-6748
6  E-mail: ellen.fitzgerald@usdoj.gov

7  Attorneys for Defendant

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 ASSOCIATION OF COMMITTEE TO      )
   ELECT REV DR. KAMAL ROY AS       )   Case No. C 08-2291 EMC
12 US PRESIDENT,                    )
                                    )
13                                  )   **DECLINATION TO PROCEED**
              Plaintiff,            )   **BEFORE UNITED STATES**
14                                  )   **MAGISTRATE JUDGE AND**
   v.                               )   **REQUEST FOR REASSIGNMENT TO**
15                                  )   **UNITED STATES DISTRICT JUDGE**
                                    )
16 UNITED STATES GOVERNMENT,        )
                                    )
17                                  )
              Defendant.            )
18 _____ )

19       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

20       The undersigned party in the above-captioned civil matter hereby declines to consent to

21 the assignment of this case to a United States Magistrate Judge for trial and disposition and

22 hereby requests the reassignment of this case to a United States District Judge.

23 //

24 //

25 //

26 //

27 //

28 DECLINATION TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR
   REASSIGNMENT
   C 08 2291 EMC

1   Dated: June 30, 2008

2                                          Respectfully submitted,

3                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
4

5                              By:         _____/s/_____

6                                          ELLEN M. FITZGERALD
                                           Assistant United States Attorney
                                           Attorney for Defendant
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   DECLINATION TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR
     REASSIGNMENT
     C 08 2291 EMC
                                           2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and she is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she is causing a copy of the foregoing

DECLINATION TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT

to be served this date by placing a true copy thereof in a sealed envelope and served as follows

**X**    FIRST CLASS MAIL by placing such envelope with postage thereon full prepaid in the designated area for outgoing U.S. mail in accordance with the office's practices.

____    CERTIFIED MAIL by placing such envelope with postage thereon full prepaid in the designated area for outgoing U.S. mail in accordance with the office's practices.

____    PERSONAL SERVICE (BY MESSENGER)

____    FEDERAL EXPRESS via Priority Overnight

____    E-MAIL

____    FACSIMILE (FAX)

on the following party:

> Kamal Karna Roy
> Plaintiff Pro Se
> P.O. Box 1173
> Saranac Lake, NY 12983

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of June 2008 at San Francisco, California.

> /s/
> KATHY TERRY
> Legal Assistant

DECLINATION TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
C 08 2291 EMC

3



CIVIL COVER SHEET

IN THE
U.S.
DISTRICT
Court
for

I. (a) PLAINTIFFS   DEFENDANTS

II. BASIS OF JURISDICTION

III. CITIZENSHIP OF PRINCIPAL PARTIES

IV. NATURE OF SUIT

VI. CAUSE OF ACTION

VII. REQUESTED IN COMPLAINT:

VIII. RELATED CASES IF ANY

SIGNATURE OF ATTORNEY OF RECORD

For curbing free expression
1) Yahoo Inc
2) Wikipedia free dictionary & encyclopedia
State of CA Defendant

Defendant #2 Prime Minister's Office
Govt of India
c/o Prime Minister's Office
Prime Minister's Secretariat
Govt of India
New Delhi
INDIA

Defendant #3
USA Govt
c/o The White House
Washington DC
20500
Director
Rev Ms Deepamala
Biswas M.D.
See Page 1-A-1

* Non Hostile Defendant #1 "Association to Demand equities in civil rights and Males and Females in social spectrum in Democracy, in Human animals race viz USA, India Iraq etc (a shared wife syndrome viz in Draupadi, Hindu 'Mahabharat' as approved by W.R Group along with 'shared husband' syndrome reflected in 'Paid love"

Defendant #1

Defendant
State of California
Sacramento CA
P.O. Box 1173
Saranac Lake
NY 12983

1/5/08   7/5/08   The Rev Dr Kamal R... 
for all Plaintiff (Pro se)

Complaint front Page 6

Association of committee
as a US. jurisdiction on
Civil rights
violations in
many states
issue of people
of Life & Liberty

Kamal Karna Roy
P.O Box 1173
4 Kiwassa Rd Apt 5G
Saranac Lake, NY 12983-7173

CR 08-00232 JMS BMK

Civil Liberties
in matters of conjugal CIVIL ase No.
LOVE

30 A... Moore Blv... ...
Honolulu, Hawaii 96850-0...

Jury Trial
Demanded

3 Judge panel
Demanded
for Trial

Additional Affidavit

USDC/

USDC/

The Rev Dr Kamal Karna
K Roy
7-2-08
for Plaintiff

Dr Kamal KRy
7/5/08

Page 7

Page A7

USDC/NDQ

Case No
08-2291

Defendant #7, #8, #9

USDC/

USDC/

Defendant #10
UNO (United Nations organization)
Millenium UN Plaza
New York City,
Manhattan
NY NY 10001

(✓) USA Govt
c/o US President's Office
— The White House
1600
Pennsylvania Ave.
NW
Washington
DC 20500   et al

Dr Kamel K Roy
for Plaintiff
Pro Se

USDC/

Rev Dr Kamel Roy
7-2-2008
for Plaintiff

Dr Kamel K Roy
7/9/08 K





USDC

ND CA
San Francisco
CA



USDC/——

Dr Kamal Kerne KRoy
7/2/08

member of the disadvantaged people in u s of a is a fact... People with such conditions, w e f 1.20. 2009. The u s born american with other qualifications could apply for the job which job is almost highest paid in federal jobs , and usa is a equal opportunity employer. But there are more than one entity to our selection *** election harder or illegal. There has been published reports in u s news media, viz new york times news daily published from city of new york that John Mccain would be nominee of gop for u s presidential election through hundred of legal compliances etc etc. was confirmed in my knowledge that GOP national committee. washington de with subjugate of JoD <- defendants would discriminate against equal rights f roy for getting the federal of of u s president on equal opportunity in employment for u s citizen, as incum gets preference than rights of clergy management specialist and author of many books and publication, and the author book named " "JUNGLE DEMOCRACIES ALL OVER THE GLOBE INCLUDING THE U S A- CAT AND MOUSE DOCTRINES OF OPPRESSIONS OR WEAKER PEOPLES- WEAKER ENTITIES -WHERE IN WE THE PEOPLE ARE INCUDED AND THEY ARE BENEFICIARIES-WEAKER NATIONS BY MOST POWERFULS-< PEOPLE< ENTITIES- POWERFUL NATIONS INCLUDING SUPERPOWERVIZ.USA ET AT AND ALLIES MAY BE USA OR ALLIES <U K <- PAKISTAN DO NOT PARTICIPATE IN MASS OPPRESSIONS. AUTHOR MAY NOT ADMIT HIS VIEWS -DUE TO CONFLICT OF INTERESTS -AFTER ALL AUTHOR WAS A MEMBER OF WE THE PEOPLE AND WE THE OEOPLE MUST PRESERVE NATIONAL VIZ USA HONOR IN HOME ABROAD::::::dr roy filed complaint of discrimination on equal employmentHello LISANROY

---

Change Preferences | Sign Out Sign In | Register Now

Print Edition | Subscribe

NewsNation Investigations Education Photos & Video World Technology KidsPost Discussions Metro Entertainment Religion Corrections Business Health Post Magazine Archives PoliticsPolitics Blogs House/Senate Votes White House Congress 2008 Campaign In Depth Polls In the Loop DC | MD | VA OpinionsOpinions Home Toles Cartoons On Faith Blogs Telnaes Animations PostGlobal Feedback Outlook Discussion Groups LocalMetro News Weather Local Explorer Jobs Education Traffic Community Guides Cars DC | MD | VACrime The Extras Real Estate Columns/Blogs Obituaries Local Business Yellow Pages SportsRedskins D.C. United Columns/Blogs NFL Nationals Capitals College Basketball NHL Wizards High Schools Local Colleges NBA Arts & LivingStyle Movies Travel Fashion & Beauty Horoscopes Smart Living Television Books Home & Garden Comics Entertainment News Food & Dining Museums Theater & Dance Crosswords City GuideFind Restaurants Find Local Events Find Movies Visitors Guide Find Bars & Clubs Going Out Gurus JobsSearch JobsCarsBuy a Car Sell a Car Experts & Advice Dealer Specials Coupons Real EstateBuy a Home Sell a Home Property Values RentalsFind a Rental Rent Your Place ShoppingShop New Deals & Discounts Shopper Blog Shop Used Sell Your Stuff Pets

SEARCH: washingtonpost.com Web | Search Archives

washingtonpost.com /> Opinions Your Comments On...

Offense Taken

---

In this campaign, there is no room for remarks of any sort on any subject.

- By Michael Kinsley

FIRST CLAIM FOR RELIEF
AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

① Matter of Assoc② committee to elect
Rev Dr Kamal K Roy a US GOP Presidentie
Nominee and candidate of US
President GOP.

That that the Democratic rules of
U.S Presidential Election failed in
principle, that the Reverend Dr Kamal
K K Roy who is a US born citizen,
born of U.S. citizen parents who
were residents of Guam, working
for ancillary work force in US
Military base in Guam, a US territory,
AA were devout Religious persons
of a small group of religious - based
in Guam and Mariane Islands, etal,
Travelled to British India in mid
1930's and they were victim
of religion[3] riot in a Conflict
of Islam / Hindu and Christians
and both were killed. Plaintiff Roy DOB 3.31.34 became orphan

USDC / ND of
CA

San Francisco

Rev
Dr R K
Roy
6-30-08
(Rev. 07/06)

Dr Kamal K Roy
7/2/08

7/5/08

## SECOND CLAIM FOR RELIEF
### AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

Matter of Dr Kamal K K Roy to GOP
Presidential hopeful and candidate who
legally applied to Court USD Court / Hawaii
to declare him him rebel nominee
GOP for U.S. Presidential Electoral
Competition of 2007-2008, election due
on Nov 4, 2008. But Lawlessness
in Campaign process for negligence
of actions to stop Violations
as well as Violations of Laws
by Defendants failed Dr Kamal
R K Roy PH. JC Jr to correctly
receive a plea in Behalf of US
Presidential Election 2008 as GOP
Leader to lead USA as President
of USA; As Such Court is requested
to to Declare him the rebel nominee
candidate of GOP in nominating Convention
& GOP and General Election 2008 in Ballot.

Dr Kamal K K Roy
7/8/7 08

Posted By: CANDIDATE_REPUBLICAN (February 10, 2008 at 8:06 AM)
washingtonpost.com > Politics > Elections Your Comments On...

Women Could Give Clinton the Edge In Maine's Caucuses

BANGOR, Maine, Feb. 9 — It is women like Linda Sinclair who have turned New England into a potentially tough playing field for Sen. Barack Obama (Ill.).

- By Shailagh Murray and Perry Bacon Jr.

CommentsLISANROY wrote:
USDC court actions filed from us district court n d of california , at san francisco ca, usdc new jersey at trenton, usdc new hampshire at concord nh for sky high allegations of corrupt practices in u s president electoral competitions of 2008 in violation of news as produce of nes media and giant size news conglomerates, viz associated press, usa, cnn news usa, reuter news, news corp of usa, gannet new, new york times co, tribunes co usa et el and hillary, obama, mccain et al as candidate defendants. u s american human_animals' conceive god/s of religions who failed wisdom of eletorates ie god/s failed by people. democratic devil in usa as devils as defendants, fec, washington dc, all states and election boards in usa et al, et al failed kamal roy as presidential lawful candidate by all defendants arbitrarily. or as a matter of policies by them to illrgally ignore a candidate in violations of laws to create ineuities to through dr roy into democratic dispair and oblivion . but roy knew that us judiciary is far from perfect but essentially may not ignore justice if possible , so the reverend dr kamal k k roy aka j g jr guam born clergyand us born pursuant to u s act 1978 for guam born people who lived in usa on date of enactmnent in 1978, dr roy lived in new york state et al since 1968., shall fight for rights of have_nots in usa till he exhausted demand of leadership rights to be canddate of equities in th system of democracy in usa dr roy petitiond for acting president be appointed by us congress with approval of u s senate by consent of order if issued as injunction on usa as defendant et al.

tHE U S PRESIDENTIAL ELECTION 2008 : IT IS COMPARABLE TO DOG_FIGHTS OF ELITE IN USA, BILLIONAIRES, SUPER RICH PEOPLE, DEVILS OF DEMOCRACY IN USA, HUMAN_GODS IN USA SIMILAR TO TERMS AS "mobstars",dYNASTY BUILT IN POLICIAN VIZ BILL CLINTON' WIFE HILLARY ABUSED THE FACTUAL STATUS AS BILL'S WIFE, RACE BASED POLITICS VIZ A SEMI WHITE U S AMERICAN CLAIMING AS IF PURE "AFRICAN AMERICAN TO AROUSE COMPASION TO AFRICAN AMERICANS CITIZENRY AD MIXED ANCESTRY IN US, HILLARY IS ABUSING GENDER VIZ SHE IS A WOMAN SEEKING TO BE U S PRESIDENT 2008,M U S NEWS MEDIA AND NEWS CONGLOMERATES HAD BEEN BILLIONS OF U S $ OF CAMPAIGN $ TO EVADE FEC CAMPAIGN FUNDS REGULATIONS BY ABUSING RFREEDOM OF PRESS BUT USING, ABUSING, MANIPULATING u s ANTI TRUST LAWS PROHIBITING INDUSTRIAL PRODUCE TO CURB COMPETITIONS IN USA WITH PRODUCE FOR PROFIT. WHEN YOUNG SMART LOOKING CHELSEA CLINTON OR FORMER PRESIDENT BILL CLINTON'S FACE AND PROFILE APPEAR PUBLISHED IN NEWWEEK MAGAZINE OR IN N Y TIMES OR LEADING NEWS MEDIA OF 100'S OF BILLION $ NEWS INDUSTRY, OR INCIDENT LIKE OBAMA'S LAWYER WIF WITH HIM PROJECT AS IF OBAMAS ARE ARISTOCRATS, AS HARVARD EDUCATED, IN MOST NEWS OUTLETS, PROBABLY NEWS MEDIA WISH TO FORGET THAT B OBAMA POSSIBLY PURE AFRICAN AMERICAN PROTOTYPE OF MILLIONS OF HAVE_NOTS AMONG HAL_BLACK, DARK_BALACKS, MIXED BLACKS'EPRESETATIVE IN usa AS "OBAMA" DOES ANY BODY KNOW THAT B OBAMA" MAINTAINED BETTET STANDARDARD AND PRIVILEGES THAN MORE THAN 70 % WHITES IN USA. DR ROY IS AN MBA (MS DEGREE FROM SUNY MARITIME COLLEGE , 1974. COLLEGE ID 578 80 4399), AN ORDAINED CLEGY WITH VOW OF POERTY, irs RULE, PH. D, IN AMANAGEMENT, D. D (DOCTORATE IN DIVINITY, LL. B (LAWS FROM ACCREDITED FOREIGN SCHOOL, HE WAS AN ORPHAN IN

Page 15

as a member of the disadvantage people in u s of america, wished to get slightly richer as the holder of federal job, full time contactual for 4 years, which could be renewable with polical and peoples conditions , w e f 1.20. 2009, The u s born american with other qualifications could apply for the job which job is almost highest paid in federal jobs , and usa is a equal opportunity employer. But there are more than one entity to put selection *** election harder or illegal. There has been published reports in u s news media, viz new york times news daily published from city of new york that John McCain would be nominee of gop for u s presidential election through hundres of legal compliment etc , It was confirmed in my knowledge that GOP national committee... washington dc with assistance of 186 + defendants would discriminate against federal funds I toy for getting the federal GOP u s president on equal opportunity in employment for a citizen, as a human get experience than patriots. Since management specialist and author of many books and publication, and the author book named A JUNGLE DEMOCRACIES ALL OVER THE GLOBE INCLUDING FIRST USA CAT AND MOUSE DOCTRINES OF OPPRESSIONS OF WEAKER PEOPLE, WEAKER ENTITIES, WHERE IN WE THE PEOPLE ARE INCLUDED AND THE CAN GET BENEFICIARIES, WEAKER NATIONS BY MOST POWERFUL S, PEOPLES AND THEIR POWERFUL NATIONS INCLUDING SUPERPOWERZ USA ET AL AND ALLIES MAY BE USA OR ALLIES (U K , PAKISTAN, IS NOT PARTICIPATE IN MASS OPPRESSIONS. AUTHOR MAY NOT ADMIT HIS VIEWS. DUE TO CONFLICT OF INTERESTS , AS AUTHOR AUTHOR WAS A MEMBER OF WE THE PEOPLE AND WE THE PEOPLE MUST PRESERVE NATIONAL VIZ. USA HONOR IN HOME ABROAD.... ut my filef complaint of discrimination on equal employmentHello LISANROY

Change Preferences | Sign Out Sign In | Register Now

Print Edition | Subscribe

NewsNation Investigations Education Photos & Video World Technology KidsPost Discussions Metro Entertainment Religion Corrections Business Health Post Magazine Archives PoliticsPolitics Blogs House/Senate Votes White House Congress 2008 Campaign In Depth Polls In the Loop DC | MD | VA OpinionsOpinions Home Toles Cartoons On Faith Blogs Tehaes Animations PostGlobal Feedback Outlook Discussion Groups LocalMetro News Weather Local Explorer Jobs Education Traffic Community Guides Cars DC | MD | VACrime The Extras Real Estate Columns/Blogs Obituaries Local Business Yellow Pages SportsRedskins D.C. United Columns/Blogs NFL Nationals Capitals College Basketball NHL Wizards High Schools Local Colleges NBA Arts & LivingStyle Movies Travel Fashion & Beauty Horoscopes Smart Living Television Books Home & Garden Comics Entertainment News Food & Dining Museums Theater & Dance Crosswords City GuideFind Restaurants Find Local Events Find Movies Visitors Guide Find Bars & Clubs Going Out Gurus JobsSearch JobsCarsBuy a Car Sell a Car Experts & Advice Dealer Specials Coupons Real EstateBuy a Home Sell a Home Property Values RentalsFind a Rental Rent Your Place ShoppingShop New Deals & Discounts Shopper Blog Shop Used Sell Your Stuff Pets

SEARCH: washingtonpost.com Web | Search Archives

washingtonpost.com /> Opinions Your Comments On...

Offense Taken

In this campaign, there is no room for remarks of any sort on any subject.

- By Michael Kinsley

http://answers.yahoo.com/question/index?qid=20080318073757AArpKI6          5/5/2008

Comments scchinnai wrote:

Michael Kinsley's article " Offense Taken" is very serious to the example that he cited and based on relationships, yes- whether they be a cousin or a hairdresser. However, the GREAT BIG DIFFERENCE is that when someone goes out of their way to verbally expound the degree of influence that someone has on you as well as when you tout this person as a role model or "mentor" - well now this is VERY different. By doing this, you indeed are connecting yourself to this person in every way since you indicated that their beliefs were used to mentor and foster your own beliefs. When you look up to someone as a mentor or role model, you are believing in the basic principles of theirs. Obama's open statements to the reverend being his spiritual mentor and best friend makes his beliefs as suspect as the reverend's. In addition, Obama can now denounce all he wants to but how could he be a parishioner for 17 years and listen to these types of statements if as Obama NOW states are "outrageous".

I think that we need to realy question Obama's truthfullness or question his judgement. In either case, the country should seriously reconsider any support for such a candidate. It is frightening that Obama's paltform really emphasizes "change" and his real agenda would seem to indicate other.

We need to change our support to Senator Clinton and assure her success in November.

3/17/2008 9:05:12 PM

Recommend (0) Report Abuse Discussion Policy

LISANROY wrote:

amemended comments of dr kamal roy dt 3,17,2008

LISANROY wrote:

COMMENTS OF REV DR KAMAL KARNA Karuna ROY A REPUBLICAN CANIDATE AND HoPEFUL TO BE the NOMINEE OF GOP IN SCHEDULED ELECTION FOr NOV 4, 2008, IF BE HELD WITHOUT any COURT ORDER OF INJUNCTION to postpone corrpt election as PRAYED BY DR kamal k k ROY ALLEGING SKY_HIGH AND CLOUD_DARK CORRUPTIONS BY DEFENDANTS IN CIVIL ACTIONS FILED IN 20+ U S D COURT actions in 20+ different JURISDICTIONS with allegations against defendants for negligence to enforce laws not TO PUSH OUT ELECTORAL CONTESTANTS FROM WEAKER COMMUNITIES OF HAVE-nots

3/17/2008 9:04:05 PM

Recommend (0) Report Abuse Discussion Policy

morris391 wrote:

well this is "midly amusing". While I am generally an advocate of Kinsley, and Slate magazine, as well as, Time magazine. I must take umbrage, with the sacastic tone of this tome. It is a thinly veiled attempt to incite debate over issues, and non-issues, which may be unrelated to the national campaign. While the Mainstream Media (MSM) has too much time on its hands, to consider a long winded campaign, the focus has shifted to non-political discourse, about intractable problems that confound american society. We have issues related to baseball players, after all, who alledgedly used illegal substances to puff up their biceps. Certainly, congress can devise a surge campaign to intervene with

http://answers.yahoo.com/question/index?qid=20080318073757AArpKI6        5/5/2008

LIVING IN usa ON DAY OF ENACTMENT OF THE SAid ACT OF 1978.

Kamal K. K. Roy.

KAMAL KARNA K. ROY.

Karan his as ACTIVIST IN SOCIAL REFORMS IN RESPECTS OF GOD/S, RELIGIONS, PEOPLE, hUMAN GOD/S ( PEOPLE WITH LEADERSHIP AND APPARENT OR REAL POWERS TO EXERT RIGHTS ON PUBLIC WITH GOOD OR ANY INTENTION OF PUBLIC OR PRIVATE IDEOLOGIES VIZ EATF Iraqi Dictator President SAD AM HUSSAIN OR IRAQ WHILE HE WAS IN POWER OF UN -NAMED US PRESIDENT/S WITH severe CONTROVERSIES IN PUBLIC POLICIES IN MAIN AND usa OR WORLD -WIDE democracies, SAY A ruling GENERAL IN SOME POWER IN SOUTH ASIA.

Education his in M.P.A DEGREE (m # IN SPECIALISATION IN TRANSPORTATION MANAGEMENT FROM any MARITIME COLLEGE , the BRONX , NEW YORK CITY, usa STUDIED ADVANCED COURSE LEADING TO ADVANCED DEGREE IN PUBLIC ADMN. FROM usda GRADUATE SCHOOL , WASHINTON dc ( SCHOOL id: 578- 80- 4395 ; he has 2 Doctoral degrees in management science in fields of management Science and another in field/faculty of Religious / god/s/people from foreign school He has a bachelor's degree in law from foreign school of laws and management. He further took in education a in University of Rhode Island, both at Providence and Kingston ; in usa and other schools viz City university of new York, Baruch college, New york city, usa et al.

Employer volunteer ordained clergy with vow of poverty ( U S IRS rule for ordained clergies in USA , group Handicap interests international world religions group. 107 A Scribner avenue, staten Island , New york city, n y 10301, USA

Occupation activist, mobile clergy, electronic preacher of multiple or unique god/s and religions , et al.

Title mobile clergy, Political activist USA and around globe; currently he is a u s presidential hopeful / candidate for 2008 electoral competition from Republican Party in New York ; strategist for common / weaker people, disadvantaged people in democracy in usa et al to claim leadership including the 2008 Presidency electoral competition: the weaker people are segregated and removed from electoral race by strategic powerful block in democracy in U S republic including the news media and news conglomerates. see court actions pending in the main article of Dr kamal Karna Roy: strategist of god/s, religions, people, et al, activist

Height 5' 8"

Political party Republican ( GOP) of usa

Religious stance world religions/ multiple religions in unique body and soul and a proponent of the strategy.

Spouse a common law wife

Children some, maintained by natural mother concerned

http://answers.yahoo.com/question/index?qid=20080229114334AAxPLiZ



HANDICAP INTERESTS INTERNATIONAL
Z JOSEPH GERONIMO JR
PO BOX 1773
SARANAC LAKE NY 12983

000143

a Plaintiff Assn

U.S.D. C/Hawaii

Plaintiff #3    Rev KAMAL K Roy

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

Pge 1C

USDC/

Plaintiff #3
USDC
/ #1

K R
/1/08

Rev Kamal KR

The IRS address must appear in the window.        Use for payments

BODCD-TE            0437800000

                                                Letter Number :  LTR2645C
                                                Letter Date   :  2007-04-18
                                                Tax Period    :  200606

                        *133566610*

INTERNAL REVENUE SERVICE              HANDICAP INTERESTS INTERNATIONAL
                                      Z JOSEPH GERONIMO JR
OGDEN UT 84201-0038                   PO BOX 1773
                                      SARANAC LAKE NY 12983

133566610 FI HAND 67 2 200606 670 0000000000

K 6/30/08
6/30/08        K 7/5/08

USDC

AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII, *Honolulu HI 96850*

_Association of_
_Committee to elect Rev_ _____ Plaintiff

V.

_Single_ ___ *Dr Kamil*
_Territory_ ___ *Association to Rp*
*Demand* ___ et al Plaintiff
_Rev Dr Kamil_ ___ Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

*For Request*
*to declare*
*The Rev Dr*
*Kamil K. Roy*
*as Rebel God*
*in Ballot*
*New York*
*1283*

I, _Rev Dr Kamil_ declare that I am the (check appropriate box)
□ petitioner/plaintiff/movant    ☑ other *Rp Kiwasa RRd #56, Saranac Lake*

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs
under 28 USC § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the
relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     □ Yes    ☑ No    (If "No," go to Part 2)
   If "Yes," state the place of your incarceration *NA*

   Are you employed at the institution? *No*    Do you receive any payment from the institution? *No*

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months'
   transactions.    *NA*    *see Medical*

2. Are you currently employed?    □ Yes    ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the
      name and address of your employer. *partly disabled Sr Citizen*
      *Receiver SS disability 543°° Pm (SSI)*

   *+ Receive $143°°/m*   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or
      wages and pay period and the name and address of your last employer. *# A598804311*

3. ⓝ *In case demand to place in Ballot in the Presidential Election*
   In the past 12 twelve months have you received any money from any of the following sources?  *be not met by cong. Election act self explanation*

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | □ Yes | ☑ No |
   | b. | Rent payments, interest or dividends | □ Yes | □ No |
   | c. | Pensions, annuities or life insurance payments | ☑ Yes | □ No |
   | d. | Disability or workers compensation payments | ☑ Yes | □ No |
   | e. | Gifts or inheritances | □ Yes | ☑ No |
   | f. | Any other sources | □ Yes | ☑ No |

   *SS Retirement pm*   *see attached*  *attached*

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state
   the amount received and what you expect you will continue to receive.

   *Rev Dr Kamil* _____ *6/28/08*

By: Kamel K. Roy

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



① Kamel CASE NO. _____

② Association to Amend

# U S A Govt Washington D.

Defendant's name and address

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Dr. Kamel, the above-named, declare that I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay in advance the fees of this court or give security therefor, that I believe I am entitled to relief.

USDY / ND CA
USDC
Hausville

I further declare that the responses which I have made to questions and instructions below are true.

Have you received, within the past 12 months, any money from any of the following sources?

|  |  | Yes | No |
|---|---|---|---|
| a. Business, profession or form of self-employment? |  | Yes | No |
| b. Rent payments, interest or dividends? |  | Yes | No |
| c. Pensions, annuities or life insurance payments? | Yes | NO |  |
| d. Gifts or inheritance? | Yes |  | NO |
| e. Family or friends? | Yes |  | NO |
| f. Any other sources? |  |  |  |

If you answered YES to any of the questions above describe each source of money and state the amount received from each during the past 12 months.

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

Yes    Only $79⁹⁹

If you answered YES, state the total value of the items owned.

Nil

USDC / #1


R 6/11/08

R 6/10/08

R 7/5/08

AO 240 Reverse (Rev. 9/96)

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☐ No

If "Yes," state the total amount.

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☐ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____
Date

_____
Signature of Applicant

Civil Complaint

Title of suggested Association. Jury Trial Demanded

#1 Kamal Karna Roy
P.O. Box 1173
Saranac Lake, NY 12983

(1) People Association ...

(2) John McCain US Senator ...

(3) BARACK H Obama - Democrat

(4) Hillary R Clinton ...

(5) U.S.A. Gov Washington DC
U.S.A Constitution

We the People of USA

(5A) U. ND. NJ, NY ...
(5B) US Senate & US House of Representatives

(6) National Republican Party GOP
Washington DC

(7) National Democratic Party of ...

(8) All Religions ...

(9) All Great News Conglomerates (Association)

(10) All News Media of USA ...
We the people of USA ...
All States (50 N-5) + USA

(11) All State Board of Election in USA

(12) All Territories Guam / Puerto Rico / Guam

(13) U.S. Judiciary ... Affirmations

Rev Dr Kamal K K Roy ...

USDC of NDCA
San Francisco Defendants
USDC / HI
CA

7/5/08

UNITED STATES DISTRICT COURT

District of Hawaii

Association of Committee
to Elect The Rev Dr Kamel K R
Roy a GOP of Lifetime and Candidate
for U.S. President

Plaintiff

v.

Defendant
Association to
Democracy System in
the US agents of
Albino Meira

CASE NUMBER: _____

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

New York 10301
New Jersey  Ein 12-3566 60
Frankel
N.J. 08 69
New York 10283

30

Civil Case No USDC HI
C-08229-EMC
In the
USDC
/ND of
CA

San Francisco
CA
94102

origine

I, _____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant   ☐ other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs
under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief
sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☑ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution?  Nil   Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months'
   transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the
      name and address of your employer.   I receive $545 per SSI disability Check

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages
      and pay period and the name and address of your last employer.   Disabil — ID A578 80-4395

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends   ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
   d. Disability or workers compensation payments   ☑ Yes   ☐ No
   e. Gifts or inheritances   ☐ Yes   ☑ No
   f. Any other sources   ☐ Yes   ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the
   amount received and what you expect you will continue to receive.

   Dr Kamel K R Roy
   US American person
   6/24/08 for All Plaintiff

   Dr Kamel K K Roy
   7-5-08

4. Do you have any cash or checking or savings accounts?   ☒ Yes   ☐ No

If "Yes," state the total amount. _____ $6100 _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

Mrs Paromita Baidya Roy   5/4 chorajoor Vihar
Gaziabad, U.P. INDIA

I declare under penalty of perjury that the above information is true and correct.

Dr Kamol K  ____   Kamol-Kana K Roy

Date  6/16/2008                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

RECEIVED

JUL - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In the

USDC

/ N.D of California

450 Golden Gate Av / CASE No.

San Francisco

Ca 94/02

C - 08 - 2291 EMC

SBA

The Reverand Kamal K. Roy
PO BOX 1173
Saranac Lake New York 12983

Association
for Committee to

elect The Rev Dr

Kamel K Roy

as US COP nr

President 2008

Opposition

to Motion

as attached

of US Attorney

ND Ca

in the

civil

action

To

Clerk Pro se Civil

US DC / ND of CA

Dear Sirs / Madam, Subject to Additional

Affidavit as attached. Oppose the motion

of US Attorney ND of Ca. to change

the Schedule of Magistrate Judge now

assigned, and to reassign to a

District Judge. But We still agree to

transfer of civil action to 3 Judge

panel or full panel of Judges. USA

USA is and Democracy in

1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
4 | 450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
5 | Tel:  (415) 436-7314
Fax: (415) 436-6748
6 | E-mail: ellen.fitzgerald@usdoj.gov

7 | Attorneys for Defendant

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11 | ASSOCIATION OF COMMITTEE TO          )
ELECT REV DR. KAMAL ROY AS            )      Case No. C 08-2291 EMC
12 | US PRESIDENT,                            )
                                         )
13 |                                       )      **DECLINATION TO PROCEED
                Plaintiff,               )      BEFORE UNITED STATES
14 |                                       )      MAGISTRATE JUDGE AND
        v.                               )      REQUEST FOR REASSIGNMENT TO
15 |                                       )      UNITED STATES DISTRICT JUDGE**
                                         )
16 | UNITED STATES GOVERNMENT,            )
                                         )
17 |                                       )
                Defendant.               )
18 | _____)

19 | REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

20 | The undersigned party in the above-captioned civil matter hereby declines to consent to

21 | the assignment of this case to a United States Magistrate Judge for trial and disposition and

22 | hereby requests the reassignment of this case to a United States District Judge.

23 | //

24 | //

25 | //

26 | //

27 | //

28 | DECLINATION TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT
C 08 2291 EMC

1 | Dated: June 30, 2008

2

Respectfully submitted,

3

JOSEPH P. RUSSONIELLO
United States Attorney

4

5

By:     /s/

6

ELLEN M. FITZGERALD
Assistant United States Attorney
Attorney for Defendant

7

8

9

3M

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 | DECLINATION TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT
C 08 2291 EMC

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United

States Attorney for the Northern District of California and she is a person of such age and

discretion to be competent to serve papers.  The undersigned further certifies that she is causing a

copy of the foregoing

DECLINATION TO PROCEED BEFORE UNITED STATES MAGISTRATE
JUDGE AND REQUEST FOR REASSIGNMENT

to be served this date by placing a true copy thereof in a sealed envelope and served as follows

**X**    FIRST CLASS MAIL by placing such envelope with postage thereon full prepaid in the
            designated area for outgoing U.S. mail in accordance with the office's practices.

____    CERTIFIED MAIL by placing such envelope with postage thereon full prepaid in the
            designated area for outgoing U.S. mail in accordance with the office's practices.

____    PERSONAL SERVICE (BY MESSENGER)

____    FEDERAL EXPRESS via Priority Overnight

____    E-MAIL

____    FACSIMILE (FAX)

on the following party:

Kamal Karna Roy
Plaintiff Pro Se
P.O. Box 1173
Saranac Lake, NY 12983

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

Executed this 30th day of June 2008 at San Francisco, California.

                                        /s/
                                    KATHY TERRY
                                    Legal Assistant

DECLINATION TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT
C 08 2291 EMC

3



Kamal Karna Roy
P.O Box 1173
4 Kiwassa Rd Apt 5G
Saranac Lake, NY 12983-7173

CR 08-00232 JMS BMK

Additional Affidavit

USDC

USDC

Civil rights violations in many states

Association of committee on US fraud issue of Life, Likelihood, Civil Liberties in matters of conjugal love

Jury Trial Demanded

3 Judge panel

Ground of Civil rights violations & complaints

Civil Liberties of conjugal rights

The Rev Dr Kamal Karna K Roy
7-2-08
for Plaintiff

Dr Kamal KRy
7/5/08

Page 2

Page A?

Defendent #1 & 2

U.S.D.C. / ____

U.S.D.C. / ____

U.S.D.C. / N.D.J. ____

Case N.
08 - 2291

Defendent #3

Defendent #3
U.N.O. (United Nations)
organization
Million - 2 U.N Plaza
New York City,
Manhattan
N.Y. N.Y. 10001

(√) USA Govt
c/o US President's Office
— The White House
1600
Pennsylvania Ave

Dr.
Kamel K. Roy
for Plaintiff
Pro Se

NW
Washington
DC 20000    et al
1600 NS
TBD

U.S.D.C. / ____

Rev Dr Kamel Roy
7-2-2008
for Plaintiff

Dr
Kamel K. Roy
7/9/08



USDC

ND CA

San Francisco
CA



INTERNAL REVENUE SERVICE
DISTRICT DIRECTOR
P.O. BOX 1040
BROOKLYN, NY 11201

Date: OCT 2 2 1998

Dear Applicant:

USDC/

Dr Kamal Kerne KRoy
7/2/08



of election relating contractor the tyear, viz.2009 & renewation till put said people
conditions , w e f 1.20. 2009. The u s born american with other qualifications could apply for the job
which job is almost highest paid in federal jobs , and usa is a equal opportunity employer. But there
are more than one entity to put selection. *** election harder or illegal. There has been published
reports in u s news media, viz new york times news daily published from city of new york that John
Mccain would be nominee of gop for u s presidential election through hundred of legal compliances etc
etc. was confirmed in my knowledge that GOP national ... countries. washington do with apologise of
me. defendants would discriminate agant kamal kansi t roy for getting the federal of of u s president
on equal opportunity in employment for u s citizen, as incean gets preference than public .... clergy
management specialist and author of many books and publication, and the author book named
"JUNGLE DEMOCRACIES ALL OVER THE GLOBE INCLUDING THE US A CAT AND
MOUSE DOCTRINES OF OPRESSIONS OR WEAKER PEOPLE < WEAKER
ENTITIES <WHERIN WE THE PEOPLE ARE INCUDED AND THEY ARE
BENEFICIARIES <WEAKER NATIONS BY MOST POWERFULS < PEOPLE < ENTITIES<
POWERFUL NATIONS INCLUDING SUPERPOWER VIZ USA ET AL AND ALLIES MAY BE
USA OR ALLIES < U K < PAKISTAN DO NOT PARTICIPATE IN MASS OPPRESSIONS
AUTHOR MAY NOT ADMIT HIS VIEWS <DUE TO CONFLICT OF INTERESTS <AFTERALL
AUTHOR WAS A MEMBER OF WE THE PEOPLE AND WE THE OEOPLE MUST PRESERVE
NATIONAL VIZ USA HONOR IN HOME ABROAD::::: dr roy filed complaint of discrimination on
equal employmentHello LISANROY

Change Preferences | Sign Out Sign In | Register Now

Print Edition | Subscribe

NewsNation Investigations Education Photos & Video World Technology KidsPost Discussions Metro
Entertainment Religion Corrections Business Health Post Magazine Archives PoliticsPolitics Blogs
House/Senate Votes White House Congress 2008 Campaign In Depth Polls In the Loop DC | MD | VA
OpinionsOpinions Home Toles Cartoons On Faith Blogs Telnaes Animations PostGlobal Feedback
Outlook Discussion Groups LocalMetro News Weather Local Explorer Jobs Education Traffic
Community Guides Cars DC | MD | VACrime The Extras Real Estate Columns/Blogs Obituaries Local
Business Yellow Pages SportsRedskins D.C. United Columns/Blogs NFL Nationals Capitals College
Basketball NHL Wizards High Schools Local Colleges NBA Arts & LivingStyle Movies Travel
Fashion & Beauty Horoscopes Smart Living Television Books Home & Garden Comics Entertainment
News Food & Dining Museums Theater & Dance Crosswords City GuideFind Restaurants Find Local
Events Find Movies Visitors Guide Find Bars & Clubs Going Out Gurus JobsSearch JobsCarsBuy a
Car Sell a Car Experts & Advice Dealer Specials Coupons Real EstateBuy a Home Sell a Home
Property Values RentalsFind a Rental Rent Your Place ShoppingShop New Deals & Discounts
Shopper Blog Shop Used Sell Your Stuff Pets

SEARCH: washingtonpost.com Web | Search Archives

washingtonpost.com /> Opinions Your Comments On...

Offense Taken

In this campaign, there is no room for remarks of any sort on any subject.

- By Michael Kinsley

http://answers.yahoo.com/question/index?qid=20080718073757AArpK16          5/5/2008

**FIRST CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

① Matter of Assocn of committee to elect
Rev Dr Kamal K Roy a U.S GOP Presidential
Nominee and candidate of U.S
President GOP.

That that the Democratic rules of
U.S. Presidential election failed in
principle, that the Reverend Dr Kamal
K K Roy who is a US born citizen,
born of U.S. citizen parents who
were residents of Guam, working
for ancillary work force in U.S
military base in Guam, a US territory,
∧∧ were devout Religious persons
of a small group of religious based
in Guam and Mariana islands, etc;
Travelled to British India in mid
1930's and they were victim
of religion[3] riot in a conflict
of Islam / Hindu and Christian
and both were jailed. Plaintiff Roy DOB 3·31·34
became orphan

Dr Kamal K Roy
7/2/08

## SECOND CLAIM FOR RELIEF
### AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

Matter of Dr Kamal K K Roy of GOP Presidential Hopeful and Candidate Who legally applied to Court USD Court/Hawaii to declare him him rebel nominee GOP for U.S. Presidential Electoral Competition of 2007-2008, election due on Nov 4, 2008. But Lawlesness in Campaign process for negligence of actions to stop Violations as well as Violations of Laws by Defendants failed Dr Kamal K. K. Roy of H. J. C Jr to correctly receive a plea in Behalf of US Presidential Election 2008 as GOP Leader to lead USA as President of USA; & As such Court is requested to to Declare him the rebel nominee candidate of GOP In nominating Convention of GOP and General Election 2008 in Ballot.

Dr Kamel K K Roy
08/7/08

USD/NDJ

6/30/08

See other Other Issues of Violation in civil rights adjustments of one one copyright Partners demarcation

(Rev. 07/05)

San Fransisco

7/5/08

Posted By: CANDIDATE_REPUBLICAN (February 10, 2008 at 8:06 AM)
washingtonpost.com > Politics > Elections Your Comments On...

Women Could Give Clinton the Edge In Maine's Caucuses

BANGOR, Maine, Feb. 9 — It is women like Linda Sinclair who have turned New England into a potentially tough playing field for Sen. Barack Obama (Ill.).

- By Shailagh Murray and Perry Bacon Jr.

CommentsLISANROY wrote:

USDC court actions filed from us district court n d of california , at san francisco ca, usdc new jersey at trenton, usdc new hampshire at concord nh for sky high allegations of corrupt practices in u s president electoral competitions of 2008 in violation of news as produce of nes media and giant size news conglomerates, viz associated press, usa, cnn news usa, reuter news, news corp of usa, gannet new, new york times co, tribunes co usa et el and hillary, obama, mccain et al as candidate defendants. u s american human_animals' conceive god/s of religions who failed wisdom of eletorates ie god/s failed by people. democratic devil in usa as devils as defendants, fec, washington dc, all states and election boards in usa et al, et al failed kamal roy as presidential lawful candidate by all defendants arbitrarily. or as a matter of policies by them to illegally ignore a candidate in violations of laws to create ineuilties to through dr roy into democratic dispair and oblivion . but roy knew that us judiciary is far from perfect but essentially may not ignore justice if possible , so the reverend dr kamal k k roy aka j g jr guam born clergyand us born pursuant to u s act 1978 for guam born people who lived in usa on date of enactmnent in 1978, dr roy lived in new york state et al since 1968., shall fight for rights of have_nots in usa till he exhausted demand of leadership rights to be canddate of equities in th system of democracy in usa dr roy petitiond for acting president be appointed by us congress with approval of u s senate by consent of order if issued as injunction on usa as defendant et al.

tHE U S PRESIDENTIAL ELECTION 2008 : IT IS COMPARABLE TO DOG_FIGHTS OF ELITE IN USA, BILLIONAIRES, SUPER RICH PEOPLE, DEVILS OF DEMOCRACY IN USA, HUMAN_GODS IN USA SIMILAR TO TERMS AS "mobstars",dYNASTY BUILT IN POLICIAN VIZ BILL CLINTON' WIFE HILLARY ABUSED THE FACTUAL STATUS AS BILL'S WIFE, RACE BASED POLITICS VIZ A SEMI WHITE U S AMERICAN CLAIMING AS IF PURE "AFRICAN AMERICAN TO AROUSE COMPASION TO AFRICAN AMERICANS CITIZENRY AD MIXED ANCESTRY IN US, HILLARY IS ABUSING GENDER VIZ SHE IS A WOMAN SEEKING TO BE U S PRESIDENT 2008,M U S NEWS MEDIA AND NEWS CONGLOMERATES HAD BEEN BILLIONS OF U S $ OF CAMPAIGN $ TO EVADE FEC CAMPAIGN FUNDS REGULATIONS BY ABUSING RFREEDOM OF PRESS BUT USING, ABUSING, MANIPULATING u s ANTI TRUST LAWS PROHIBITING INDUSTRIAL PRODUCE TO CURB COMPETITIONS IN USA WITH PRODUCE FOR PROFIT. WHEN YOUNG SMART LOOKING CHELSEA CLINTON OR FORMER PRESIDENT BILL CLINTON'S FACE AND PROFILE APPEAR PUBLISHED IN NEWWEEK MAGAZINE OR IN N Y TIMES OR LEADING NEWS MEDIA OF 100'S OF BILLION $ NEWS INDUSTRY, OR INCIDENT LIKE OBAMA'S LAWYER WIF WITH HIM PROJECT AS IF OBAMAS ARE ARISTOCRATS, AS HARVARD EDUCATED, IN MOST NEWS OUTLETS, PROBABLY NEWS MEDIA WISH TO FORGET THAT B OBAMA POSSIBLY PURE AFRICAN AMERICAN PROTOTYPE OF MILLIONS OF HAVE_NOTS AMONG HAL_BLACK, DARK_BALACKS, MIXED BLACKS'EPRESETATIVE IN usa AS "OBAMA" DOES ANY BODY KNOW THAT B OBAMA" MAINTAINED BETTET STANDARDARD AND PRIVILEGES THAN MORE THAN 70 % WHITES IN USA. DR ROY IS AN MBA (MS DEGREE FROM SUNY MARITIME COLLEGE , 1974. COLLEGE ID 578 80 4399), AN ORDAINED CLEGY WITH VOW OF POERTY, irs RULE, PH. D, IN AMANAGEMENT, D. D (DOCTORATE IN DIVINITY, LL. B (LAWS FROM ACCREDITED FOREIGN SCHOOL, HE WAS AN ORPHAN IN

http://www.blog.newsweek.com/blogs/thecaucus/archive/2008/02/10/the_corporate_voice-w...    3/3/2008

as a member of the disadvantage people in u s of america, wished to get slightly richer as the holder of federal job, full time contactual for 4 years, which could be renewable with polical and peoples conditions , w e f 1.20. 2009, The u s born american with other qualifications could apply for the job which job is almost highest paid in federal jobs , and usa is a equal oppurtunity employer. But there are more than one entity to put selection *** election harder or illegal. There has been published reports in u s news media, viz new york times news daily published from city of new york that John Mccain would be nominee of gop for u s presidential election through hundres of legal compliance etc etc, it was confirmed in my knowledge that GOP national committee.. washington dc with assistance of 100 + defendants would discriminate against him in favour of roy for getting the federal of of u s president on equal oppurtunity in employment for a citizen, as a management professor, than patriotic, sleep management specialist and author of many books and publications, and the author book named A JUNGLE DEMOCRACIES ALL OVER THE GLOBE INCLUDING THE USA- A CAT AND MOUSE DOCTRINES OF OPPRESSIONS OR WEAKER PEOPLE- WHICH ENTITIES- WHEREIN WE THE PEOPLE ARE INCLUDED AND THE CAT ARE BENEFICIARIES- WEAKER NATIONS BY MOST POWERFUL- STRONGEST COUNTRIES POWERFUL NATIONS INCLUDING SUPER POWER VIZ USA, ET AL AND ALLIES MAY BE USA OR ALLIES (U K , PAKISTAN... DO NOT PARTICIPATE IN MASS OPPRESSIONS- AUTHOR MAY NOT ADMIT HIS VIEWS- DUE TO CONFLICT OF INTERESTS *** AS THE AUTHOR WAS A MEMBER OF WE THE PEOPLE AND WE THE PEOPLE MUST PRESERVE NATIONAL VIZ. USA HONOR IN HOME ABROAD ... if my chief complaint of discrimination on equal employment Hello. LISANROY

---

Change Preferences | Sign Out Sign In | Register Now

Print Edition | Subscribe

News Nation Investigations Education Photos & Video World Technology KidsPost Discussions Metro Entertainment Religion Corrections Business Health Post Magazine Archives Politics Politics Blogs House/Senate Votes White House Congress 2008 Campaign In Depth Polls In the Loop DC | MD | VA Opinions Opinions Home Toles Cartoons On Faith Blogs Tehnes Animations PostGlobal Feedback Outlook Discussion Groups Local Metro News Weather Local Explorer Jobs Education Traffic Community Guides Cars DC | MD | VA Crime The Extras Real Estate Columns/Blogs Obituaries Local Business Yellow Pages Sports Redskins D.C. United Columns/Blogs NFL Nationals Capitals College Basketball NHL Wizards High Schools Local Colleges NBA Arts & Living Style Movies Travel Fashion & Beauty Horoscopes Smart Living Television Books Home & Garden Comics Entertainment News Food & Dining Museums Theater & Dance Crosswords City Guide Find Restaurants Find Local Events Find Movies Visitors Guide Find Bars & Clubs Going Out Gurus Jobs Search Jobs Cars Buy a Car Sell a Car Experts & Advice Dealer Specials Coupons Real Estate Buy a Home Sell a Home Property Values Rentals Find a Rental Rent Your Place Shopping Shop New Deals & Discounts Shopper Blog Shop Used Sell Your Stuff Pets

SEARCH: washingtonpost.com Web | Search Archives

washingtonpost.com /> Opinions Your Comments On...

Offense Taken

---

In this campaign, there is no room for remarks of any sort on any subject.

- By Michael Kinsley

http://answers.yahoo.com/question/index?qid=20080318073757AArpKI6

5/5/2008



Michael Kinsley which... Offense Fixed it way on basis the examples... based on relationships, yes- whether they be a cousin or a hairdresser. However, the GREAT BIG DIFFERENCE is that when someone goes out of their way to verbally expound the degree of influence that someone has on you as well as when you tout this person as a role model or "mentor" – well now this is VERY different. By doing this, you indeed are connecting yourself to this person in every way since you indicated that their beliefs were used to mentor and foster your own beliefs. When you look up to someone as a mentor or role model, you are believing in the basic principles of theirs. Obama's open statements to th erevered being his spiritual mentor and best friend makes his beliefs as suspect as the reverend's. In addition, Obama can now denounce all he wants to but how could he be a parishioner for 17 years and listen to these types of statements it as Obama NOW states are "outrageous".

I think that we need to realy question Obama's truthfullness or question his judgement. In either case, the country should seriously reconsider any support for such a candidate. It is frightening that Obama's paltform really emphasizes "change" and his real agenda would seem to indicate other.

We need to change our support to Senator Clinton and assure her success in November.

3/17/2008 9:05:12 PM

Recommend (0) Report Abuse Discussion Policy

LISANROY wrote:

amemended comments of dr kamal roy dt 3,17,2008

LISANROY wrote:

COMMENTS OF REV DR KAMAL KARNA Karuna ROY A REPUBLICAN CANDATE AND HoPEFUL TO BE the NOMINEE OF GOP IN SCHEDULED ELECTION FOr NOV 4, 2008, IF BE HELD WITHOUT any COURT ORDER OF INJUNCTION to postpone corrpt election as PRAYED BY DR kamal k k ROY ALLEGING SKY_HIGH AND CLOUD_DARK CORRUPTIONS BY DEFENDANTS IN CIVIL ACTIONS FILED IN 20+ U S D COURT actions in 20+ different JURISDICTIONS with allegations against defendants for negligence to enforce laws not TO PUSH OUT ELECTORAL CONTESTANTS FROM WEAKER COMMUNITIES OF HAVE-nots

3/17/2008 9:04:05 PM

Recommend (0) Report Abuse Discussion Policy

morris391 wrote:

well this is "midly amusing". While I am generally an advocate of Kinsley, and Slate magazine, as well as, Time magazine. I must take umbrage, with the sacastic tone of this tome. It is a thinly veiled attempt to incite debate over issues, and non-issues, which may be unrelated to the national campaign. While the Mainstream Media (MSM) has too much time on its hands, to consider a long winded campaign, the focus has shifted to non-political discourse, about intractable problems that confound american society. We have issues related to baseball players, after all, who alledgedly used illegal substances to puff up their biceps. Certainly, congress can devise a surge campaign to intervene with

http://answers.yahoo.com/question/index?qid=20080318073757AArpKI6          5/5/2008

LIVING IN usa ON DAY OF ENACTMENT OF THE SAid ACT OF 1978.

the Rev Dr John Kamal

Kamal K. K. Roy

KAMAL KARNA K. ROY

Plantiff #P-3

Known his as ACTIVIST IN SOCIAL REFORMS IN RESPECTS OF GOD/S, RELIGIONS, PEOPLE, hUMAN GOD/S ( PEOPLE WITH LEADERSHIP AND APPARENT OR REAL POWERS TO EXERT RIGHTS ON PUBLIC WITH GOOD OR ANY INTENTION OF PUBLIC OR PRIVATE IDEOLOGIES VIZ EATE Iraqi Dictator President SAD AM HUSSAIN OR IRAQ WHILE HE WAS IN POWER OF UN-NAMED US PRESIDENT/S WITH severe CONTROVERSIES IN PUBLIC POLICIES IN MAINLAND usa OR WORLD-WIDE democracies, SAY A ruling GENERAL IN SOME POWER IN SOUTH ASIA

Education his in M.P A DEGREE (in # IN SPECIALISATION IN TRANSPORTATION MANAGEMENT FROM any MARITIME COLLEGE , the BRONX , NEW YORK CITY, usa , STUDIED ADVANCED COURSE LEADING TO ADVANCED TO CERT. IN PUBLIC ADMN. FROM usda GRADUATE SCHOOL, WASHINTON dc ( SCHOOL id: 578- 80- 4399 ; he has 2 Doctoral degrees in management science in fields of management Science and another in field/faculty of Religions / god/s/people from foreign school He has a bachelor's degree in law from foreign school of laws and management. He further took in education a in University of Rhode Island, both at Providence and Kingston , in usa and other schools viz City university of new York,Baruch college, New york city, usa et al.

Employer volunterr ordained clergy with vow of poverty ( U S IRS rule for ordained clergies in USA , group Hindutwa interests international world religions group. 107 A Scriber avenue, staten Island , New york city, n y 10301, USA

Occupation activist, mobile clergy, electronic preacher of multiple or unique god/s and religions , et al.

Title mobile clergy, Political activist USA and around globe; currently he is a u s presidential hopeful / candidate for 2008 electoral competition from Republican Party in New York ; strategist for common / weaker people, disadvantaged people in democracy in usa et al to claim leadership including the 2008 Presidency electoral competition: the weaker people resaggregated and removed from electoral race by strategic powerful block in democracy in U S republic including the news media and news conglomerates. see court actions pending in the main article of Dr kamal Karna Roy: strategist of god/s , religions, people, et al, activist

Height 5' 8'

Political party Republican ( GOP) of usa

Religious stance world religions/ multiple religions in unique body and soul and a proponent of the strategy.

Spouse a common law wife

Children some, maintained by natural mother concerned

http://answers.yahoo.com/question/index?qid=20080229114334AAxPLi2



a Plaintiff Assoc.
U.S.D. c/Haixin

HANDICAP INTERESTS INTERNATIONAL
% JOSEPH GERONIMO JR
PO BOX 1773
SARANAC LAKE NY 12983

000143

Plaintiff #3   Rev KAMAL K Roy

Pge 1C

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

USDC/100

Plaintiff #3   USDC /#1

K R 7/10/8

Rev Kamel KR

The IRS address must appear in the window.        Use for payments
                                    0437800008
BODCD-TE

Letter Number:  LTR2645C
Letter Date  :  2007-04-18
Tax Period   :  200606

*133566610*

INTERNAL REVENUE SERVICE

OGDEN UT 84201-0038

HANDICAP INTERESTS INTERNATIONAL
% JOSEPH GERONIMO JR
PO BOX 1773
SARANAC LAKE NY 12983

133566610 FI HAND 67 2 200606 670 0000000000

K 6/30/08
6/30/08

K 7/10/08

USDC

AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII, *Honolulu HI 96850*

*① Association of Committee to elect Ro* Plaintiff

*② Single Democracy* V. ① *Dr Kamel Association to Ro ... et al Plaintiff*

*③ Rev Dr Kamel K. Roy et al* Defendant

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER:

*For Request to declare The Rev Dr Kamel K. Roy as Rebel God in Ballot — no money New York 12983*

I, _____ ☐ petitioner/plaintiff/movant *Rev Dr Kamel* ☐ other *Roy Kiwassa Rd #56, Saranac Lake New York 12983* declare that I am the (check appropriate box)

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐ Yes ☒ No  (If "No," go to Part 2)

   If "Yes," state the place of your incarceration ____ *No*

   Are you employed at the institution? *No*  Do you receive any payment from the institution? *No*

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions. *No*  *see Medical*

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. *partly disabled Sr Citizen*

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. *# A 598804 351*

   *Receive SS disability 543°° per m (SSI)*
   *+ Receive $143°° per m*

3. In the past 12 twelve months have you received any money from any of the following sources? *In Case demand to place in Ballot in US President Election*

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☐ No |
   | c. | Pensions, annuities or life insurance payments | ☒ Yes | ☐ No |
   | d. | Disability or workers compensation payments | ☒ Yes | ☐ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

   *SS Retire not per m*   *be not met by cong Election 92 be self right*   *see ballot*   *attached*

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

   *Rev Dr Kamel Roy*   6/28/08

USDY / ND CA
USDY
Hausville

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

# USA Govt Washington D.

Exhibit IV-2
Form of Application to Proceed Motion to Proceed IFP

USD2/#1

$\mathcal{R}$ 6/11/08

$\mathcal{R}$ 6/10/08

$\mathcal{R}$ 7/5/08

AO 240 Reverse (Rev. 9/96)

USDC/NF

ND CA

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☐ No

If "Yes," state the total amount.

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☐ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

see attached

I declare under penalty of perjury that the above information is true and correct.

_____          _____
Date                                    Signature of Applicant

Civil Complaint

Title: [illegible] Association — Jury Trial Demanded

# Kamal Karna Roy [illegible]
P.O. Box 1173
Saranac Lake, NY  12983

(1) [illegible] Association [illegible]

(2) John McCain US Senator [illegible]

(3) BARACK H Obama — Democrat

(4) Hillary R Clinton [illegible]

(5) U.S.A. Govt Washington DC

(5A) Some Judgment of MS Hon Judge [illegible]
U.S.A Constitution [illegible]

U.S President a Govt secured Treatment [illegible]
Candidate of Nation, USA

(5A) We the people of USA
U. N.D. N.J. NY [illegible]

(5B) US Senate + US House of Representatives

(6) National Republican Party of GOP
Washington DC

(7) National Democratic Party of USA [illegible]

(8) All Govt [illegible] DC

(9) All News Conglomerates (Association [illegible]

(10) We the people of USA [illegible]
All States (50 N.3) + USA

(11) All State Board of Election in USA

(12) All territories of USA [illegible] Guam

(13) U.S. Judiciary [illegible]
Affirmations

[illegible] Rev Dr Kamal K K Roy [illegible]

mobile clergy
of California
San Francisco

Rev Dr Kamal K K Roy

7/5/08

District of Hawaii

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

Plaintiff

V.

Defendant

CASE NUMBER:

I, _____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs
under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief
sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution?  ☐ Yes  ☐ No    Do you receive any payment from the institution?  ☐ Yes  ☐ No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months'
   transactions.

2. Are you currently employed?    ☐ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the
   name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages
   and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☐ No
   b. Rent payments, interest or dividends    ☐ Yes    ☐ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☐ No
   d. Disability or workers compensation payments    ☐ Yes    ☐ No
   e. Gifts or inheritances    ☐ Yes    ☐ No
   f. Any other sources    ☐ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the
   amount received and what you expect you will continue to receive.

USDC HQ as by New Jersey

Mallory v
Rev Dr Kamol K Roy
et al

Civil Case No

4. Do you have any cash or checking or savings accounts?    ☒ Yes    ☐ No

If "Yes," state the total amount.  List one  $6100  in Saving
received on or 6 to 2008
after checks

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

If "Yes," describe the property and state its value.  are paid
for rents etc due

5A.  Nil  As a FDC regd (U-9-27-08) I could not find a fund-raiser in Mainland USA as a Next Male

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  as a legal wife/life I have a Common Law

I am at effort I am an ordained clergy regd in Mainland

Mrs Paromita Baidya Roy 5/4 Charagee Vihar Gaziabad, U.P. 8 INDIA

R child from Common Law

I declare under penalty of perjury that the above information is true and correct.

MY signature for Matrimonial Alimony paat-I prove single life

I am on vow Dr Kamol K R    6/16/2008    Kamol-Kansa K Roy
Date                                Signature of Applicant

to poverty IRS rule 1992    Was    a/k/a Joseph Geronimo Sr

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

I AM A TACTICAL Candidate of GOP in US Presidential Candidate 2012

US American Poor in any standard measure partly disabled sr citizen

For those for self interest

USDC (A)    6/28/0

UNITED STATES DISTRICT COURT

**COMPLAINT**

I.   Parties In this complaint:

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

Plaintiff

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 03/2007

**III.    Statement of Claim:**

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

*LONE ONE 1·25 US Trillions of $*

*+ x A    Where did the events giving rise to your claim(s) occur?*

*? ~ in Honolulu & elsewhere*

**B.** What date and approximate time did the events giving rise to your claim(s) occur?   *where major violation electoral constituents took place.*

**C.** Facts:    *See attached!*

Did [...]
appened
to you?

Who did
what?

Was anyone
else
involved?

Who else
saw what
happened?

*see attached*

*USDC/HI*

**IV.    Injuries:** *Damages*

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

*Civil rights of Rev Dr Kamal KP*

*US citizen by birth to were*

*denied He and his associates were*

*Pained harmed and damaged*

*As the efforts of other people*

*failed to get a worker*

Rev. 05/2007

*K 6/30/08*

*K 6/30/08    K 6/24/08    The Rev Dr Kamal K Roy*
*for self*
*and 1199+ No*

*K 7/5/08*

*USDC*
*IN DCA*
*San Francisco*

*K 7/5/08*

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

*[handwritten, largely illegible]*

State of Hawaii is a Defendant in My Honolulu the Violation leading to neglect of Taxpayer Laws Occurred. The Rev Roy has been a candidate of GOP Hawaii 2008 as Mr. dean against John McCain alleged myth

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30 day of June 200 8

Signature of Plaintiff _____

Mailing Address The Rev Dr Ramel P. R. Rev MBA (CUNY Maritime College 1974

Telephone Number D 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

Fax Number (if you have one) PhD, DD, LLB

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:
I declare under penalty of perjury that on this _____ day of _____ , _____ I am delivering this complaint to prison authorities to be mailed to the Pro Se Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number: _____

Rev. 05/2007

**FIRST CLAIM FOR RELIEF
AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

3 member
Judges demanded

In trid    Complaints / civil    civil cas No

That corruptions in Campaign were many
folds. News Media and News Conglomerates
were deceiving innocent Public leaders
viz The Rev Dr Kamal Kosma k Roy a/k/a
Was Joseph Geronimo Jr in Guam DOB 3-31-1934

Unluckily he became orphan as his parents
Superceed were Killed in a racial riot in British India
power of near City of old Dacca during a religious
superdele tour in British India in Nineteen thirtie
primary
elected Joseph's parents were U.S. Citizens from
delegates Mainland USA but were stationed in Guam
in Congress with assisting living support from U.S.
in USA Military base in Guam. Pursuant to
Superceed US Act 1978 for of Guam born people living
power in Mainland USA, Joseph Geronimo Jr
by super a/k/a Kamal Roy is a U.S. born citizen
delegates He is a Contender of GOP nomination
Who are to US Presidency 2008 But superdelegate
experienced nominating GOP Convention and their power
elected turned against Kamal Rg. John McCain
leaders alleged, current influence Peddling & U.S. senator to gain votes to nominate him
of GOP McCain is trying with Republican National Committee to funds him illegally

6/28/08 USDC/oo            against Dr
4/7/08                    Kamal Rg
6/30/08 SF/MO            another GOP candidate        another GOP contender
       another GOP candidate



UNITED STATES DISTRICT COURT

*For District of Hawaii*

*(In the space above enter the full name(s) of the plaintiff(s).)*

COMPLAINT

Jury Trial:  ☒ Yes  ☐ No
*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.     **Parties in this complaint:**

A.     List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name     _See above_
              Street Address _____
              County, City _____
              State & Zip Code _____
              Telephone Number _____

B.     List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

_see above and attached_

Rev. 10/2007

**Citizens Bank**

1-800-862-6200

US002 BR018

HANDICAP INTERESTS UNLT etc
EXCHANGE UNION EIN NUMBER 23-6578772
PO BOX 1173
SARANAC LAKE NY 1298

## Commercial Checking

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 23.37 |
| Checks | .00 |
| Debits | .00 |
| Deposits & Credits | .00 + |
| Current Balance | 23.37 |

HANDICAP INTERESTS UNLT etc
EXCHANGE UNION EIN NUMBER 23-5
Business Green Checking
4001035-876-6

### TRANSACTION DETAILS

No activity this statement period

| | |
|---|---|
| Previous Balance | 23.37 |
| Current Balance | 23.37 |

### NEWS FROM CITIZENS

Make business deposits without leaving your office. Introducing E-Z Deposit(Registered Trademark) from Citizens Bank. Take advantage of a smart, easy, and efficient way to make business deposits — with E-Z Deposit. Using your PC, a secure internet connection, and a scanner, you can deposit checks right from your office, saving yourself trips to the bank. We believe banking should fit your life, not the other way around. That's why we'll even give you a $200 rebate on your scanner when you sign up. To set up an appointment, call 1-800-862-6200, go to citizensbank.com or call your nearest branch. Member FDIC. Citizens Bank is a brand name of RBS Citizens, N.A. and Citizens Bank of Pennsylvania. E-Z Deposit offer available on select business checking accounts and for businesses established for at least one year, see a banker for details. All accounts and services subject to approval. Scanner must be purchased through Bankers Equipment prior to June 30, 2008. $200 bonus rebate will be applied to your business checking account on or before July 31, 2008 and will appear on your statement as a "Balance Builder Bonus."

—Privacy Guard is the best defense against identity theft, one of the fastest growing crimes in America today. That's why Citizens Bank is pleased to offer Privacy Guard, a comprehensive service to access your credit report and tools to help detect and fight against fraud. With Privacy Guard you will receive: 3-bureau credit reports, credit scores, and daily credit alerts. Enroll today and get an instant credit report and your first month of Privacy Guard for $1. Call 866-957-4079 to try Privacy Guard. (Limited time offer)

Member FDIC  Equal Housing Lender



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Hawaii_ District of _in Honolulu at Hawaii_

(1) Association of Committee
to elect the Rev Dr Randkphy
V    as US Presidt
et al smd

**SUMMONS IN A CIVIL CASE**

1202 **CASE NUMBER:**

V.
    Pecodions

Association to demand
equities in civil right
of male and female in
US to have more Freelytyel
of select (Name and address of Defendant)

By Dr P pRy fao
for se

RoBor 1173
SL NY 12980

Union Partners as in
Star faith & World

(2) U NO
(World body)
NYC, NY

Religios Groub
Faithes of World Religion
Conglomerate in WA
2f at 13-3666 IU

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

(3) USA Govt
Wodingh DC
2050V

Yo the White
Arson DC
Wasingh
2050V

et al
)root Neg Defts
Defendants

an answer to the complaint which is served on you with this summons, within _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_____    _____
CLERK                                 DATE

_____
(By) DEPUTY CLERK



1. Home >
2. Politics & Government >
3. Law & Ethics >
4. Resolved Question

Dipali Mondal_reforms_agent_usa

Member since:
February 26, 2008
Total points:
21 (Level 1)

- Add to My Contacts
- Block User

# Kamal karna roy, the reverend dr, story , may be u know yet, how about by end election of u s President 08 ?

the reverend dr kamal karna k roy _republica or a national story or international story of jeungle democracy?
see below

NewsNation Investigations Education Photos & Video World Technology KidsPost Discussions Metro Entertainment Religion Corrections Business Health Post Magazine Archives PoliticsPolitics Blogs House/Senate Votes White House Congress 2008 Campaign In Depth Polls In the Loop DC | MD | VA OpinionsOpinions Home Toles Cartoons On Faith Blogs Telnaes Animations PostGlobal Feedback Outlook Discussion Groups LocalMetro News Weather Local Explorer Jobs Education Traffic Community Guides Cars DC | MD | VACrime The Extras Real Estate Columns/Blogs Obituaries Local Business Yellow Pages SportsRedskins D.C. United Columns/Blogs NFL Nationals Capitals College Basketball NHL Wizards High Schools Local Colleges NBA Arts & LivingStyle Movies Travel Fashion & Beauty Horoscopes Smart Living Television Books Home & Garden Comics Entertainment News Food & Dining Museums Theater & Dance Crosswords City GuideFind Restaurants Find Local Events Find Movies Visitors Guide Find Bars & Clubs Going Out Gurus JobsSearch JobsCarsBuy a Car Sell a Car Experts & Advice Dealer Specials Coupons Real EstateBuy a Home Sell a Home Shopper Blog Shop Used Sell Your StuffPets
Property Values RentalsFind a Rental Rent Your Place ShoppingShop New Deals & Discounts
SEARCH: washingtonpost.com Web | Search Archives
washingtonpost.com > Politics > Elections Your Comments On...

http://answers.yahoo.com/question/index?qid=20080318073757AArpKI6

5/5/2008

State what you want the Court to do for you and the amount of monetary compensation, if any, you are

*[handwritten, largely illegible]*

state of Hawaii is a defendant in
HI, Honorable the violations
leading to neglect of tenfuits laws
occurred. The Rev Roy has

USDC NDC
been a candidat of GOP fantasy
2008 as McClean against
John McCain allegat with
corruptions and allegations filed in
USDC TX

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of ___ 200_

Signature of Plaintiff

The Rev Dr
Kamil R R Roy
Mailing Address    MBA (CUNY Maritime
College 1974 SS#
Telephone Number    ID 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
Fax Number (if you have one)    PH.D.    DD    LLB

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this ___ day of ___ I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

Rev. 05/2007

**V.   Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

*see attached*

① Muslim personal law ...
② All marital law ...
monogamous marriage, ...
extended as Polyandry ... or ...
shared wives / husbands members
③ WR Group as Hoover in
Religious Conference in Buffalo
NY room ... at the Four
Square Inns Sheraton Hotel, Buffalo
New Airport, Buffalo, NY

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4th day of June, 20 08                          6/11/08

6/28/08        Dr. Kamel K.B.                 Rev Dr. Kamel
                                                                    K.B.R.
Signature of Plaintiff

Mailing Address                see attached

Telephone Number _____

Fax Number (if you have one) _____

(40)

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

DOB 3 31 1934

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20___ I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff        _____

Inmate Number                _____

K
6/28/08

**III. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

ONE but 1.25 US Billions of $
Texts. A. Where did the events giving rise to your claim(s) occur?

in Honolulu & elsewhere

B. What date and approximate time did the events giving rise to your claim(s) occur?
Where Massive Violation of
Electoral Complaints both Place.

C. Facts:    See attached.

When is this to you?

Who did what?

Was anyone else involved?    See attached

Who else was what happened?

**IV. Injuries:** Damages

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

USDC/

Civil rights of Rev Dr Kamal P Bz
US citizen by birth to were
denied He and his associates were
harmed harmed and damaged.
As the efforts of other people
Failed to get a worker bens on etc.

K 6/8/08    Rev. 05/2007

K 7/2/08

Comments: scschmidt wrote:

Michael Kinsley's article, "Offense Taken" is way off base. The example that he cited are based on relationships, yes- whether they be a cousin or a hairdresser. However, the GREAT BIG DIFFERENCE is that when someone goes out of their way to verbally expound the degree of influence that someone has on you as well as when you tout this person as a role model or "mentor" - well now this is VERY dofferent. By doing this, you indeed are connecting yourself to this person in every way since you indicated that their beliefs were used to mentor and foster your own beliefs. When you look up to someone as a mentor or role model, you are believing in the basic principles of theirs. Obama's open statements to th ereverend being his spiritual mentor and best friend makes his beliefs as suspect as the reverend's. In addition, Obama can now denounce all he wants but how could he be a parishioner for 17 years and listen to these types of statements if as Obama NOW states are "outrageous"?

I think that we need to realy question Obama's truthfulness or question his judgement. In either case, the country should seriously reconsider any support for such a candidate. It is frightening that Obama's paltform really emphasizes "change" and his real agenda would seem to indicate other.

We need to change our support to Senator Clinton and assure her success in November.

3/17/2008 9:05:12 PM

Recommend (0) Report Abuse Discussion Policy

LISANROY wrote:

amemended comments of dr kamal roy dt 3,17,2008

LISANROY wrote:

COMmENTS OF REV DR KAMAL KARNA Karuna ROY A REPUBLICAN CANIDATE AND HoPEFUL TO BE THE NOMINEE OF GOP IN SCHEDULED ELECTION FOr NOV 4, 2008, IF BE HELD WITHOUT any COURT ORDER OF INJUNCTION to postpone corrpt election as PRAYED BY DR kamal k k ROY ALLEGING SKY_HIGH AND CLOUD_DARK CORRUPTIONS BY DEFENDANTS IN CIVIL ACTIONS FILED IN 20+ U S D COURT actions in 20+ different JURISDICTIONS with allegations against defendants for negligence to enforce laws not TO PUSH OUT ELECTORAL CONTESTANTS FROM WEAKER COMMUNITIES OF HAVE-nots

3/17/2008 9:04:05 PM

Recommend (0) Report Abuse Discussion Policy

rmorris391 wrote:

well this is "midly amusing". While I am generally an advocate of Kinsley, and Slate magazine, as well as, Time magazine. I must take umbrage, with the sacastic tone of this tome. It is a thinly veiled attempt to incite debate over issues, and non-issues, which may be unrelated to the national campaign. While the Mainstream Media (MSM) has too much time on its hands, to consider a long winded campaign, the focus has shifted to non-political discourse, about intractable problems that confound american society. We have issues related to baseball players, after all, who alledgedly used illegal substances to puff up their biceps. Certainly, congress can devise a surge campaign to intervene with

Matter of
Association & Committee
by cited GOP My                    SOS  SOS  SOS

Dr. K K Ra
PO Box 1173
Saranac Lake, NY 12983          Defendants
                                including
as nominee & get GOP           U.S Govt
MY clean elect to U.S           + 755+
President electoral competition 2008    others
                                as listed
By the Rev Dr Kamal K Ra        as sched
14 Kiwassa Rd Ap 2087           otherwise
SS # 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                (literally)

I the Rev Dr Kamal K K Ra, a GOP
clean, FEC Regd on 9-27-2007, a Presidential
hopeful US 2018. swear that I did not
took poorest participate in State primaries
of GOP but intend to attend GOP Convention
2008 to be nominated as GOP Presidential
candidate 2008; I am a tactical legal candidate
for U.S Presidency. But U.S News media
and News conglomerates since primaries of
Democrats and GOP are over now, have dropped their sc

                                    K  6/11/2008
        K
    6/28/08                       K
                                   6/28/08


                    K

Case 4:08-cv-02291-SBA   Document 1   Filed 07/08/2008   Page 15 of 30



```
DMI3 09/05/07                DDA STATEMENT                            PAGE   1
PANDICHERI                   ACCT NO.       800-000-0000-400I039108
                  INTERNATIONAL                           DATE THIS STATEMENT
PO BOX 1173                                                    09/05/07
                                                          DATE LAST STATEMENT
          BALANCE             *****DDA TRANSACTIONS*****        08/31/07
     LAST STATEMENT      CHECKS/OTHER DEBITS   DEPOSITS/OTHER CREDITS    BALANCE
         92.52           NO.   TOTAL AMOUNT    NO.   TOTAL AMOUNT     THIS STATEMENT
                          3       60.00         3      125.00           157.52

  DATE  CHECKS           AMOUNT  TYPE  TRANSACTION DESCRIPTION            BALANCE
  09/04                    15.00  DEPOSIT
  09/04                    10.00  DEPOSIT
  09/04                    20.00  MMC PURCHASE            B12
  09/04                    20.00  MMC PURCHASE            B12
  09/04                    20.00  MMC PURCHASE            B12
  09/05                   100.00  DEPOSIT                                  57.52
                                                                         157.52
```

http://touchpoint.internalcitizensbank.com/touchpoint/3270/emul3270.htm     9/5/2007

Thanks to everyone who donated in the Wikimedia Foundation fundraiser! You can still make a contribution, or buy Wikipedia merchandise.

Kamal Karna Roy
From Wikipedia, the free encyclopedia
Jump to: navigation, search
Kamal Karna Roy

WSD4  171

Born GUAM, A u-S TEARRTORY IN PACIFIC Residence United States Nationality U.S CITIZEN BY BIRTH PURSUANT TO u-s ACT OF 1978, FOR PEOPLE WHO WERE BORM IN GUAM AND IN MARIANA ISLANDS in Pacific Ocean regions ;AND who were LIVING IN us ON DAY OF ENACTMENT OF THE SAID ACT OF 1978. Other names the Rev Dr Joseph Geronimo , Jr.

Kamal K.K. Roy;

KAMAL KARNA K.K. ROY Known for as ACTIVIST IN SOCIAL REFORMS IN RESPECTS OF GODS, RELIGIONS, PEOPLE, HUMAN, GOD/S ( PEOPLE WITH LEADERSHIP AND APPARENT OR REAL POWERS TO EXERT RIGHTS ON PUBLIC WITH GOD OR ANY INTENTION OF PUBLIC OR PRIVATE IDEOLOGIES) viz LATE Iraqi Dictator, President SADAM HUSSIN OF IRAQ WHILE HE WAS IN POWER OF UN NAMED U.S PRESIDENT/S WITH severe CONTROVERSIES IN PUBLIC POLICIES IN MAINLAND usa OR WORLD, WIDE democracies, SAY A ruling GENERAL IN SOME POWER IN SOUTH ASIA Education has an M B A DEGREE (m-s IN SPECIALISATION IN TRANSPORTATION MANAGEMENT FROM sony MARITIME COLLEGE, , the BRONX, NEW YORK CITY, usa ; STUDIED ADVANCED COURSE LEADING TO ADVANCED CERT. IN pUBLIC ADMIN. FROM usda gRADUATE SCHOOL, WASHINGTON dc ( SCHOOL Id :578- 80- 4399 ; he has 2 Doctoral degrees in management science in fields of management Science and another in field/faculty of Religions / god/s/people from foreign school He has a bachelor's degree in law from foreign school of laws and management. He further took in education s in University of Rhode Island, both at Providence and Kingston , in usa and other schools viz City university of new York, Baruch college, New york city, usa et al Employer volunteer ordained clergy with vow of poverty ( U.S IRS rule for ordained clergies in USA .group Handicap Interests international world religions group, 107 A Scribner avenue, staten Island , New york city, n y 10301,,USA Occupation activist, mobile clergy, electronic preacher of multiple or unique god/s and religions , et al. Title mobile clergy,Political activist USA, and around globe; currently he is a u.s presidential hopeful / candidate for 2008 electoral competition from Republican Party in New York ; strategist for common / weaker people, disadvantaged people in democracy in usa et al to claim leadership including the 2008 Presidency electoral competition: the weaker people aresegregated and removed from electoral race by stategic powerful block in democracy in U S republic including the news media and news conglomerates. see court actions pending in the main article of Dr kamal Karna Roy. strategist of god/s , religions, people, et al, activist Height 5' 8" Political party Republican ( GOP)of usa Religious stance world religions/ multiple religions in unique body and soul and a proponent of the strategy. Spouse a common law wife Children some, maintained by natural mother concerned

Kamal Karna Roy (a/k/a Kamal K.K. Roy, a/k/a Rev. Dr. Joseph Geronimo, Jr.) is a prolific pro se litigant who, since at least the early 1990s, has filed numerous lawsuits throughout the United States and its territories under the names Roy and Joseph Geronimo, Jr., as well as under the names of entities that he is affiliated with, including International Siva Consciousness & World Religions, Reforms International, Handicap Interests International, and Jungle Democracy.[1] Roy's lawsuits are often brought against multiple defendants, and feature long, unconventional complaints. Roy has filed lawsuits against God, U.S. Presidents, Supreme Court Justices, fast food restaurants, foreign leaders,[2], and Wikipedia [3] [4].



http://blog.newsweek.com/blogs/stumper/archive/2008/03/26/could-clinton-drop-out-on-m...    4/15/2008





47





USDC/H

(49)





LIVING IN usa ,ON DAY PHENOMENON OF THE SAId ACT OF 1978.
... BORN IN GUAM AND in MARIANA ISLANDS ... certain regions ,AND who were

Other names the Rev Dr Joseph Geronimo , Jr.

Kamal K. K. Roy

KAMAL KARNA K. ROY

Known for as ACTIVIST IN SOCIAL REFORMS IN RESPECTS OF GOD/S, RELIGIONS, PEOPLE, hUMAN_GOD/S ( PEOPLE WITH LEADERSHIP AND APPARENT OR REAL POWERS TO EXERT RIGHTS ON PUBLIC WITH GOOD OR ANY INTENTION OF PUBLIC OR PRIVATE IDEOLOGIES VIZ LATE Iraqi Dictator ,President :SADAM HUSSAIN OF IRAQ WHILE HE WAS IN POWER OF UN_NAMED U S PRESIDENT/S WITH severe CONTROVERSIES IN PUBLIC POLICIES IN MAINLAND usa OR WORLD_WIDE democracies, SAY A ruling GENERAL IN SOME POWER IN SOUTH ASIA

Education has an M B A DEGREE (m s IN SPECIALISATION IN tRANSPORTATION MANAGEMENT FROM suny MARITIME COLLEGE , the BRONX, NEW YORK CITY, usa ; STUDIED ADVANCED COURSE LEADING TO ADVANCED CERT. IN pUBLIC ADMN. FROM usda ,gRADUATE SCHOOL, WASHINTON dc ( SCHOOL id :578–80–4399 ; he has 2 Doctoral degrees in management science in fields of management Science and another in field/faculty of Religions / god/s/people from foreign school He has a bachelor's degree in law from foreign school of laws and management. He further took in education s in University of Rhode Island,both at Providence and Kingston , in usa and other schools viz City university of new York,Baruch college, New york city usa et al

Employer volunteer ordained clergy with vow of poverty ( U S IRS rule for ordained clergies in USA .group Handicap interests international world religions group. 107 A Scribner avenue, staten Island , New york city, n y 10301, USA

Occupation activist, mobile clergy, electronic preacher of multiple or unique god/s and religions , et al.

Title mobile clergy,Political activist USA and around globe; currently he is a u s presidential hopeful / candidate for 2008 electoral competition from Republican Party in New York ; strategist for common / weaker people, disadvantaged people in democracy in usa et al to claim leadership including the 2008 Presidency electoral competition: the weaker people aresegregated and removed from electoral race by stategic powerful block in democracy in U S republic including the news media and news conglomerates. see court actions pending in the main article of Dr kamal Karna Roy. strategist of god/s , religions, people, et al, activist

Height 5' 8'

Political party Republican ( GOP)of usa

Religious stance world religions/ multiple religions in unique body and soul and a proponent of the strategy.

Spouse a common law wife

Children some, maintained by natural mother concerned

http://answers.yahoo.com/question/index?qid=20080229114334AAxPLi2

3/3/2008



Dr. K.K. Roy
P.O. Box 1173
Saranac Lake, NY 12983

Matter of

Association of

Committee to elect Rev Dr Kamal Roy

Vs

Assion to demand

Civil action No.

That states & USA domestic currently control Carriage of US President in 2017 - 2018 so foreign corruption Could

That as American men consume Gel/s, Religious failed for Weaker people and failed Kamal K.K Roy in his efforts and efforts of other Plaintiffs as they associate to get Kamal elected as COP Mr Clean to be elected for Nov 4, 2008 Scheduled Election & U.S. President

USDC / NDCA (54) Rev Dr Kamal Roy

San Francisco CA

6-30-8





Additional /opposition

Affidavits & to Motion of

US Attorney

ND CA

USDC/ND of CA

San Francisco

Civil

Case N.

C 08

-2291

-EMC

Dr June 3rd

2008

To clerk pro se civil

USDC/ND of Ca

450 Golden Gate Ave

San Francisco

CA

From
Dr K K Roy
P.O B
1173
S/L
New York
12983

U.S. POSTAGE
SARANAC LAKE, NY
12983
JUL 03 08
AMOUNT
$2.36

To

To clerk (Pro se) civil
U.S. District Court
N. D of California

U.S. Court House,
450 Golden Gate
Ave.
San Francisco
CA 94102



Kamal Roy
PO Box 1173
New York, NY 12983