```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Tel: (415) 436-7314
Fax: (415) 436-6748
E-mail: ellen.fitzgerald@usdoj.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASSOCIATION OF COMMITTEE TO ELECT REV DR. KAMAL ROY AS US PRESIDENT,<br><br>Plaintiff,<br><br>UNITED STATES GOVERNMENT,<br><br>Defendant. | Case No. C 08-2291 SBA<br><br>**DEFENDANT'S RE-NOTICED MOTION FOR MORE DEFINITE STATEMENT (F.R.C.P. 12 (e)); [PROPOSED] ORDER**<br><br>Date: September 30, 2008<br>Time: 1:00 p.m.<br>Courtroom: 3/3rd Floor<br>1301 Clay Street<br>Oakland, CA 94612 |

**RE-NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the following memorandum of points and authorities and all the prior pleadings and proceedings herein, defendant, by and through their undersigned counsel, will move this Court on Tuesday, September 30, 2008, at 1:00 p.m., or as soon thereafter as counsel may be heard, before the Honorable Saundra B. Armstrong, United States District Judge, Courtroom 3, 3rd Floor, 1301 Clay Street, Oakland, CA, for an order directing plaintiff to provide a more definite statement of his complaint pursuant to Rule 12(e) of the Federal Rules of Civil Procedure. On July 7, 2008, the United States filed this motion with a hearing date of August 19, 2008. Due to scheduling matters, that hearing date is unavailable,

DEFENDANT'S RE-NOTICED MOTION FOR MORE DEFINITE STATEMENT (F.R.C.P. 12(e)); [PROPOSED] ORDER
C 08 2291 SBA

1  and, at the Court's direction, the United States is re-noticing this motion for hearing on
2  September 30, 2008.

## MEMORANDUM OF POINTS AND AUTHORITIES

## PRELIMINARY STATEMENT

5  Plaintiff pro se, the Rev. Dr. Kamal K. K. Roy, brings this action as the "Association of
6  the Committee to elect Rev. Dr. Kamal Roy (GOP) as President 2008" against the "USA
7  [government] et al."  Because plaintiff's 34-page handwritten complaint is largely unintelligible
8  and contains no discernible claim for relief to which defendant could frame a responsive
9  pleading, defendant moves for an order directing plaintiff to provide a more definite statement
10 pursuant to Fed. R. Civ. P. 12(e).

11 **I.    ARGUMENT**
12 **A.    LEGAL STANDARD**

13 Rule 12(e) of the Federal Rules of Civil Procedure provides, in pertinent part, that "[i]f a
14 pleading to which a responsive pleading is permitted is so vague or ambiguous that a party
15 cannot reasonably be required to frame a responsive pleading, the party may move for a more
16 definite statement before interposing a responsive pleading."  A motion for a more definite
17 statement attacks unintelligibility in a pleading and is proper where the complaint is so indefinite
18 that a defendant cannot ascertain the nature of the claim being asserted.  See Boxall v. Sequoia
19 Union High School District, 464 F.Supp. 1104, 1114 (N.D. Cal. 1979); Buereerong v. Uvawas,
20 922 F.Supp. 1450, 1461 (C.D.Cal. 1996).  In such cases, defendant cannot reasonably be
21 expected to frame a response. Famolare, Inc. v. Edison Bros. Stores, Inc., 525 F.Supp. 940, 949
22 (E.D.Cal. 1981)(motion for more definite statement should be granted where defendant cannot
23 frame a responsive pleading); Cellars v. Pacific Coast Packaging, Inc., 189 F.R.D. 575, 578
24 (N.D.Cal. 1999).  A motion for more definite statement should be granted where the complaint
25 fails to provide a "short and plain statement" of the claim showing that the plaintiff is entitled to
26 relief. Fed. R. Civ. P. 8(a)(2).  The Court has wide discretion to direct a plaintiff to provide, "by
27 amendment to the complaint or by affidavits, further particularized allegations of fact." Warth v.

28 DEFENDANT'S RE-NOTICED MOTION FOR MORE DEFINITE STATEMENT (F.R.C.P. 12(e)); [PROPOSED] ORDER
C 08 2291 SBA

1  <u>Seldin</u>, 422 U.S. 490, 501-2 (1975).

2      The pleadings of a <u>pro se</u> litigant are to be construed liberally and "are held to less
3  stringent standards than formal pleadings drafted by lawyers." <u>Hughes v. Rowe</u>, 449 U.S. 5, 10
4  (1980). However, a <u>pro se</u> plaintiff "must allege with at least some degree of particularity overt
5  acts which defendant[] engaged in that support the plaintiff's claim." <u>Jones v. Community</u>
6  <u>Redevelopment Agency</u>, 733 F.2d 646, 649 (9th Cir. 1984).

7  **B.**  **PLAINTIFF MUST PROVIDE A MORE DEFINITE STATEMENT OF HIS COMPLAINT AND THE RELIEF HE IS SEEKING**
8

9      The complaint filed by plaintiff pr se, The Rev. Dr. Kamal K. K. Roy, is a 34-page
10  handwritten document, including copies of pages from various blogs and web sites. No where in
11  this lengthy document has plaintiff clearly articulated a legal claim to which defendant could
12  reasonably respond. The handwriting is difficult to decipher, and the text is largely
13  unintelligible. It is unclear exactly who are the named defendants and what are the specific acts
14  or omissions upon which plaintiff relies to support his claim. Plaintiff states that "there have
15  been repeated violations and corruption in Electoral Campaign of US President 2008," but he
16  does not provide any other particularized factual allegations or a description of the relief he is
17  seeking. There is no short and plain statement of plaintiff's legal claims showing that he is
18  entitled to relief. As such, defendant is unable to frame an answer, and the Court should direct
19  plaintiff to provide a more definite statement of his complaint.

20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //

28  DEFENDANT'S RE-NOTICED MOTION FOR MORE DEFINITE STATEMENT (F.R.C.P. 12(e));
[PROPOSED] ORDER
C 08 2291 SBA

**CONCLUSION**

For the foregoing reasons, defendant's motion for a more definite statement should be granted in all respects and this Court should enter an order directing plaintiff to provide a clear statement of his claims and the relief he is seeking.

Dated: July 17, 2008

                        Respectfully submitted,

                        JOSEPH P. RUSSONIELLO
                        United States Attorney

By:      /s/
     ELLEN M. FITZGERALD
     Assistant United States Attorney
     Attorney for Defendant

**[PROPOSED] ORDER**

Before the Court is defendant's motion pursuant to Fed. R. Civ. Pro. 12(e) for a more definite statement. The Court finds that the complaint of plaintiff pro se, the Rev. Dr. Kamal K.K. Roy, is so unclear that defendant cannot frame a response. Defendant's motion is hereby GRANTED. Plaintiff will serve an amended complaint containing a clear statement of his claims and the relief he is seeking within 20 days of receipt of this order.

Dated: _____, 2008

                                                             _____
                                                             HON. SANDRA B. ARMSTRONG
                                                             United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and she is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the foregoing

    DEFENDANT'S RE-NOTICED MOTION FOR MORE DEFINITE STATEMENT (F.R.C.P. 12(e))

to be served this date by placing a true copy thereof in a sealed envelope and served as follows

 **X**   FIRST CLASS MAIL by placing such envelope with postage thereon full prepaid in the designated area for outgoing U.S. mail in accordance with the office's practices.

 ____   CERTIFIED MAIL by placing such envelope with postage thereon full prepaid in the designated area for outgoing U.S. mail in accordance with the office's practices.

 ____   PERSONAL SERVICE (BY MESSENGER)

 ____   FEDERAL EXPRESS via Priority Overnight

 ____   E-MAIL

 ____   FACSIMILE (FAX)

on the following party:

    The Rev. Dr. Kamal Karna Roy
    Plaintiff <u>Pro Se</u>
    P.O. Box 1173
    Saranac Lake, NY 12983

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of July 2008 at San Francisco, California.

                                                     /s/
                                          TINA LOUIE
                                          Legal Assistant