1

2

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

3   ASSOCIATION OF COMMITTEE TO                    No.  08-02291 SBA
    ELECT REV DR.  KAMAL RO,

4                                                   **ORDER**

            Plaintiff,
5                                                   [Docket No. 2]

6      v.

    USA.
7

            Defendants.
8

9

10          Before the Court is plaintiff's Motion to Proceed *In Forma Pauperis* and his Application to

11  Proceed *In Forma Pauperis* (the "Application") [Docket No. 2].  The Application, however, is

    exceptionally difficult to understand and in many instances either illegible or incomprehensible.
12
    Handwritten text is strewn across the Application as well as over and interlaced between the printed
13
    text of the AO 240 form provided by the Clerk's Office.
14
            A document filed pro se is to be liberally construed and must be held to less stringent
15
    standards than formal filings drafted by lawyers.  *Woods v. Carey*, 525 F.3d 886, 889-890 (9th Cir.
16
    Cal. 2008).  However, this principle of liberal construction must be limited by reasonableness.  *Miles*
17
    *v. Ertl Co.*, 722 F.2d 434 (8th Cir.1983).  A court may deny a motion filed by a pro se litigant that is
18
    illegible.  *See, e.g., Edwards v. Johns*, 450 F. Supp. 2d 755, 756 (E.D. Mich. 2006) (dismissing
19
    habeas petition as illegible); *Gearhart v. City of Phila. Police*, 2006 U.S. Dist. LEXIS 6673 (E.D.
20
    Pa. 2006) (dismissing complaint as illegible); *Democratic Republic of United States*, 2008 U.S. Dist.
21
    LEXIS 61101 (E.D.N.Y. 2008).
22
            Because the Application is largely illegible, the Court is unable to make a determination of
23
    the Application pursuant to Civil Local Rule 3-10.  Accordingly, the Application is DENIED
24
    without prejudice.  No later than twenty (20) days of the date of this Order, Plaintiff must either pay
25
    the requisite filing fee or file an amended application to proceed *in forma pauperis* that addresses the
26
    deficiencies identified in this Order and clearly and consistently sets forth the circumstances of its
27
    financial status.  Plaintiff is expressly warned that, if it does not comply with the deadlines set forth
28

1 | in this Order, its case will be dismissed without prejudice and without further notice.

2

3 |     IT IS SO ORDERED.

4

5 | 9/2/08

                       Saundra Brown Armstrong
                       United States District Judge

1

2  UNITED STATES DISTRICT COURT

3  FOR THE

4  NORTHERN DISTRICT OF CALIFORNIA

5

6

7  ASSSOCIATION OF COMMITTEE TO ELECT        Case Number: CV08-02291 SBA
   REV DR KAMAL RO et al,

8                                            **CERTIFICATE OF SERVICE**

            Plaintiff,

9
      v.

10
   USA et al,

11
            Defendant.

12  _____/

13

   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court,
14  Northern District of California.

15  That on September 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
16  envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
   in the Clerk's office.

17

18

19   Asssociation of Committee to Elect Rev Dr Kamal Roy as US President
   Rev Dr Kamal RK Roy
20  P.O. Box 1173
   Saranac Lake,  NY 12983

21

22  Dated: September 3, 2008
                                   Richard W. Wieking, Clerk
23                                 By: LISA R CLARK, Deputy Clerk

24

25

26

27

28

3