**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ASSOCIATION of COMMITTEE to ELECT REV DR KAMAL ROY as US PRESIDENT,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES GOVERNMENT,<br><br>      Defendant. | No.  C 08-02291 SBA<br><br>**ORDER** |

Before the Court is the Plaintiff's response to the Court's Order of September 23, 2008, in which the defendant's motion for a more definite statement was granted and the Plaintiff ordered to serve an amended complaint containing a short and plain statement of his claims and the relief he is seeking, pursuant to Fed. R. Civ. P. 8(a).

The plaintiff submitted an Amended Complaint on September 25, 2008. [Docket No. 20]. It consists of 30 pages of varied documents with sprawling, handwritten, and largely undecipherable remarks.  Some of the documents relate to this case, for example, a copy of case scheduling order, the civil complaint cover sheet, and the Court's order denying the plaintiff In Forma Pauperis status. Other documents are printouts from the internet and photocopies of bank records. Still other papers relate to a civil rights complaint he may be pursuing in the Northern District of New York. Finally, the plaintiff attaches a letter from the defendant, dated August 26, 2008, in which Assistant United States Attorney Ellen Fitzgerald, writes him to ask for his collaboration on the joint case management conference statement for the conference scheduled on September 24, 2008.

In addition, on October 20, 2008, the plaintiff submitted an Affidavit. [Docket No. 21].  This document is even longer, and resembles the Amended Complaint in its hodge podge of documents that have been overwritten by hand.  None of the Affidavit is comprehensible.

The original complaint was, itself, a 34-page document consisting of printouts from the Internet overlaid with handwritten notes, almost none of which the defendant or the Court was able to interpret or decipher. The plaintiff has failed to comply with the Court's Order to submit a "short and plain statement" of his claims and the relief he seeks. And the defendant has, with good cause, filed a Second Motion for a More Definite Statement, which is set for hearing on January 27, 2009, at 1:00 p.m. [Docket No. 23].

The Plaintiff IS HEREBY ORDERED to comply with the Court's Order of September 23, 2008, and submit a statement which is no longer than two (2) pages in length, with a brief description of claims and the relief he seeks set forth in numbered paragraphs. The plaintiff should file his statement on or before December 31, 2008. Failure to fully comply with this Order will be deemed sufficient grounds to dismiss the case.

IT IS SO ORDERED.

December 16, 2008

Saundra Brown Armstrong
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ASSSOCIATION OF COMMITTEE TO ELECT
REV DR KAMAL RO et al,                                   Case Number: CV08-02291 SBA

        Plaintiff,                                             **CERTIFICATE OF SERVICE**

  v.

USA et al,

        Defendant.
                                            /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Asssociation of Committee to Elect Rev Dr Kamal Roy as US President
Rev Dr Kamal RK Roy
P.O. Box 1173
Saranac Lake, NY 12983

Dated: December 17, 2008

                                            Richard W. Wieking, Clerk
                                            By: LISA R CLARK, Deputy Clerk